# EXHIBIT A

## Utility Company List

6298884v6

| Status | Facility | Facility Name | Facility | Vendor ID | Utility Name | Utility Type | Address 1 | Address 2 | City | State | Zip Code | Phone Number 1 | Fax Number | Account Number With Vendor | Current Balance | Vendor Type | 3/31/2018 | 4/30/2018 | 5/31/2018 | Avg Mo Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Solid | 4020 | Amarillo | NEC Amarillo Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | | Utilities | 5,200.62 | 1,757.02 | 6,061.72 | $4,339.79 |
| Solid | 4020 | Amarillo | NEC Amarillo Emergency Center, LP | ATMOS ENERGY | ATMOS Energy | Gas | PO Box 790311 | | St Louis | MO | 63179-0311 | (888) 286-6700 Ext. 0000 | | | | Utilities | 132.06 | 56.43 | 55.12 | $81.20 |
| Solid | 4020 | Amarillo | NEC Amarillo Emergency Center, LP | CITY OF AMARILLO | City of Amarillo Utility Billing Department | Water and Sewer | P. O. Box 100 | | Amarillo | TX | 79105-0100 | (806) 378-3030 Ext. 0000 | | 0328961-002 | | Utilities | 318.49 | 464.97 | 221.44 | $334.97 |
| Solid | 4020 | Amarillo | NEC Amarillo Emergency Center, LP | SUDDENLINK | Suddenlink Business | Internet and Phone | Attn:Tim Ogrodnik | PO BOX 660365 | Dallas | TX | 75266-0365 | 1-800-490-9604 | | | | Utilities | 525.14 | 525.03 | 525.03 | $525.07 |
| Solid | 4020 | Amarillo | NEC Amarillo Emergency Center, LP | WASTE WRANGLERS | Waste Wranglers | Waste Disposal | PO BOX 2897 | | Lubbock | TX | 79408 | (806) 354-2300 | | 13375 | | Utilities | 262.30 | 262.30 | 262.30 | $262.30 |
| Solid | 4020 | Amarillo | NEC Amarillo Emergency Center, LP | XCEL ENERGY | Xcel Energy | Electric | Attn: General Counsel & Remittance Processing, | 414 Nicollet Mall PO Box 9477 | Minneapolis | MN | 55401 | (800) 481-4700 Ext. 0002 | | | | Utilities | 3,421.79 | 3,421.79 | 3,363.75 | $3,402.44 |
| Solid | 4003 | Baytown | NEC Baytown Emergency Center, LP | CPENERGY | Center Point Energy | Gas | PO Box 4981 | | Houston | TX | 77210-4981 | (713) 659-2111 Ext. 0000 | | | - | Utilities | 21.03 | 22.01 | 20.79 | $21.28 |
| Solid | 4003 | Baytown | NEC Baytown Emergency Center, LP | CIRRO ENERGY | Cirro Energy | Electric | PO Box 660004 | | Dallas | TX | 75266-0004 | (800) 692-4776 Ext. 0000/1-800-692-4776 | | 11 558 716-4 | | Utilities | 670.85 | 608.66 | 544.88 | $608.13 |
| Solid | 4003 | Baytown | NEC Baytown Emergency Center, LP | CITYOFBAYTOWN | City of Baytown Utility Billing | Water and Sewer | Attn Permit Counter | 2401 Market Street | Baytown | TX | 77520 | (281) 420-6555 Ext. 0000 | | | | Utilities | 413.38 | 595.25 | 756.48 | $588.37 |
| Solid | 4003 | Baytown | NEC Baytown Emergency Center, LP | COMCAST CABLE | Comcast Business | Cable Tv, Internet and Phone | Attn: Franny Lambright | PO Box 660618 | Dallas | TX | 75266-0618 | (800)-391-3000 | | | - | Utilities | 771.25 | 771.25 | 1,080.12 | $874.21 |
| Solid | 4003 | Baytown | NEC Baytown Emergency Center, LP | FRONTIER COMMUN | Frontier Communications | Phone and Internet | Attn: National Collections Center | PO Box 740407 | Cincinnati | OH | 45274-0407 | (866) 491-5288 Ext. 0000 | | | | Utilities | 894.93 | 904.53 | 948.01 | $915.82 |
| Solid | 4003 | Baytown | NEC Baytown Emergency Center, LP | FRONTIER UTILIT | Frontier Utilities | Electric | Attn: Frontier Utilities Revenue Management PUCT No. 10169 | 5161 San Felipe St, Suite 320 | Houston | TX | 77056 | (866) 296-8192 Ext. 0000 | | 0417835 | | Utilities | 3,405.24 | 3,359.91 | 2,748.50 | $3,171.22 |
| Solid | 4003 | Baytown | NEC Baytown Emergency Center, LP | WASTE MANAGEMEN | Waste Management of Texas, Inc. | Waste Disposal | PO Box 660345 | Pasadena | Dallas | TX | 75266 | (800) 800-5804 Ext. 0000 | | 10-95412-93002 | | Utilities | 925.58 | 922.25 | 931.20 | $926.34 |
