| Center Status | Debtor | Institution | Account Type | Last 4 Digits of Account No. | Balance as of Petition Date | Purpose | Account Open? | Status |
|---|---|---|---|---|---|---|---|---|
| Closed | NEC Amarillo South Emergency Center, LP | BBVA Compass | Checking | 0773 | | Facility Income | Open | Active |
| Closed | NEC Amarillo South Emergency Center, LP | BBVA Compass | Checking | 1505 | | Facility Expense | Open | Active |
| Closed | NEC College Station Emergency Center, LP | BBVA Compass | Checking | 7248 | | Facility Expense | Open | Active |
| Closed | NEC College Station Emergency Center, LP | BBVA Compass | Checking | 7272 | | Facility Income | Open | Active |
| Closed | NEC Greeley Emergency Center, LP | BBVA Compass | Checking | 4582 | | Facility Expense | Open | Active |
| Closed | NEC Greeley Emergency Center, LP | BBVA Compass | Checking | 4868 | | Facility Income | Open | Active |
| Closed | NEC Kerrville Emergency Center, LP | BBVA Compass | Checking | 4779 | | Facility Expense | Open | Active |
| Closed | NEC Kerrville Emergency Center, LP | BBVA Compass | Checking | 5171 | | Facility Income | Open | Active |
| Closed | NEC Lakeline Emergency Center, LP | BBVA Compass | Checking | 1955 | | Facility Expense | Open | Active |
| Closed | NEC Lakeline Emergency Center, LP | BBVA Compass | Checking | 3397 | | Facility Income | Open | Active |
| Closed | NEC Longview Emergency Center, LP | BBVA Compass | Checking | 7566 | | Facility Expense | Open | Active |
| Closed | NEC Longview Emergency Center, LP | BBVA Compass | Checking | 7736 | | Facility Income | Open | Active |
| Closed | NEC Lufkin Emergency Center, LP | BBVA Compass | Checking | 2550 | | Facility Expense | Open | Active |
| Closed | NEC Lufkin Emergency Center, LP | BBVA Compass | Checking | 8427 | | Facility Income | Open | Active |
| Closed | Next Door Urgent Care, LLC | BBVA Compass | Checking | 3416 | | Facility Expense | Open | Active |
| Closed | Next Door Urgent Care, LLC | BBVA Compass | Checking | 4080 | | Facility Income | Open | Active |
| Closed | NEC San Angelo Emergency Center, LP | BBVA Compass | Checking | 6059 | | Facility Expense | Open | Active |
| Closed | NEC San Angelo Emergency Center, LP | BBVA Compass | Checking | 6415 | | Facility Income | Open | Active |
| Closed | NEC Texas City Emergency Center, LP | BBVA Compass | Checking | 5914 | | Facility Expense | Open | Active |
| Closed | NEC Texas City Emergency Center, LP | BBVA Compass | Checking | 5728 | | Facility Income | Open | Active |
| Closed | NEC Tyler Emergency Center, LP | BBVA Compass | Checking | 7720 | | Facility Expense | Open | Active |
| Closed | NEC Tyler Emergency Center, LP | BBVA Compass | Checking | 7496 | | Facility Income | Open | Active |
| Closed | NEC West Warwick Emergency Center, LP | BBVA Compass | Checking | 0608 | | Facility Expense | Open | Active |
| Closed | NEC West Warwick Emergency Center, LP | BBVA Compass | Checking | 5763 | | Facility Income | Open | Active |
| Closed | NEC West Warwick Emergency Center, LP | Bank of America Merrill Lynch | Checking | 1830 | | Facility Income | Open | Active |
| Closed | NEC Wichita Falls Emergency Center, LP | BBVA Compass | Checking | 8449 | | Facility Expense | Open | Active |
| Closed | NEC Wichita Falls Emergency Center, LP | BBVA Compass | Checking | 8724 | | Facility Income | Open | Active |
