IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| NEIGHBORS LEGACY HOLDINGS, INC., *et al*,[1] | Case No. 18-33836  (MI) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE AND PAPERS**

Pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned counsel enters an appearance for KeyBank, N.A. ("KeyBank"), and requests that copies of all pleadings, motions, notices, and other papers, filed or served, in this proceeding, be served upon the undersigned counsel for KeyBank at the following street addresses, e-mail addresses, or facsimile numbers:

Lloyd A. Lim, Esquire
REED SMITH LLP
811 Main Street, Suite 1700
Houston, Texas  77002-6110
Telephone:  (713) 469-3800
Facsimile: (713) 469-3899
E-mail: llim@reedsmith.com

-and-

Matthew Tashman, Esquire
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 241-7996
Email:  mtashman@reedsmith.com

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/neighbors. The location of Debtors' principal place of business and the Debtors' service address is: 10800 Richmond Avenue, Houston, Texas 77042.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, and answers, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive KeyBank's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy, or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which KeyBank is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[This portion of page left intentionally blank]*

- 3 -

Dated: July 12, 2018              Respectfully submitted,

                                  REED SMITH LLP

                              By: */s/ Lloyd A. Lim*
                                  Lloyd A. Lim, Esquire
                                  Texas Bar I.D. No. 24056871
                                  REED SMITH LLP
                                  811 Main Street, Suite 1700
                                  Houston, Texas  77002-6110
                                  Telephone:  (713) 469-3800
                                  Facsimile: (713) 469-3899
                                  E-mail:  llim@reedsmith.com

                                  -and-

                                  Matthew Tashman, Esquire
                                  REED SMITH LLP
                                  1717 Arch Street, Suite 3100
                                  Philadelphia, PA 19103
                                  Telephone: (215) 241-7996
                                  Email:  mtashman@reedsmith.com

                                  *Counsel to KeyBank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2018, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Lloyd A. Lim*
Lloyd A. Lim