UNITED STATES BANKRUPTCY COURT                     SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 18-33836 |
|---|---|---|---|
| Debtor | In Re: | Neighbors Legacy Holdings, Inc. | |

This lawyer, who is admitted to the State Bar of  Pennsylvania, New Jersey, & New York :

| | |
|---|---|
| Name | Matthew E. Tashman |
| Firm | Reed Smith LLP |
| Street | Three Logan Square, |
| City & Zip Code | 1717 Arch Street, Suite 3100 |
| Telephone | Philadelphia, PA 19103 |
| Licensed: State & Number | 1-215-851-8100 - Pennsylvania Bar No. 67036 |

Seeks to appear as the attorney for this party:

KeyBank, N.A.

Dated: 7/13/18          Signed: /s/ Matthew E. Tashman

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                        Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                            United States Bankruptcy Judge