**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| NEIGHBORS LEGACY HOLDINGS, | § | 18-33836 (MI) |
| INC., *et al.*, | § | (Chapter 11) |
| | § | Jointly Administered |
| DEBTORS[1] | § | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/neighbors. The location of Debtors' principal place of business and the Debtors' service address is: 10800 Richmond Avenue. Houston, Texas 77042.

| Members | Counsel for Member |
|---|---|
| 1. Read King, Inc.<br>Attn:  Deann Lanz<br>5850 San Felipe St., Suite 490<br>Houston, TX  77056<br>Tel. 713-782-9000<br>Fax 713-782-9522<br>E-Mail: dlanz@read-king.com | Gray Read & McGraw LLP<br>Jason Brookner, Esq.<br>1601 Elm St., Suite 4600<br>Dallas, TX  75201<br>Tel. 469-320-6132<br>Fax 469-320-6894<br>E-Mail: jbrookner@grayreed.com |
| 2. UCP Texas Limited, Ltd.<br>Attn:  John Pearce<br>8310 N. Capitol of Texas Highway<br>Austin, TX  78731<br>Tel. 512-441-1411<br>Fax 512-469-2975<br>E-Mail: jpearce@pearceattycpa.com | Pearce & Company, P.C.<br>John Pearce, Esq.<br>8310 N. Capitol of Texas Highway<br>Austin, TX  78731<br>Tel. 512-441-1411<br>Fax 512-469-2975<br>E-Mail: jpearce@pearceattycpa.com |
| 3. The Don Levin Trust<br>Attn:  Thomas P. Gallagher and Thomas D. Gordon, Co-Trustees<br>11300 W. Olympic Blvd., Suite 770<br>Los Angeles, CA  90064<br>Tel. 310-449-7900<br>E-Mail: tomg@dsl-cc.com<br>         tomdg@dsl-cc.com | Exall + Wood, PLLC<br>Kim Annello, Esq.<br>3838 Oak Lawn Avenue, Suite 1750<br>Dallas, TX  75219<br>Tel. 469-619-6230<br>E-Mail: kannello@exallwood.com |
| 4. XtreMed Enterprise, LLC<br>Attn:  Houman Farzian<br>9703 Richmond Ave., Suite 120<br>Houston, TX  77042<br>Tel. 888-880-2428<br>Fax 832-539-3737<br>E-Mail: legal@x3med.com | Christian, Smith & Jewell, LLP<br>Allan Levine, Esq.<br>2302 Fannin, Suite 500<br>Houston, TX  77002<br>Tel. 713-659-7617<br>Fax 713-659-7641<br>E-Mail: alevine@csj-law.com |

| | |
|---|---|
| 5. Southwest Precision Printers, LP<br>Attn: Tim Tully<br>1055 Conrad Sauer Dr.<br>Houston, TX  77043<br>Tel. 713-858-4517<br>Fax 713-468-6558<br>E-Mail: ttully@swpp.com | Pagel Davis & Hill, P.C.<br>Dennis McQueen, Esq.<br>1415 Louisiana, 22nd Floor<br>Houston, TX  77002<br>Tel. 713-951-0160 ext. 114<br>Fax 713-951-0662<br>E-Mail:  dam@pdhlaw.com |

Dated: July 23, 2018

Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:  /s/ Hector Duran
Hector Duran
Trial Attorney
Texas Bar No. 00783996
515 Rusk, Suite 3516
Houston, TX 77002
Telephone:  (713) 718-4650 x 241
Fax:  (713) 718-4670

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 23rd day of July, 2018.

/s/ Hector Duran
Hector Duran, Trial Attorney