IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> NEIGHBORS LEGACY HOLDINGS, INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-33836 (MI) <br><br> Jointly Administered |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee"), party in interest in the above-captioned cases hereby appears by its counsel, Cole Schotz P.C. ("Cole Schotz"). Cole Schotz hereby enter its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in these cases. Cole Schotz request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding,

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/neighbors. The location of Debtors' principal place of business and the Debtors' service address is: 10800 Richmond Avenue. Houston, Texas 77042.

be given and served upon the Committee through service upon Cole Schotz at the addresses, telephone, and facsimile numbers set forth below:

Michael Warner, Esquire
Benjamin L. Wallen, Esquire
Cole Schotz P.C.
301 Commerce Street, Suite 1700
Fort Worth, TX  76102
Telephone:  (817) 810-5250
Facsimile:  (817) 977-1611
Email: mwarner@coleschotz.com
Email: bwallen@coleschotz.com

-And-

Felice R. Yudkin, Esquire
Cole Schotz P.C.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
Email: fyudkin@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Committee, including, without limitation, to (i) have final orders in non-

core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  July 26, 2018                    COLE SCHOTZ P.C.

/s/  Michael D. Warner
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
301 Commerce Street, Suite 1700
Fort Worth, TX  76102
Telephone:  (817) 810-5265
Facsimile:  (817) 977-1611
Email:     mwarner@coleschotz.com
Email:     bwallen@coleschotz.com

[Proposed] Counsel to the Official Committee of Unsecured Creditors

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2018, a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

*/s/ Michael D. Warner*
Michael D. Warner