| Solid | 4007 | Beaumont | NEC Beaumont Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | | Utilities | 2,967.51 | 1,248.63 | 4,220.95 | $2,812.36 |
| Solid | 4007 | Beaumont | NEC Beaumont Emergency Center, LP | CPENERGY | Center Point Energy | Gas | PO Box 4981 | | Houston | TX | 77210-4981 | (713) 659-2111 Ext. 0000 | | | - | Utilities | 39.87 | 39.87 | 40.85 | $40.20 |
| Solid | 4007 | Beaumont | NEC Beaumont Emergency Center, LP | CITY OF BEAUMO2 | City of Beaumont | Water and Sewer | 801 Main Street | | Beaumont | TX | 77704 | (409)-866-0023 | | | | Utilities | 127.55 | 137.55 | 142.58 | $135.89 |
| Solid | 4007 | Beaumont | NEC Beaumont Emergency Center, LP | ENTERGY | Entergy Texas, Inc. | Electric | PO Box 8104 | | Baton Rouge | LA | 70891-8104 | (877) 387-2499 Ext. 0000 | | | | Utilities | 3,819.45 | 4,200.97 | 3,907.27 | $3,975.90 |
| Solid | 4007 | Beaumont | NEC Beaumont Emergency Center, LP | WASTE MANAGEMEN | Waste Management of Texas, Inc. | Waste Disposal | PO Box 660345 | Golden Triangle | Dallas | TX | 75266 | (800) 800-5804 Ext. 0000 | | 14-36334-83005 | | Utilities | 525.15 | 523.29 | 528.30 | $525.58 |
| Solid | 4001 | Bellaire | NEC Bellaire Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | | Utilities | 2,578.01 | 2,163.52 | 2,837.72 | $2,526.42 |
| Solid | 4001 | Bellaire | NEC Bellaire Emergency Center, LP | CENTER POINT ENRGY | Center Point Energy | Gas | PO Box 4981 | | Houston | TX | 77210-4981 | (713) 659-2111 Ext. 0000 | | | | Utilities | 24.28 | 23.57 | 24.55 | $24.13 |
| Solid | 4001 | Bellaire | NEC Bellaire Emergency Center, LP | COMCAST | Comcast | Cable Tv, Internet and Phone | Attn: Franny Lambright | PO Box 660618 | Dallas | TX | 75266-0618 | (800)-391-3000 | | | | Utilities | 770.01 | 770.01 | 769.85 | $769.96 |
| Solid | 4001 | Bellaire | NEC Bellaire Emergency Center, LP | FRONTIER UTILIT | Frontier Utilities | Electric | Attn: Frontier Utilities Revenue Management PUCT No. 10169 | 5161 San Felipe St, Suite 320 | Houston | TX | 77056 | (866) 296-8192 Ext. 0000 | | 0417842 & 0417059 | | Utilities | 4,576.30 | 3,935.61 | 3,380.15 | $3,964.02 |
| Solid | 4001 | Bellaire | NEC Bellaire Emergency Center, LP | REPUBLIC SERVIC | Republic Services | Sewer | PO Box 78829 | | Phoenix | AZ | 85062-8829 | (432) 561-7600/(409) 724-2371 | | | | Utilities | 381.90 | 380.61 | 380.80 | $381.10 |
| Solid | 4022 | Brownsville | NEC Brownsville Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | | Utilities | 1,698.82 | 1,489.83 | 1,541.89 | $1,576.85 |
| Solid | 4022 | Brownsville | NEC Brownsville Emergency Center, LP | BROWNSVILLE PUB | Brownsville Public Utilities Board | Electric, Water and Sewer | PO Box 660566 | | Dallas | TX | 75266-0566 | (956)-983-6100 Ext. 0000 | | 608529 | | Utilities | 3,979.21 | 4,156.31 | 3,880.08 | $4,005.20 |
| Solid | 4022 | Brownsville | NEC Brownsville Emergency Center, LP | ONE GAS TEXAS PR | Texas Gas Service A Division of One Gas | Gas | P.O. Box 219913 | - | Kansas City | MO | 64121-9913 | 1-800-700-2443 | | | - | Utilities | 86.30 | 85.66 | 71.62 | $81.19 |
| Corp | 6000 | Corporate | EDMG, LLC | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | | Utilities | 3,867.03 | 3,811.77 | 18,783.97 | $8,820.92 |
| Corp | 6000 | Corporate | EDMG, LLC | COMCAST BUSINES | Comcast Business | Cable TV | Attn: Franny Lambright | PO Box 660618 | Philadelphia | PA | 19101-0601 | (800) 741-4141 Ext. 0000/1877-543-3961 | | | | Utilities | 284.97 | 285.02 | 284.98 | $284.99 |
| Corp | 6000 | Corporate | EDMG, LLC | VERIZON | Verizon | Phone | Attn: Verizon Wireless Bankruptcy Administration | 500 Technology Drive, Suite 550 | Weldon Spring | MO | 63304 | 1800-922-0204 | | | | Utilities | 16,461.59 | 17,959.21 | 17,971.15 | $17,463.98 |