| Closed | NEC Wichita Falls Emergency Center, LP | Wells Fargo | Checking | 6281 | | Facility Income | Open | Active |
| Closed | NEC Zaragoza Emergency Center, LP | BBVA Compass | Checking | 2666 | | Facility Expense | Open | Active |
| Closed | NEC Zaragoza Emergency Center, LP | BBVA Compass | Checking | 2895 | | Facility Income | Open | Active |
| Closed | Neighbors Physician Group - Colorado, LLC | BBVA Compass | Checking | 7604 | | NPG Account | Open | Active |
| Closed | Neighbors Physician Group - Colorado, LLC | BBVA Compass | Checking | 7779 | | NPG Account | Open | Active |
| Closed | Neighbors Physician Group - Rhode Island, LLC | BBVA Compass | Checking | 6963 | | NPG Account | Open | Active |
| Closed | Neighbors Physician Group - Rhode Island, LLC | BBVA Compass | Checking | 1878 | | NPG Account | Open | Active |
| Open | NEC Amarillo Emergency Center, LP | BBVA Compass | Checking | 1726 | | Facility Income | Open | Active |
| Open | NEC Amarillo Emergency Center, LP | Wells Fargo | Checking | 6257 | | Facility Income | Open | Active |
| Open | NEC Amarillo Emergency Center, LP | BBVA Compass | Checking | 0498 | | Facility Expense | Open | Active |
| Open | NEC Baytown Asset Holdings, LLC | BBVA Compass | Checking | 9646 | | Asset Account | Open | Inactive |
| Open | NEC Baytown Emergency Center, LP | BBVA Compass | Checking | 3754 | | Facility Expense | Open | Active |
| Open | NEC Baytown Emergency Center, LP | BBVA Compass | Checking | 6614 | | Facility Income | Open | Active |
| Open | NEC Bellaire Emergency Center, LP | BBVA Compass | Checking | 5734 | | Facility Expense | Open | Active |
| Open | NEC Bellaire Emergency Center, LP | BBVA Compass | Checking | 3757 | | Facility Income | Open | Active |
| Open | NEC Brownsville Emergency Center, LP | BBVA Compass | Checking | 0180 | | Facility Expense | Open | Active |
| Open | NEC Brownsville Emergency Center, LP | BBVA Compass | Checking | 0369 | | Facility Income | Open | Active |
| Open | NEC Crosby Emergency Center, LP | BBVA Compass | Checking | 0143 | | Facility Expense | Open | Active |
| Open | NEC Crosby Emergency Center, LP | BBVA Compass | Checking | 1026 | | Facility Income | Open | Active |
| Open | NEC Eastside Emergency Center, LP | BBVA Compass | Checking | 4818 | | Facility Expense | Open | Active |

**EXHIBIT A**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Open | NEC Eastside Emergency Center, LP | BBVA Compass | Checking | 4966 | Facility Income | Open | Active |
| Open | NEC Harlingen Emergency Center, LP | BBVA Compass | Checking | 0288 | Facility Expense | Open | Active |
| Open | NEC Harlingen Emergency Center, LP | BBVA Compass | Checking | 0474 | Facility Income | Open | Active |
| Open | NEC Kingwood Asset Holdings, LLC | BBVA Compass | Checking | 7722 | Asset Account | Open | Inactive |
| Open | NEC Kingwood Emergency Center, LP | BBVA Compass | Checking | 6742 | Facility Expense | Open | Active |
| Open | NEC Kingwood Emergency Center, LP | BBVA Compass | Checking | 0612 | Facility Income | Open | Active |
| Open | NEC Lubbock Emergency Center, LP | BBVA Compass | Checking | 1781 | Facility Expense | Open | Active |
| Open | NEC Lubbock Emergency Center, LP | BBVA Compass | Checking | 7536 | Facility Income | Open | Active |
| Open | NEC McAllen Emergency Center, LP | BBVA Compass | Checking | 2447 | Facility Expense | Open | Active |