| Solid | 4010 | Crosby | NEC Crosby Emergency Center, LP | CPENERGY | Center Point Energy | Gas | PO Box 4981 | | Houston | TX | 77210-4981 | (713) 659-2111 Ext. 0000 | | | - | Utilities | 23.35 | 23.35 | 26.27 | $24.32 |
| Solid | 4010 | Crosby | NEC Crosby Emergency Center, LP | COMCAST CABLE | Comcast Business | Cable Tv, Internet and Phone | Attn: Franny Lambright | PO Box 660618 | Dallas | TX | 75266-0618 | (800)-391-3000 | | | - | Utilities | 853.48 | 853.48 | 853.09 | $853.35 |
| Solid | 4010 | Crosby | NEC Crosby Emergency Center, LP | CROSBY MUN. UTI | Crosby Mun. Utility District | Water and Sewer | PO Box 249 | | Crosby | TX | 77532 | (281) 328-4242 Ext. 0000 | | | | Utilities | 597.25 | 533.82 | 548.03 | $559.70 |
| Solid | 4010 | Crosby | NEC Crosby Emergency Center, LP | FRONTIER COMMUN | Frontier Communications | Phone | Attn: National Collections Center | PO Box 740407 | Cincinnati | OH | 45274-0407 | (866) 491-5288 Ext. 0000 | | | | Utilities | 550.00 | 550.00 | 550.00 | $550.00 |
| Solid | 4010 | Crosby | NEC Crosby Emergency Center, LP | FRONTIER UTILIT | Frontier Utilities | Electric | Attn: Frontier Utilities Revenue Management PUCT No. 10169 | 5161 San Felipe St, Suite 320 | Houston | TX | 77056 | (866) 296-8192 Ext. 0000 | | 0405437 &0483245 | | Utilities | 3,618.52 | 3,672.38 | 3,594.51 | $3,628.47 |
| Solid | 4010 | Crosby | NEC Crosby Emergency Center, LP | WASTE MANAGEMEN | Waste Management of Texas, Inc. | Waste Disposal | PO Box 660345 | Pasadena | Dallas | TX | 75266 | (800) 800-5804 Ext. 0000 | | 14-91624-63003 | | Utilities | 391.10 | 389.73 | 393.49 | $391.44 |
| Solid | 4015 | Edgemere | NEC Eastside Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | | Utilities | 2,044.98 | 116.00 | 2,770.32 | $1,643.77 |
| Solid | 4015 | Edgemere | NEC Eastside Emergency Center, LP | EL PASO DISPOSA | El Paso Disposal A Waste Connections Company | Sewer | PO Box 660177 | | Dallas | TX | 75266-0177 | 915-772-7495 | | | | Utilities | 100.00 | 100.00 | 100.00 | $100.00 |
| Solid | 4015 | Edgemere | NEC Eastside Emergency Center, LP | EL PASO WATER U | El Paso Water | Water | PO Box 511 | | El Paso | TX | 79961-0511 | | | | | Utilities | 485.80 | 485.80 | 500.32 | $490.64 |
| Solid | 4015 | Edgemere | NEC Eastside Emergency Center, LP | ONE GAS TEXAS PR | Texas Gas Service A Division of One Gas | Gas | P.O. Box 219913 | - | Kansas City | MO | 64121-9913 | 1-800-700-2443 | | | - | Utilities | 49.54 | 49.54 | 50.54 | $49.87 |
| Solid | 4015 | Edgemere | NEC Eastside Emergency Center, LP | EL PASO ELECTRI | The Electric Company EL Paso Electric | Electric | PO Box 650801 | | Dallas | TX | 75265-0801 | (915) 543-5970 Ext. 0000 | | | | Utilities | 3,254.67 | 3,361.46 | 3,400.68 | $3,338.87 |
| Corp | 6000 | EDMG | EDMG, LLC | CENTURYLINK | CenturyLink, a Level 3 Company | Phone and Internet | PO Box 2961 | | Phoenix | AZ | 85062-2961 | (512) 936-7120 Ext. 0000/1-866-712-1996 | | | | Utilities | $8,029.01 | $7,563.23 | 7,619.68 | $7,737.31 |
| Solid | 4019 | Harlingen | NEC Harlingen Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | | Utilities | 1,167.16 | 1,175.25 | 1,176.19 | $1,172.87 |
| Solid | 4019 | Harlingen | NEC Harlingen Emergency Center, LP | FRONTIER UTILIT | Frontier Utilities | Electric | Attn: Frontier Utilities Revenue Management PUCT No. 10169 | 5161 San Felipe St, Suite 320 | Houston | TX | 77056 | (866) 296-8192 Ext. 0000 | | 0382881 | | Utilities | 2,354.36 | 2,479.36 | 2,578.76 | $2,470.83 |
| Solid | 4019 | Harlingen | NEC Harlingen Emergency Center, LP | HARLIGEN WATER | Harligen Water Works Systems | Water and Sewer | 134 E. Van Buren | | Harlingen | TX | 78550 | (956) 430-6138 Ext. 0000 | | | | Utilities | 264.78 | 276.61 | 270.05 | $270.48 |