| Open | NEC McAllen Emergency Center, LP | BBVA Compass | Checking | 2617 | Facility Income | Open | Active |
| Open | NEC Midland Emergency Center, LP | BBVA Compass | Checking | 9442 | Facility Expense | Open | Active |
| Open | NEC Midland Emergency Center, LP | BBVA Compass | Checking | 9833 | Facility Income | Open | Active |
| Open | NEC Mueller Emergency Center, LP | BBVA Compass | Checking | 1746 | Facility Expense | Open | Active |
| Open | NEC Mueller Emergency Center, LP | BBVA Compass | Checking | 1363 | Facility Income | Open | Active |
| Open | Neighbors Physician Group, PLLC | BBVA Compass | Checking | 0604 | NPG Account | Open | Active |
| Open | NEC Odessa Emergency Center, LP | BBVA Compass | Checking | 6961 | Facility Expense | Open | Active |
| Open | NEC Odessa Emergency Center, LP | BBVA Compass | Checking | 6767 | Facility Income | Open | Active |
| Open | NEC Orange Emergency Center, LP | BBVA Compass | Checking | 4009 | Facility Expense | Open | Active |
| Open | NEC Orange Emergency Center, LP | BBVA Compass | Checking | 4572 | Facility Income | Open | Active |
| Open | NEC Paris Emergency Center, LP | BBVA Compass | Checking | 6755 | Facility Expense | Open | Active |
| Open | NEC Paris Emergency Center, LP | BBVA Compass | Checking | 7026 | Facility Income | Open | Active |
| Open | NEC Pasadena Emergency Center, LP | BBVA Compass | Checking | 7915 | Facility Expense | Open | Active |
| Open | NEC Pasadena Emergency Center, LP | BBVA Compass | Checking | 7966 | Facility Income | Open | Active |
| Open | NEC Pearland Asset Holdings, LLC | BBVA Compass | Checking | 3630 | Asset Account | Open | Inactive |
| Open | NEC Pearland Emergency Center, LP | BBVA Compass | Checking | 8609 | Facility Expense | Open | Active |
| Open | NEC Pearland Emergency Center, LP | BBVA Compass | Checking | 7236 | Facility Income | Open | Active |
| Open | NEC Port Arthur Emergency Center, LP | BBVA Compass | Checking | 3965 | Facility Expense | Open | Active |
| Open | NEC Port Arthur Emergency Center, LP | BBVA Compass | Checking | 4023 | Facility Income | Open | Active |
| Open | NEC Porter Emergency Center, LP | BBVA Compass | Checking | 3141 | Facility Expense | Open | Active |
| Open | NEC Porter Emergency Center, LP | BBVA Compass | Checking | 3737 | Facility Income | Open | Active |
| Open | NEC Texarkana Emergency Center, LP | BBVA Compass | Checking | 4563 | Facility Expense | Open | Active |
| Open | NEC Texarkana Emergency Center, LP | BBVA Compass | Checking | 4849 | Facility Income | Open | Active |
| Open | NEC Texarkana Emergency Center, LP | Wells Fargo | Checking | 1903 | Facility Income | Open | Active |
| Open | NEC Yorktown Emergency Center, LP | BBVA Compass | Checking | 9677 | Facility Expense | Open | Active |
| Open | NEC Yorktown Emergency Center, LP | BBVA Compass | Checking | 8573 | Facility Income | Open | Active |
| Open | EDMG, LLC | BBVA Compass | Checking | 7354 | Corporate Account | Open | Dormant |
| Open | EDMG, LLC | BBVA Compass | Checking | 5575 | Corporate Account | Open | Dormant |
| Open | EDMG, LLC | BBVA Compass | Checking | 0590 | Corporate Account | Open | Active |
| Open | Neighbors GP, LLC | BBVA Compass | Checking | 5013 | Corporate Account | Open | Inactive |
| Open | EDMG, LLC | BBVA Compass | Checking | 5249 | Payroll Account | Open | Active |
| Open | Neighbors Practice Management, LLC | BBVA Compass | Checking | 6022 | NPM Account | Open | Active |