| Solid | 4019 | Harlingen | NEC Harlingen Emergency Center, LP | ONE GAS TEXAS PR | Texas Gas Service A Division of One Gas | Gas | P.O. Box 219913 | - | Kansas City | MO | 64121-9913 | 1-800-700-2443 | | | - | Utilities | 85.57 | 71.66 | 66.42 | $74.55 |
| Solid | 4002 | Kingwood | NEC Kingwood Emergency Center, LP | CPENERGY | Center Point Energy | Gas | PO Box 4981 | | Houston | TX | 77210-4981 | (713) 659-2111 Ext. 0000 | | | - | Utilities | 23.57 | 23.57 | 24.55 | $23.90 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Solid | 4002 | Kingwood | NEC Kingwood Emergency Center, LP | CENTURYLINK | CenturyLink | Phone and Internet | PO Box 2961 | | Phoenix | AZ | 85062-2961 | (512) 936-7120 Ext. 0000/1-866-712-1996 | | | Utilities | 1,055.32 | 968.31 | 989.15 | $1,004.26 |
| Solid | 4002 | Kingwood | NEC Kingwood Emergency Center, LP | CITY OF HOUSTON WATER | City of Houston Utility Bill | Water | PO Box 1560 | | Houston | TX | 77251-1560 | (832)-394-8811/(713) 837-0311 | | - | - | Utilities | 228.48 | 249.24 | 238.86 | $238.86 |
| Solid | 4002 | Kingwood | NEC Kingwood Emergency Center, LP | COMCAST | Comcast | Cable Tv, Internet and Phone | Attn: Franny Lambright | PO Box 660618 | Dallas | TX | 75266-0618 | (800)-391-3000 | | | Utilities | 637.94 | 637.94 | 637.82 | $637.90 |
| Solid | 4002 | Kingwood | NEC Kingwood Emergency Center, LP | FRONTIER UTILIT | Frontier Utilities | Electric | Attn: Frontier Utilities Revenue Management PUCT No. 10169 | 5161 San Felipe St, Suite 320 | Houston | TX | 77056 | (866) 296-8192 Ext. 0000 | | 0417838 | Utilities | 3,979.38 | 3,855.61 | 4,769.19 | $4,201.39 |
| Solid | 4002 | Kingwood | NEC Kingwood Emergency Center, LP | WASTE MANAGEMEN | Waste Management of Texas, Inc. | Waste Disposal | PO Box 660345 | Conroe | Dallas | TX | 75266-0345 | (800) 800-5804 Ext. 0000 | | 8-65198-43000 | Utilities | 498.79 | 497.05 | 501.86 | $499.23 |
| Solid | 4031 | Lubbock | NEC Lubbock Emergency Center, LP | ATMOS ENERGY | ATMOS Energy | Gas | PO Box 790311 | | St Louis | MO | 63179-0311 | (888) 286-6700 Ext. 0000 | | | Utilities | 65.00 | 65.00 | 65.00 | $65.00 |
| Solid | 4031 | Lubbock | NEC Lubbock Emergency Center, LP | LUBBOCK POWER | City of Lubbock Utilities | Electric, Water and Sewer | 1301 Broadway | | Lubbock | TX | 79401 | (806) 775-2509/(806) 775-2588 Ext. 0000 | | 9367232-9940630 | Utilities | 2,280.11 | 1,817.19 | 2,239.18 | $2,112.16 |
| Solid | 4031 | Lubbock | NEC Lubbock Emergency Center, LP | REPUBLIC SERVIC | Republic Services | Sewer | PO Box 78829 | | Phoenix | AZ | 85062-8829 | (432) 561-7600/(409) 724-2371 | | | Utilities | 237.12 | 236.32 | 236.44 | $236.63 |
| Solid | 4031 | Lubbock | NEC Lubbock Emergency Center, LP | SUDDENLINK | Suddenlink Business | Internet and Phone | Attn:Tim Ogrodnik | PO BOX 660365 | Dallas | TX | 75266-0365 | 1-800-490-9604 | | - | Utilities | 769.52 | 769.03 | 769.03 | $769.19 |
| Solid | 4023 | McAllen | NEC McAllen Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | Utilities | 1,420.71 | 1,420.71 | 1,419.41 | $1,420.28 |
| Solid | 4023 | McAllen | NEC McAllen Emergency Center, LP | Amex Allocation | Magic Valley Electric Cooperative | Electric | PO Box 267 | | Mercedes | TX | 78570-0267 | (866)-225-5683 | | | Utilities | 3,011.84 | 3,217.30 | 3,559.78 | $3,262.97 |
| Solid | 4023 | McAllen | NEC McAllen Emergency Center, LP | MCALLEN PUBLIC | McAllen Public Utility | Water and Sewer | 1300 W. Houston | PO Box 280 | McAllen | TX | 78505-0280 | (956) 681-1600/(956) 681-1717 | | 140442 | Utilities | 781.60 | 594.84 | 531.19 | $635.88 |
| Solid | 4023 | McAllen | NEC McAllen Emergency Center, LP | ONE GAS TEXAS PR | Texas Gas Service A Division of One Gas | Gas | P.O. Box 219913 | - | Kansas City | MO | 64121-9913 | 1-800-700-2443 | | | Utilities | 85.07 | 86.62 | 73.68 | $81.79 |
| Solid | 4013 | Midland | NEC Midland Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | Utilities | 3,659.55 | 693.38 | 4,433.50 | $2,928.81 |
| Solid | 4013 | Midland | NEC Midland Emergency Center, LP | ATMOS ENERGY | ATMOS Energy | Gas | PO Box 790311 | | St Louis | MO | 63179-0311 | (888) 286-6700 Ext. 0000 | | | Utilities | 64.84 | 65.43 | 63.14 | $64.47 |
| Solid | 4013 | Midland | NEC Midland Emergency Center, LP | CITY OF MIDLAND | City of Midland | Water | PO Box 1152 | 300 N. Loraine | Midland | TX | 79702 | (432)-685-7320 | | | Utilities | 204.08 | 61.84 | 461.98 | $242.63 |
| Solid | 4013 | Midland | NEC Midland Emergency Center, LP | REPUBLIC #068 | Republic Services | Sewer | PO Box 78829 | | Phoenix | AZ | 85062-8829 | (432) 561-7600/(409) 724-2371 | (000) 000-0000 Ext. 0000 | | Utilities | 405.58 | 404.23 | 404.43 | $404.75 |
| Solid | 4013 | Midland | NEC Midland Emergency Center, LP | SUDDENLINK | Suddenlink Business | Internet and Phone | Attn:Tim Ogrodnik | PO BOX 660365 | Dallas | TX | 75266-0365 | 1-800-490-9604 | | - | Utilities | 450.47 | 450.38 | 450.38 | $450.41 |
| Solid | 4013 | Midland | NEC Midland Emergency Center, LP | TARA ENERGY | Tara Energy | Electric | PO Box 301438 | | Dallas | TX | 75303-1410 | 1-866-438-8272 | | 1508140277 | Utilities | 3,262.73 | 3,273.78 | 3,026.42 | $3,187.64 |
| Solid | 4008 | Mueller | NEC Mueller Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | Utilities | 1,511.60 | 785.81 | 1,656.53 | $1,317.98 |
| Solid | 4008 | Mueller | NEC Mueller Emergency Center, LP | CITY OF AUSTIN | City of Austin | Electric, Water and Sewer | PO Box 1088 | | Austin | TX | 78783-2267 | (512)-494-9400 | | | Utilities | 5,709.71 | 5,053.05 | 5,032.71 | $5,265.16 |
| Solid | 4008 | Mueller | NEC Mueller Emergency Center, LP | ONE GAS TEXAS PR | Texas Gas Service A Division of One Gas | Gas | P.O. Box 219913 | - | Kansas City | MO | 64121-9913 | 1-800-700-2443 | | | Utilities | 50.96 | 51.96 | 39.72 | $47.55 |
| Solid | 4008 | Mueller | NEC Mueller Emergency Center, LP | TIME WARNER CAB | Time Warner Cable | Cable Tv, Internet and Phone | Attn: Recovery Support, TWC Legal & Serena Parker | 3347 Platt Springs Road | West Columbia | SC | 29170 | (866)-519-1263 | | | Utilities | 1535.37 | 1,533.91 | 1,541.06 | $1,536.78 |
| Solid | 4018 | Odessa | NEC Odessa Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | Utilities | 2,150.66 | 1,852.55 | 3,561.82 | $2,521.68 |
| Solid | 4018 | Odessa | NEC Odessa Emergency Center, LP | ATMOS ENERGY | ATMOS Energy | Gas | PO Box 790311 | | St Louis | MO | 63179-0311 | (888) 286-6700 Ext. 0000 | | | Utilities | 2.81 | 50.32 | 101.85 | $51.66 |
| Solid | 4018 | Odessa | NEC Odessa Emergency Center, LP | CABLE ONE, INC. | Cable One Business | Cable TV, Phone and Internet | PO Box 7800 | - | Phoenix | AZ | 85062-8000 | (877)-570-0500 Ext. 0000 | | - | Utilities | 513.91 | 513.93 | 513.91 | $513.92 |
| Solid | 4018 | Odessa | NEC Odessa Emergency Center, LP | Amex Allocation | City of Odessa | Water and Sewer | PO Box 2552 | | Odessa | TX | 79760-2552 | | | | Utilities | 87.54 | 78.90 | 226.85 | $131.10 |
| Solid | 4018 | Odessa | NEC Odessa Emergency Center, LP | FRONTIER UTILIT | Frontier Utilities | Electric | Attn: Frontier Utilities Revenue Management PUCT No. 10169 | 5161 San Felipe St, Suite 320 | Houston | TX | 77056 | (866) 296-8192 Ext. 0000 | | 0381851 | Utilities | 2,642.00 | 2,433.80 | 2,664.67 | $2,580.16 |
| Solid | 4018 | Odessa | NEC Odessa Emergency Center, LP | REPUBLIC SERVIC | Republic Services | Sewer | PO Box 78829 | | Phoenix | AZ | 85062-8829 | (432) 561-7600/(409) 724-2371 | | | Utilities | 409.33 | 407.92 | 408.15 | $408.47 |
| Solid | 4011 | Orange | NEC Orange Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | Utilities | 1,773.45 | 1,836.22 | 1,963.80 | $1,857.82 |
| Solid | 4011 | Orange | NEC Orange Emergency Center, LP | CPENERGY | Center Point Energy | Gas | PO Box 4981 | | Houston | TX | 77210-4981 | (713) 659-2111 Ext. 0000 | | - | Utilities | 46.02 | 46.02 | 51.07 | $47.70 |
| Solid | 4011 | Orange | NEC Orange Emergency Center, LP | CITY OF ORANGE | City of Orange | Water and Sewer | PO Box 520 | | Orange | TX | 77631-0520 | (409) 988-7315 Ext. 0000/930-784-9270 | | 01900516-005 | Utilities | 379.18 | 253.17 | 102.89 | $245.08 |
| Solid | 4011 | Orange | NEC Orange Emergency Center, LP | ENTERGY | Entergy Texas, Inc. | Electric | PO Box 8104 | | Baton Rouge | LA | 70888 | (877) 387-2499 Ext. 0000 | | | Utilities | 3,047.70 | 3,526.28 | 3,570.90 | $3,381.63 |
| Solid | 4011 | Orange | NEC Orange Emergency Center, LP | WASTE MANAGEMEN | Waste Management of Texas, Inc. | Waste Disposal | PO Box 660345 | Golden Triangle | Dallas | TX | 75266 | (800) 800-5804 Ext. 0000 | | 14-97249-53007 | Utilities | 363.92 | 415.63 | 419.70 | $399.75 |
| Solid | 4035 | Paris | NEC Paris Emergency Center, LP | 8 X 8, INC | 8 X 8, Inc | Communications | Dept 848080 | | Los Angeles | CA | 90,084.00 | 408-400-7775 | | | Utilities | $490.18 | $488.12 | $488.12 | $488.81 |
| Solid | 4035 | Paris | NEC Paris Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | Utilities | 1,681.71 | 1,301.31 | 1,299.05 | $1,427.36 |
| Solid | 4035 | Paris | NEC Paris Emergency Center, LP | ATMOS ENERGY | ATMOS Energy | Gas | PO Box 790311 | | St Louis | MO | 63179-0311 | (888) 286-6700 Ext. 0000 | | | Utilities | 55.00 | 55.00 | 55.00 | $55.00 |
| Solid | 4035 | Paris | NEC Paris Emergency Center, LP | CITY OF PARIS | City of Paris | Water | P.O. Box 9037 | | Paris | TX | 75461-9037 | | | | Utilities | 160.45 | 160.45 | 160.45 | $160.45 |
| Solid | 4035 | Paris | NEC Paris Emergency Center, LP | FRONTIER UTILIT | Frontier Utilities | Electric | Attn: Frontier Utilities Revenue Management PUCT No. 10169 | 5161 San Felipe St, Suite 320 | Houston | TX | 77056 | (866) 296-8192 Ext. 0000 | | 0471948 | Utilities | 8,787.19 | (2,945.08) | 3,125.99 | $2,989.37 |
| Solid | 4035 | Paris | NEC Paris Emergency Center, LP | SANITATION SOLU | Sanitation Solutions, Inc | Waste Disposal | P.O. Box 6190 | | Paris | TX | 75461 | (903) 784-0124 Ext. 0000 | | | Utilities | 179.32 | 181.76 | 182.27 | $181.12 |
| Solid | 4035 | Paris | NEC Paris Emergency Center, LP | SUDDENLINK | Suddenlink Business | Internet and Phone | Attn:Tim Ogrodnik | PO BOX 660365 | Dallas | TX | 75266-0365 | 1-800-490-9604 | | | Utilities | 482.47 | 494.06 | 522.80 | $499.78 |
| Solid | 4004 | Pasadena | NEC Pasadena Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | Utilities | 2,251.22 | 2,310.88 | 2,937.63 | $2,499.91 |
| Solid | 4004 | Pasadena | NEC Pasadena Emergency Center, LP | CPENERGY | Center Point Energy | Gas | PO Box 4981 | | Houston | TX | 77210-4981 | (713) 659-2111 Ext. 0000 | | - | Utilities | 34.80 | 57.03 | 37.93 | $43.25 |
| Solid | 4004 | Pasadena | NEC Pasadena Emergency Center, LP | CITYOFPASADENA | City of Pasadena Water Department | Water and Sewer | PO Box 1337 | 1202 Southmore Ave. | Pasadena | TX | 77501 | (713) 475-5566 Ext. 0000 | (000) 000-0000 Ext. 0000 | 4705 | Utilities | 160.23 | 130.23 | 130.23 | $140.23 |
| Solid | 4004 | Pasadena | NEC Pasadena Emergency Center, LP | COMCAST CABLE | Comcast Business | Cable Tv, Internet and Phone | Attn: Franny Lambright | PO Box 660618 | Dallas | TX | 75266-0618 | (800)-391-3000 | | - | Utilities | 783.09 | 783.09 | 666.39 | $744.19 |
| Solid | 4004 | Pasadena | NEC Pasadena Emergency Center, LP | FRONTIER UTILIT | Frontier Utilities | Electric | Attn: Frontier Utilities Revenue Management PUCT No. 10169 | 5161 San Felipe St, Suite 320 | Houston | TX | 77056 | (866) 296-8192 Ext. 0000 | | 0417834 & 0387563 | Utilities | 3,185.01 | 3,226.61 | 3,160.42 | $3,190.68 |
| Solid | 4005 | Pearland | NEC Pearland Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | Utilities | 2,196.16 | 950.70 | 1,274.65 | $1,473.84 |
| Solid | 4005 | Pearland | NEC Pearland Emergency Center, LP | CPENERGY | Center Point Energy | Gas | PO Box 4981 | | Houston | TX | 77210-4981 | (713) 659-2111 Ext. 0000 | | - | Utilities | 32.07 | 32.07 | 35.78 | $33.31 |
| Solid | 4005 | Pearland | NEC Pearland Emergency Center, LP | CITY OF PEARLAN | City of Pearland Water Utility Customer Service | Water | PO Box 2068 | | Pearland | TX | 77588 | (281)-652-1603 Ext. 0000 | | 116257-85654 | Utilities | 688.97 | 659.28 | 729.92 | $692.72 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pearland | NEC Pearland Emergency Center, LP | FRONTIER UTILIT | Frontier Utilities | Electric | Attn: Frontier Utilities Revenue Management PUCT No. 10169 | 5161 San Felipe St, Suite 320 | Houston | TX | 77056 | (866) 296-8192 Ext. 0000 | | 0417839 & 0417837 | | Utilities | 3,582.11 | 3,757.65 | 3,977.61 | $3,772.46 |
| Solid | 4005 | | | | | | | | | | | | | | | | | | | |
| Solid | 4005 | Pearland | NEC Pearland Emergency Center, LP | WASTE MANAGEMENT | Waste Management of Texas, Inc. | Waste Disposal | PO Box 660345 | Pasadena | Dallas | TX | 75266 | (800) 800-5804 Ext. 0000 | | 12-75578-93000 | | Utilities | 289.24 | 289.24 | 286.35 | $288.28 |
| Solid | 4016 | Port Arthur | NEC Port Arthur Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | | Utilities | 1,361.82 | 1,360.75 | 1,467.15 | $1,396.57 |
| Solid | 4016 | Port Arthur | NEC Port Arthur Emergency Center, LP | CITY OF PORT AR | City of Port Arthur | Sewer | Attn: Cashiers | P.O. Box 1089 | Port Arthur | TX | 77641-1089 | (409)-983-8230 | | | | Utilities | 216.30 | 216.30 | 454.23 | $295.61 |
| Solid | 4016 | Port Arthur | NEC Port Arthur Emergency Center, LP | ENTERGY | Entergy Texas, Inc. | Electric | PO Box 8104 | | Baton Rouge | LA | 70888 | (877) 387-2499 Ext. 0000 | | | | Utilities | 3,191.44 | 3,794.78 | 3,938.07 | $3,641.43 |
| Solid | 4016 | Port Arthur | NEC Port Arthur Emergency Center, LP | ONE GAS TEXAS PR | Texas Gas Service A Division of One Gas | Gas | P.O. Box 219913 | - | Kansas City | MO | 64121-9913 | 1-800-700-2443 | | | | Utilities | 69.76 | 69.15 | 74.88 | $71.26 |
| Solid | 4021 | Porter | NEC Porter Emergency Center, LP | CPENERGY | Center Point Energy | Gas | PO Box 4981 | | Houston | TX | 77210-4981 | (713) 659-2111 Ext. 0000 | | | | Utilities | 21.92 | 22.00 | 23.57 | $22.50 |
| Solid | 4021 | Porter | NEC Porter Emergency Center, LP | CENTURYLINK | CenturyLink | Phone | PO Box 2961 | | Phoenix | AZ | 85062-2961 | (512) 936-7120 Ext. 0000/1-866-712-1996 | | | | Utilities | 786.14 | 616.10 | 616.42 | $672.89 |
| Solid | 4021 | Porter | NEC Porter Emergency Center, LP | COMCAST CABLE | Comcast Business | Cable Tv, Internet and Phone | Attn: Franny Lambright | PO Box 660618 | Dallas | TX | 75266-0618 | (800)-391-3000 | | | - | Utilities | 659.85 | 659.70 | 659.70 | $659.75 |
| Solid | 4021 | Porter | NEC Porter Emergency Center, LP | ENTERGY | Entergy Texas, Inc. | Electric | PO Box 8104 | | Baton Rouge | LA | 70888 | (877) 387-2499 Ext. 0000 | | | | Utilities | 3,553.39 | 3,569.48 | 4,318.88 | $3,813.92 |
| Solid | 4021 | Porter | NEC Porter Emergency Center, LP | VALLEY RANCH MU | Valley Ranch Mud #1 | Water | PO Box 684000 | | Houston | TX | 77268-4000 | (281) 579-2400 | | | | Utilities | 174.90 | 200.03 | 377.68 | $250.87 |
| Solid | 4021 | Porter | NEC Porter Emergency Center, LP | WASTE MANAGEMEN | Waste Management of Texas, Inc. | Waste Disposal | PO Box 660345 | Conroe | Dallas | TX | 75266 | (800) 800-5804 Ext. 0000 | | 16-49806-23005 | | Utilities | 529.99 | 528.09 | 533.17 | $530.42 |
| Solid | 4026 | Texarkana | NEC Texarkana Emergency Center, LP | CABLE ONE, INC. | Cable One Business | Cable TV, Phone and Internet | PO Box 7800 | - | Phoenix | AZ | 85062-8000 | (877)-570-0500 Ext. 0000 | | - | - | Utilities | 1,307.11 | 1,307.13 | 1,307.34 | $1,307.19 |
| Solid | 4026 | Texarkana | NEC Texarkana Emergency Center, LP | CPENERGY | Center Point Energy | Gas | PO Box 4981 | | Houston | TX | 77210-4981 | (713) 659-2111 Ext. 0000 | | | | Utilities | 20.08 | 20.89 | 21.75 | $20.91 |
| Solid | 4026 | Texarkana | NEC Texarkana Emergency Center, LP | AEP | Southwestern Electric Power | Electric | PO Box 24422 | - | Canton | OH | 44701-4422 | (877)-446-7211 | | - | - | Utilities | 4,725.78 | 5,024.03 | 4,932.25 | $4,894.02 |
| Solid | 4026 | Texarkana | NEC Texarkana Emergency Center, LP | TEXARKANA WATER | Texarkana Water Utilities | Water | PO Box 2008 | | Texarkana | TX | 75504-2008 | (903) 798-3800 | | 09908314-00 | | Utilities | 885.09 | 382.46 | 545.72 | $604.42 |
| Solid | 4026 | Texarkana | NEC Texarkana Emergency Center, LP | WASTE MANAGEMENT | Waste Management of Texas, Inc. | Waste Disposal | PO Box 660345 | Texarkana Hauling | Dallas | TX | 75266 | (800) 800-5804 Ext. 0000 | | | | Utilities | 592.70 | 592.70 | 600.11 | $595.17 |
| Solid | 4009 | Yorktown | NEC Yorktown Emergency Center, LP | AT&T | AT&T | Communications | C/O Bankruptcy | 4331 Communications Dr, Flr W | Dallas | TX | 75211 | (800) 559-7928 Ext. 0000 | | | | Utilities | 2,119.39 | 710.55 | 2,779.91 | $1,869.95 |
| Solid | 4009 | Yorktown | NEC Yorktown Emergency Center, LP | CPENERGY | Center Point Energy | Gas | PO Box 4981 | | Houston | TX | 77210-4981 | (713) 659-2111 Ext. 0000 | | - | - | Utilities | 23.94 | 23.57 | 22.46 | $23.32 |
| Solid | 4009 | Yorktown | NEC Yorktown Emergency Center, LP | COMCAST CABLE | Comcast Business | Cable Tv, Internet and Phone | Attn: Franny Lambright | PO Box 660618 | Dallas | TX | 75266-0618 | (800)-391-3000 | | | | Utilities | 697.24 | 697.12 | 697.12 | $697.16 |
| Solid | 4009 | Yorktown | NEC Yorktown Emergency Center, LP | HARRIS COUNTY M | Harris County Mud #276 | Water | P.O. Box 684000 | | Houston | TX | 77268-4000 | (281) 479-4500 | (000) 000-0000 Ext. 0000 | | | Utilities | 572.90 | 548.43 | 508.95 | $543.43 |
| Solid | 4009 | Yorktown | NEC Yorktown Emergency Center, LP | RELIANT ENERGY | Reliant Energy Retail Services, LLC | Electric | PO Box 650475 | | Dallas | TX | 75265-0475 | (713) 537-5162 Ext. 0000 | | | | Utilities | 5,967.50 | 6,676.32 | 7,130.68 | $6,591.50 |
| Solid | 4009 | Yorktown | NEC Yorktown Emergency Center, LP | WASTE MANAGEMEN | Waste Management of Texas, Inc. | Waste Disposal | PO Box 660345 | Houston Metro | Dallas | TX | 75266 | (800) 800-5804 Ext. 0000 | | 14-23664-43002 | | Utilities | 337.36 | 336.10 | 339.38 | $337.61 |
| Corp | 6000 | Corporate | EDMG, LLC | VENTUS NETWORKS | Ventus Wireless, LLC | Vendor-Utility-Internet | 10 Norden Place Mailbox #8 | | Norwalk | CT | 06855 | (203) 642-2800 Ext. 0000 | | | | Utilities | 700.00 | 700.00 | 700.00 | $700.00 |
| Corp | | Corporate | Neighbors Legacy Holidngs, Inc | Comcast | Comcast | Ethernet Network Services | Attn: Franny Lambright | PO Box 660618 | Dallas | TX | 75266-0618 | (800)-391-3000 | | - | - | Utilities | 73,793.15 | 73,793.15 | 73,793.15 | $73,793.15 |
| | | | | | | | | | | | | | | | | | | | $251,584.65 |