**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **NEIGHBORS LEGACY HOLDINGS, INC.,** | § | **Case No. 18-33836 (MI)** |
| *et al.*, | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**NEIGHBORS LEGACY HOLDINGS, INC. (CASE NO. 18-33836)**

---

[1]   Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/neighbors. The location of Debtors' principal place of business and the Debtors' service address is: 10800 Richmond Avenue. Houston, Texas 77042.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| | § |
| **In re:** | § **Chapter 11** |
| | § |
| **NEIGHBORS LEGACY HOLDINGS, INC.,** | § **Case No. 18-33836** |
| *et al.*, | § |
| | § **Jointly Administered** |
| Debtors. [1] | § |

**NOTES REGARDING SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On July 12, 2018 and July 23, 2018 (collectively, the "Petition Date"), Neighbors Legacy Holdings, Inc. and certain of its affiliates and subsidiaries (collectively, the "Debtors"), each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors' cases are being jointly administered under Case No. 18-33836.[2]

With the assistance of their advisors, the Debtors' management prepared the annexed Schedules of Assets and Liabilities (the "Schedules") and the Statement of Financial Affairs (the "SOFAs" and together with the Schedules, the "Schedules and SOFAs") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are they not intended to be fully reconciled to the financial statements.

Although the Debtors' management has made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/neighbors. The location of Debtors' principal place of business and the Debtors' service address is: 10800 Richmond Avenue. Houston, Texas 77042.

[2] On July 23, 2018, NEC Beaumont Emergency Center, LP (Case No. 18-34031) and NEC Beaumont Asset Holdings, LLC (Case No. 18-34030) each commenced a case by filing a petition for relief under Chapter 11 of the Bankruptcy Code (the "Beaumont Cases"). The Beaumont Cases are jointly administered with the above-captioned case by Orders entered in each Beaumont Case Directing that Certain Orders in the Chapter 11 Cases of Neighbors Legacy Holdings, Inc., et al. Apply to the Beaumont Cases (Docket No. 3 in NEC Beaumont Asset Holdings, LLC and Docket No. 4 in NEC Beaumont Emergency Center, LP).

result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. These notes regarding the Debtors' Schedules and SOFAs (the "Notes") comprise an integral part of the Debtors' Schedules and SOFAs and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtors against any third party, or in or with respect to any aspect of these chapter 11 cases.

1.     **Amendments.** The Debtors reserve the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

2.     **Asset Presentation.** Most assets of the Debtors are shown on the basis of the Debtors' book value, as of the Petition Date, and not on the basis of current market values. Accordingly, the Debtors have listed the market value of certain assets and liabilities as having an "unknown" value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

3.     **Liabilities.** Trade liabilities reflected on Schedule E/F are as set forth in the Debtors' books and records as of the Petition Date. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

4.     **Causes of Action.** Despite reasonable efforts, the Debtors might not have identified or set forth all of their causes of action against third parties as assets in their Schedules and SOFAs. The Debtors reserve any and all of their rights with respect to any causes of action they may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.     **Claim Description.** The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtors reserve the right to amend their Schedules or SOFAs as necessary or appropriate.

6.     **Property, Equipment and Inventory.** The Debtors have not completed a physical inventory or appraisal of their owned equipment, medical supply inventory or other physical assets. Further, nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all their rights with respect to such issues.

2

7.     **Insurance.**   The Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee- related policies. The Debtors' interest in these types of policies is limited to the amount of the premiums that the Debtors have prepaid, if any, as of the Petition Date.  To the extent the Debtors have made a determination of the amount of prepaid insurance premiums as of Petition Date such amounts are listed on Schedule B, Part 11, Question 77.  All policies are expected to remain in place through their expiration.  In addition, the Debtors reserve all rights to refunds of any overpayments of premiums paid on their insurance policies.

8.     **Insiders.**  In the circumstances where the Bankruptcy Schedules require information regarding insiders or officers and directors, included herein are each Debtor's (a) directors (or persons in similar positions) and (b) officers. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.     **Intercompany Payables and Receivables.**  Intercompany receivables and payables are set forth on Schedules B and F, respectively.  The listing by each Debtor of any account between a Debtor and another affiliate is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of any Debtor regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors periodically record intercompany amounts for combined entities, which could result in discrepancies for allocation between legal entities. The Debtors take  no position in these Statements and Schedules as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. The Debtors and all parties in interest reserve all rights with respect to such accounts.

10.     **Schedule A/B, Part 3, Question 11 – Accounts Receivable.** The amount shown for the current value of the accounts receivable has been reduced by an allowance for doubtful accounts, which is based on historical collection experience, age of the receivable, payor classification, and patient payment patterns.

11.     **Schedule A/B, Part 7 - Office Furniture Fixtures and Equipment and Part 8 – Machinery and Equipment.**  The Debtors do not maintain itemized fixed asset detail.  The Debtors have not conducted a physical inventory or appraisal of any of their owned equipment or other physical assets. Accordingly, the Debtors are unable to provide detailed asset lists and related values other than aggregate book value.

12.     **Schedule D—Creditors Holding Secured Claims.** The Debtors have included claims asserted by lessors who have filed UCC-1 financing statements on

6809253v3

Schedule D.  The inclusion of such claims on Schedule D is not an admission of the validity of the claim or the secured status asserted for such claim.  Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D. The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights. While reasonable efforts have been made, determination of the date upon which each claim in Schedule D was incurred or arose would be unduly and cost prohibitive, and therefore, the Debtors may not list a date for each claim listed on Schedule D.

13.    **Schedule E—Creditors Holding Unsecured Priority Claims.** The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority under section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the priority status of any claim on any basis. While reasonable efforts have been made, determination of the date upon which each claim in Schedule E was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors may not list a date for each claim listed on Schedule E.

Certain of the claims of state and local taxing authorities set forth in Schedule E, may ultimately be deemed to be secured claims pursuant to state or local laws. In addition, certain of the claims owing to various taxing authorities to which any Debtor may be liable may be subject to ongoing audits. The Debtors reserve the right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority and the listing of any claim on Schedule E does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

Additionally, the Debtors have not included employee-related priority claims that existed as of the Petition Date to the extent that such claims have been or are approved for payment pursuant to orders entered by the Bankruptcy Court [*See* Docket No. 198].

14.    **Schedule F—Creditors Holding Unsecured Nonpriority Claims.** The liabilities identified in Schedule F are derived from the Debtors' books and records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by the Debtors to set forth their unsecured obligations. Parties in interest should not anticipate that recoveries in these cases will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFAs. Parties in interest should consult their own professionals or advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financials the Debtors believe to be reasonable, actual liabilities (and assets) may deviate from the Schedules and SOFAs due to certain events that may occur throughout the duration of these chapter 11 cases.

The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule F was incurred or arose, fixing that date for each claim in Schedule F

4

would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not have listed a date for each claim listed on Schedule F.

15. **Schedule G—Executory Contracts.** Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents are also not set forth in Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim. The Debtors may be party to certain agreements that have expired by their terms, but all parties continue to operate under the agreement. Out of an abundance of caution, the Debtors have listed such agreements on Schedule G. The Debtors' inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

16. **Statement of Financial Affairs No. 2 and 13.** Prepetition, the Debtors sold excess inventory, equipment, furnishings and other miscellaneous items from its closed centers to various parties on a piecemeal basis. The sales are accounted for in the SOFA filed by Debtor EDMG, LLC (*See* response to Question No. 2). The Debtors did not maintain itemized records of their de minimis asset sales.

17. **Statement of Financial Affairs 26d – Financial Statements.** In the ordinary course of their business, the Debtors provided financial statements or certain financial information to various parties for business, statutory, credit, financing and other purposes. Recipients have included financial institutions, investment banks, and legal and financial advisors. Financial statements were provided to the Debtors' secured lender on a monthly basis in accordance with the credit agreement.

18.     **Specific Notes.** These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit or continuation sheet.

19.     **Totals.** All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

20.     **Unliquidated Claim Amounts.** Claim amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

21.     **General Reservation of Rights.** The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of their Schedules and SOFAs as and to the extent necessary as they deem appropriate.

6809253v3

**Fill in this information to identify the case:**

Debtor Name: In re : Neighbors Legacy Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 18-33836 (MI)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**

      Copy line 88 from *Schedule A/B* ....................................................................................

$ _____ 0.00

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B* ....................................................................................

$ _____ 0.00

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B* ....................................................................................

$ _____ 0.00

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ....................

$ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................................................

$ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................................................

+ $ _____ 0.00

4. **Total liabilities**

   Lines 2 + 3a + 3b ............................................................................................................................

$ _____ 0.00

**Fill in this information to identify the case:**

Debtor Name: In re : Neighbors Legacy Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 18-33836 (MI)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.

   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

   _____   $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

   _____   _____   _____   $ _____

4. **Other cash equivalents** *(Identify all)*

   _____   $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       $ _____ 0.00

Debtor: Neighbors Legacy Holdings, Inc.                                    Case number *(if known)*: 18-33836
_____
Name

---

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   _____     $ _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   _____     $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.          $ _____ 0.00

---

Debtor: Neighbors Legacy Holdings, Inc.
_____
Name

Case number *(if known)*: 18-33836
_____

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | Description | face amount | | doubtful or uncollectible accounts | | | | |
|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | _____ | $ _____ | - $ _____ | =..... ➔ | $ _____ |
| 11b. | Over 90 days old: | _____ | $ _____ | - $ _____ | =..... ➔ | $ _____ |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____ 0.00

Debtor: Neighbors Legacy Holdings, Inc.        Case number *(if known)*: 18-33836
_____
Name

| **Part 4:** | **Investments** |

13. **Does the debtor own any investments?**

  ☐ No. Go to Part 5.

  ☑ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 None | | $ |
|---|---|---|

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                % of ownership:

| 15.1 Neighbors Global Holdings, LLC | 100.00% | Book | $ | Unknown |
|---|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 None | | $ |
|---|---|---|

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| $ | 0.00 |
|---|---|

Debtor: Neighbors Legacy Holdings, Inc.                        Case number *(if known)*  18-33836
_____
Name

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | $ | | $ |
| 20. **Work in progress** | | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | $ | | $ |
| 22. **Other inventory or supplies** | | $ | | $ |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.                                    $ _____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes.  Description_____  Book value $ _____   Valuation method _____  Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

Debtor: Neighbors Legacy Holdings, Inc.

Name

Case number *(if known)*: 18-33836

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
 - ☑ No. Go to Part 7.
 - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
 - ☐ No
 - ☐ Yes. Is any of the debtor's property stored at the cooperative?
   - ☐ No
   - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
 - ☐ No
 - ☐ Yes. Description_____ Book value $ _____ Valuation method_____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
 - ☐ No
 - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
 - ☐ No
 - ☐ Yes

Debtor: Neighbors Legacy Holdings, Inc.
_____
Name

Case number *(if known)*: 18-33836

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☒ No. Go to Part 8.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | $ | | $ |

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.

   $ _____ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

  ☐ No

  ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

  ☐ No

  ☐ Yes

Debtor: Neighbors Legacy Holdings, Inc.

Name

Case number *(if known)*: 18-33836

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 None | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 See Schedule A/B 50 Attachment | $            N/A | N/A | $            N/A |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$            0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Neighbors Legacy Holdings, Inc.
_____
Name

Case number *(if known)*: 18-33836

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor:  Neighbors Legacy Holdings, Inc.
_____
            Name

Case number *(if known)*:  18-33836

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
   - ☒  No. Go to Part 11.
   - ☐  Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | | |
   |---|---|
   | $ | 0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☐  No
   - ☐  Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☐  No
   - ☐  Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐  No
   - ☐  Yes

Debtor: Neighbors Legacy Holdings, Inc.                     Case number *(if known):*   18-33836
_____
Name

---

**Part 11:**  **All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐  No. Go to Part 12.

☑  Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)          Total face amount          doubtful or uncollectible accounts

71.1  None                                  $ _____  - $ _____ =..... ➔ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)          _

72.1  None                                          Tax year _____          $ _____

73. **Interests in insurance policies or annuities**

73.1  None                                                                        $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  See Schedule A/B 74 Attachment                                              $          Unknown

   **Nature of claim**          _____

   **Amount requested**      $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  None                                                                        $ _____

   **Nature of claim**          _____

   **Amount requested**      $ _____

76. **Trusts, equitable or future interests in property**

76.1  None                                                                        $ _____

77. **Other property of any kind not already listed**  *Examples*: Season tickets, country club membership

77.1  None                                                                        $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          | $          0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑  No

☐  Yes

---

Debtor: Neighbors Legacy Holdings, Inc.
_____
Name

Case number (if known): 18-33836

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............91a. | $ 0.00 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................... | | $ 0.00 |

**Fill in this information to identify the case:**

Debtor Name: In re : Neighbors Legacy Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 18-33836 (MI)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

2.1 **Creditor's name**

BB&T Commercial Equipment Capital Corp.
*Creditor's Name*

**Describe debtor's property that is subject to a lien**

Equipment

$ Unknown    $ Unknown

**Creditor's mailing address**

*Notice Name*
2 Great Valley Parkway
*Street*
Suite 300

**Describe the lien**
Equipment Lease

| Malvern | PA | 19355 |
| --- | --- | --- |
| City | State | ZIP Code |

**Is the creditor an insider or related party?**
☑ No
☐ Yes

*Country*

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred**   Various

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

2.2

Debtor: Neighbors Legacy Holdings, Inc.

Name

Case number *(if known)*: 18-33836

| **Part 1:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2 Creditor's name**

TIAA Commercial Finance Inc. fka EverBank Commercial Finance, Inc.

Creditor's Name

**Describe debtor's property that is subject to a lien**

Equipment

$ Unknown    $ Unknown

**Creditor's mailing address**

Notice Name

10 Waterview Blvd.

Street

2nd Floor

| Parsippany | NJ | 07054 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

**Describe the lien**

Equipment Lease

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Creditor's email address, if known**

**Date debt was incurred** Various

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out S*chedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

2.2

Debtor: Neighbors Legacy Holdings, Inc.

Name

Case number *(if known)*: 18-33836

| Part 1: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

2.3 **Creditor's name**

Wells Fargo Equipment Finance, Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name

733 Marquette Avenue

Street

Suite 700

| Minneapolis | MN | 55402 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**   Various

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

    2.2

**Describe debtor's property that is subject to a lien**

Radiology Equipment

$      Unknown    $      Unknown

**Describe the lien**

Equipment Lease

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$      0.00

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |
| Name | | |
| Notice Name | | |
| Street | | |
| | | |
| City                State               ZIP Code | | |
| Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Neighbors Legacy Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 18-33836 (MI)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

☐ No. Go to Part 2.

☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

2.1 **Priority creditor's name and mailing address**

See Schedule E/F, Part 1 Attachment

Creditor Name

Creditor's Notice name

Address

City      State      ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account
number**

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) ( )

**As of the petition filing date, the claim is:** $ ____ Unknown   $ ____ Unknown
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☐   No

☐   Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

3.1 **Nonpriority creditor's name and mailing address**

See Schedule E/F, Part 2 Attachment

Creditor Name

_____

Creditor's Notice name

_____

Address

_____

_____

_____   _____   _____
City            State         ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐   No

☐   Yes

$ _____   Unknown

---

**Part 3:**     List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐ Not Listed. Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City                State          ZIP Code | | |
| Country | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____ 0.00 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ _____ 0.00 |

**Fill in this information to identify the case:**

Debtor Name: In re : Neighbors Legacy Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 18-33836 (MI)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   2.1 **State what the contract or lease is for and the nature of the debtor's interest**

   See Schedule G Attachment

   Name

   Notice Name

   **State the term remaining**

   Address

   **List the contract number of any government contract**

   | City | State | ZIP Code |
   |---|---|---|

   Country

**Fill in this information to identify the case:**

Debtor Name: In re : Neighbors Legacy Holdings, Inc.

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 18-33836 (MI)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 See Schedule H Attachment | | | ☐ D |
| | Street | | |
| | | | ☐ E/F |
| | | | |
| | | | ☐ G |
| | City State ZIP Code | | |
| | Country | | |

| Fill in this information to identify the case: |
|---|
| Debtor Name: In re : Neighbors Legacy Holdings, Inc. |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (if known): 18-33836 (MI) |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/08/2018
               MM / DD / YYYY

✖ / s / Chad J. Shandler
Signature of individual signing on behalf of debtor

Chad J. Shandler
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**In re: Neighbors Legacy Holdings, Inc.**
**Case No. 18-33836**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Central Bank of St. Louis- Leased Equipment- Various IT products | N/A | N/A | N/A |
| BB&T Commercial Equipment Capital Corp.- Leased Equipment- Various IT products | N/A | N/A | N/A |
| Signature Financial, LLC- Leased Equipment- Various IT products | N/A | N/A | N/A |
| Unifi Equipment Finance, Inc.- Leased Equipment- Various IT products | N/A | N/A | N/A |
| Bank of the West- Leased Equipment- Various IT products | N/A | N/A | N/A |
| BB&T Commercial Equipment Capital Corp. - Leased Equipment- CT/Ultrasound/X-Ray | N/A | N/A | N/A |
| BBVA Compass Financial Corporation- Leased Equipment- CT/Ultrasound/X-Ray | N/A | N/A | N/A |
| Central Bank of St. Louis- Leased Equipment- Various IT | N/A | N/A | N/A |
| Signature Financial, LLC - Leased Equipment- Various IT products | N/A | N/A | N/A |
| TIAA  Commercial Finance, Inc.- Leased Equipment- Various IT products | N/A | N/A | N/A |
| Unifi Equipment Finance, Inc.- Leased Equipment- Various IT products | N/A | N/A | N/A |
| Wells Fargo Equipment Finance, Inc- Leased Equipment- CT/Ultrasound/X-Ray | N/A | N/A | N/A |
| Signature Financial, LLC- Leased Equipment- Various IT products | N/A | N/A | N/A |
| **TOTAL:** | **N/A** | **TOTAL:** | **N/A** |

**In re: Neighbors Legacy Holdings, Inc.**
**Case No. 18-33836**
Schedule A/B 74
Causes of action against third parties

| Causes of action against third parties (whether or not a lawsuit has been filed) | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Cause No. 2017-31786; Neighbors Legacy Holdings, Inc. f/k/a Neighbors Health System, Inc., Neighbors Health, LLC f/k/a Neighbors Health System, LLC, NEC Texas City Emergency Center, LP, NEC Tyler Emergency Center, LP, NEC Eastside Emergency Center, LP, NEC Port Arthur Emergency Center, LP, NEC Kingwood Emergency Center, LP, NEC Amarillo Emergency Center, LP, NEC Harlingen Emergency Center, LP, NEC Brownsville Emergency Center, LP, NEC McAllen Emergency Center, LP, EDMG, LLC, NEC College Station Emergency Center, LP, NEC Longview Emergency Center, LP, NEC Bellaire Emergency Center, LP, NEC Wichita Falls Emergency Center, LP, NEC Texarkana Emergency Center, LP, Neighbors Global Holdings, LLC, NEC San Angelo Emergency Center, LP, NEC Lufkin Emergency Center, LP, NEC Greeley Emergency Center, LP, NEC West Warwick Emergency Center, LP, NEC Lubbock Emergency Center, LP, Neighbors GP, LLC vs. All Points Solutions, Inc. d/b/a 3i International, EverBank Commerical Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell; 164th Judicial District Court of Harris County, Texas | Fraud Breach of Contract Unjust Enrichment Equitable Estoppel | N/A | Unknown |
| Neighbors Legacy Holdings, Inc., Successor to and d/b/a Neighbors Health System, Inc., Neighbors GP, LLC, General Partner of NEC Beaumont Emergency Center, LP, NEC Beaumont Emergency Center, LP, Setul G. Patel, Dharmesh A. Patel and Paul A. Alleyne vs. Beaumont Emergency Physicians Associates, PLLC as 72% Majority Member Derivatively on Behalf of NEC Beaumont Emergency Center, LLC | Breach of Contract Fraud | N/A | Unknown |
| | | TOTAL: | UNKNOWN |

Page 1 of 1

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule E/F, Part 1
Creditors Who Have PRIORITY Unsecured Claims

| Line | Priority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Specify Code subsection: 11 § U.S.C. 507(a)(__) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Total claim | Priority amount |
|------|--------------------------|----------------------|-----------|-----------|------|-------|-----|------------------------------------------------|-----------------|--------------------------|------------|--------------|----------|-------------|-----------------|
| 2.1 | Aldine ISD Property Tax Office Julie Gazelas | Tax Assessor - Collector | 14909 Aldine Westfield | | Houston | TX | 77032 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.2 | Angelina County Tax Office Billie Page, PCC, CTOP | Tax Assessor - Collector | PO Box 1344 | | Lufkin | TX | 75902-1344 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.3 | Arizona Department of Revenue | | 1600 W Monroe Street | | Phoenix | AZ | 85007 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.4 | Aurora Lozano - Harlingen Tax Office | Tax Assessor - Collector | 609 N.77 Sunshine Strip | | Harlingen | TX | 78550 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.5 | Bowie Central Appraisal District | Tax Assessor - Collector | PO Box 6527 | | Texarkana | TX | 75505-6527 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.6 | Brazoria County Ro'vin Garrett, PCC | Tax Assessor - Collector | 111 E. Locust | | Angleton | TX | 77515 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.7 | Brazos County Kristeen Roe | Tax Assessor - Collector | 4151 County Park Ct. | | Bryan | TX | 77802 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.8 | Cameron County Tax Office Tony Yzaguirre, Jr | Tax Assessor - Collector | 964 E. Harrison | | Brownsville | TX | 78520 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.9 | City of EL Paso Maria O. Pasillas, RTA | Tax Collector | Wells Fargo Plaza | 221 N. Kansas, Suite 300 | El Paso | TX | 79901 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.10 | City of McAllen Tax Office Rebecca M. Grimes, RTA/RTC | | PO Box 220 | | McAllen | TX | 78505-0220 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.11 | Colorado Department of Revenue | | 1375 Sherman St | | Denver | CO | 80261 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.12 | Comptroller of Public Accounts Glenn Hegar | | P. O. Box 149348 | | Austin | TX | 78714-9348 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.13 | Crosby MUD | San Jacinto Tax Service Company LLC | 103 Kerry Rd | | Highlands | TX | 77562 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.14 | Cypress Fairbanks ISD David Piwonka | Tax Assessor - Collector | 10494 Jones Road, Suite 106 | | Houston | TX | 77065 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.15 | Department of Revenue Services - State of Connecticut | | P.O. Box 2936 | | Hartford | CT | 06104-2936 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.16 | Ector County Appraisal District Anita Campbell | Tax Assessor - Collector | 1301 E 8th Street | | Odessa | TX | 79761-4722 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.17 | Glaveston County Cheryle E. Johnson, PCC | Tax Assessor - Collector | 722 Moody (21st Street) | | Galveston | TX | 77550 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.18 | Goose Creek CISD | Tax Assessor - Collector | PO Box 2805 | | Baytown | TX | 77522 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.19 | Gregg County Kirk Shields | Tax Assessor - Collector | PO Box 1431 | | Longview | TX | 75606-1431 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.20 | Harris County Ann Harris Bennett | Tax Assessor - Collector | PO Box 4622 | | Houston | TX | 77210-4622 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.21 | Harris County Mike Sullivan | Tax Assessor-Collector | P.O. Box 3547 | | Houston | TX | 77253-3547 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.22 | Harris County MUD 276 Avik Bonnerjee | Tax Assessor-Collector | PO Box 1819 | | Houston | TX | 77251-1819 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.23 | Hidalgo County Pablo (Paul) Villarreal Jr., PCC | Tax Assessor - Collector | PO Box 78540 | | Edinburg | TX | 78540 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.24 | Humble ISD Janice P. Himpele | Tax Assessor - Collector | PO Box 4020 | | Houston | TX | 77210 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.25 | Internal Revenue Service | Department of Treasury | Internal Revenue Service Center | | Ogden | UT | 84201 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule E/F, Part 1
Creditors Who Have PRIORITY Unsecured Claims

| Line | Priority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Specify Code subsection: 11 § U.S.C. 507(a)(__) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Total claim | Priority amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.26 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.27 | Jefferson County Allison Nathan Getz, P.C.C | Tax Assessor - Collector | P.O. Box 2112 | | Beumont | TX | 77704 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.28 | Midland Central Appraisal District | | 4631 Andrews HWY | PO Box 908002 | Midland | TX | 79708-0002 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.29 | Montgomery County Tammy J. McRae, PCAC | Tax Assessor - Collector | 400 N. San Jaconto St. | | Conroe | TX | 77301 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.30 | New Mexico Taxation and Revenue Department | | PO Box 630 | | Santa Fe | NM | 87504-0630 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.31 | Orange County Karen Fisher, PCC | Tax Assessor - Collector | PO Box 1568 | | Orange | TX | 77631-1568 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.32 | Pine Tree ISD | Tax Office | BOX 5878 | | Longview | TX | 75608-5878 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.33 | Potter County Sherri Aylor, PCC | | PO Box 2289 | | Amarillo | TX | 79105-2289 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.34 | Smith County Tax Office Gary B. Barber | | PO Box 2011 | | Tyler | TX | 75710-2011 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.35 | State Comptroller | | PO Box 149359 | | Austin | TX | 78714-9359 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.36 | State Comptroller | | PO Box 149359 | | Austin | TX | 78714-9359 | 11 U.S.C. 507(a)(8) | Texas Franchise Tax Payment | N | X | X | X | Unknown | Unknown |
| 2.37 | State of Rhode Island | Division of Taxation | PO Box 9702 | | Providence | RI | 02940-9702 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.38 | Texas City ISD Tax Office Patricia Collins | Tax Assessor - Collector | PO Box 1150 | | Texas City | TX | 77592-1150 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.39 | Tom Green Appraisal District | | 2302 Pulliam Street | | San Angelo | TX | 76905 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.40 | Travis County Tax Office Bruce Elfant | Tax Assessor - Collector | PO Box 149328 | | Austin | TX | 78714-9328 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.41 | Valley Ranch M.U.D #1 Mike Arterburn, Tax A/C | | 11500 NW Freeway, Ste 465 | | Houston | TX | 77092 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.42 | West Warwick Tax Office | Attn: Rosemarie Silva | Tax Collector | P.O. Box 1341 | West Warwick | RI | 02893 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.43 | Wichita County Tommy Smyth | Tax Assessor - Collector | 600 Scott Ave, Suite 103 | | Wichita Falls | TX | 76301 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.44 | Williamson County Tax Office Larry Gaddes | Tax Assessor - Collector | 904 South Main Street | | Georgetown | TX | 78626-5701 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| | | | | | | | | | | | | | TOTAL: | UNKNOWN | UNKNOWN |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Date incurred | Basis for claim | Contingent | Unliquidated | Disputed | Amount of claim |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 3.1 | Alcode Plumbing, LLC | Attn Bill Richey | Griffin & Matthews | 400 Neches at Crocket | Beaumont | TX | 77701 | Various | Litigation | X | X | X | Unknown |
| 3.2 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o All Points Solution, Inc. d/b/a 3I International's and Chris Mitchell's, Attn Bruce C. Morris & Demetri J. Economou | Kane Russell Coleman Logan PC | 5051 Westheimer, Suite 1000 | Houston | TX | 77056 | Various | Litigation | X | X | X | Unknown |
| 3.3 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o Central Bank of St. Louis's, Attn John R. Jones | J.R. Jones Law PLLC | 6026 Remson Hollow Lane | Katy | TX | 77494 | Various | Litigation | X | X | X | Unknown |
| 3.4 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o Everbank Commercial Finance Inc's, Attn David E. Harrell, Jr., Brandon Renken, Nicholas M. Moore | Locke Lord LLP | 600 Travis Street, Suite 2800 | Houston | TX | 77002 | Various | Litigation | X | X | X | Unknown |
| 3.5 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o Signature Financial LLC's, Attn Martha Hardwick Hofmeister, Frances A. Smith, Hayley Ellison | Shackelford, Bowen, McKinley & Norton, LLP | 9201 N. Central Expressway, Fourth Floor | Dallas | TX | 75231 | Various | Litigation | X | X | X | Unknown |
| 3.6 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o Susquehanna Commercial Finance, Inc.'s nka BB&T Commercial Equipment Capital Corp.'s, Attn Barbara Lanza Farley | Barbara Lanza Farley PC | PO Box 53659 | Philadelphia | PA | 19105 | Various | Litigation | X | X | X | Unknown |
| 3.7 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o Unifi Equipment Finance, Inc's Attn Joseph J. Shannon | Bodman PLC | 6th Floor at Ford Field, 1901 St. Antoine Street | Detroit | MI | 48226 | Various | Litigation | X | X | X | Unknown |
| 3.8 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o Unifi Equipment Finance, Inc's, Attn Thomas R. Ajamie, Courtney Scobie | Ajamie LLP | Pennzoil Place - South Tower, 711 Louisiana, Suite 2150 | Houston | TX | 77002 | Various | Litigation | X | X | X | Unknown |
| 3.9 | Amanda Hanks | Attn Robert J. Heil III | The Law Offices of Robert Heil | 5262 S. Staples #300 | Corpus Christi | TX | 78411 | Various | Litigation | X | X | X | Unknown |
| 3.10 | Ashlynn Foster, by her Next Friend, Kristin Foster, and Kristin Foster, Individually | Attn William Kenneth C. | Law Offices of William Kenneth C. Dippel | 12221 Merit Drive, Suite 670 | Dallas | TX | 75251 | Various | Litigation | X | X | X | Unknown |
| 3.11 | BB&T Commercial Equipment Capital Corp; fka Susquehanna Commercial Finance, Inc.; cp Branch Banking and Trust | Attn Barbara Lanza Farley | Barbara Lanza Farley PC | PO Box 53659 | Philadelphia | PA | 19105 | Various | Litigation | X | X | X | Unknown |
| 3.12 | Beaumont Emergency Physicians Associates, PLLC | Attn Michael J. Lindsay | Lindsay & Parsons, LLP | 710 North 11th Street | Beaumont | TX | 77703 | Various | Litigation | X | X | X | Unknown |
| 3.13 | Beaumont Emergency Physicians Associates, PLLC | Attn Terry W. Wood | Terry W. Wood PC | 2530 Calder Avenue | Beaumont | TX | 77702 | Various | Litigation | X | X | X | Unknown |
| 3.14 | Biotechnology Integration and Management LLC | Attn Stephen F. Del Sesto, Michael J. Daly, Nicole Matteo | Pierce Atwood LLP | One Financial Plaza, Suite 2600 | Providence | RI | 02903 | Various | Litigation | X | X | X | Unknown |
| 3.15 | Central Bank of St. Louis | Attn Michael P. Stephens, Sally M. Sinclair, Katherine I. McLaughlin | Jenkins & Kling, P.C. | 150 N. Meramec Avenue, Suite 400 | St Louis | MO | 63105 | Various | Litigation | X | X | X | Unknown |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Date incurred | Basis for claim | Contingent | Unliquidated | Disputed | Amount of claim |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 3.16 | Colonia Verde Investors, LLC | Attn Richard M. Rollman and Kevin J. Kristick | Bosse Rollman PC | 3507 North Campbell Avenue, Suite 111 | Tucson | AZ | 85719 | Various | Litigation | X | X | X | Unknown |
| 3.17 | Convergint Technologies LLC | Attn Candice C. Smith and Scott T. Citek | Lamm & Smith, P.C. | 3730 Kirby Dr., Suite 650 | Houston | TX | 77098 | Various | Litigation | X | X | X | Unknown |
| 3.18 | Gerald H. Phipps, Inc. d/b/a GH Phipps Construction Co. | Attn Keith Coulter | Coulter, P.C. | 3306 Sul Ross Street | Houston | TX | 77098 | Various | Litigation | X | X | X | Unknown |
| 3.19 | GERALD H. PHIPPS, INC. | Attn Keith Coulter | Coulter, P.C. | 3306 Sul Ross Street | Houston | TX | 77098 | Various | Litigation | X | X | X | Unknown |
| 3.20 | GreatAmerica Financial Service Corporation | Attn Randall D. Armentrout, Benjamin P. Roach | Nyemaster Goode, P.C | 700 Walnut, Suite 1600 | Des Moines | IA | 50309 | Various | Litigation | X | X | X | Unknown |
| 3.21 | Harry Leiser, Trustee of the Harry Leiser Revocable Trust | Attn Kelly M. Fracassa | Naccarato & Fracassa | 96 Franklin Street | Westerly | RI | 02891 | Various | Litigation | X | X | X | Unknown |
| 3.22 | Harry Lieser | Attn Kelly M. Fracassa | Naccarato & Fracassa | 96 Franklin Street | Westerly | RI | 02891 | Various | Litigation | X | X | X | Unknown |
| 3.23 | Infinity Emergency Management Group, LLC | Attn Simon W. Hendershot, III, Benjamin L. Hisey, Katie T. Cowart, Raymond L. Panneton | Hendershot, Cannon & Hisey P.C | 1800 Bering Drive, Suite 600 | Houston | TX | 77057 | Various | Litigation | X | X | X | Unknown |
| 3.24 | JL Parker Plumbing, Inc. | Attn Mary Ellen P. Smith | Smith Kendall, PLLC | 5910 N. Central Expressway, Suite 925 | Dallas | TX | 75206 | Various | Litigation | X | X | X | Unknown |
| 3.25 | Michael Heichen and Azalea Saemi | Attn Mauricio Escobar | Kilpatrick Townsent & Stockton LLP | Bank of America Center, 700 Louisiana Street, Suite 4300 | Houston | TX | 77002 | Various | Litigation | X | X | X | Unknown |
| 3.26 | Northern Rhode Island Radiology, LLC | Attn Stephen F. Del Sesto, Michael J. Daly, Nicole Matteo | Pierce Atwood LLP | One Financial Plaza, Suite 2600 | Providence | RI | 02903 | Various | Litigation | X | X | X | Unknown |
| 3.27 | R.G. Brinkmann Company, Inc. d/b/a Brinkman Constructors | Attn Michael E. Bonifazi | Kutak Rock, LLP | 1801 California Street, Suite 3000 | Denver | CO | 80202 | Various | Litigation | X | X | X | Unknown |
| 3.28 | RKMS Amarillo #2 LLC | Attn J. Cary Gray & Michael A. Ackal, III | Gray Reed | 1300 Post Oak Blvd., Suite 2000 | Houston | TX | 77056 | Various | Litigation | X | X | X | Unknown |
| 3.29 | RKMS Amarillo #2 LLC | Attn Vernon C. Howerton, Jr. & Timothy J. Fandrey | Gray Reed | 1601 Elm Street, Suite 4600 | Dallas | TX | 75201 | Various | Litigation | X | X | X | Unknown |
| 3.30 | Securranty Inc. | Attn Abel Manji | Hird, Chu & Lawji P.L.L.C | 1470 First Colony Blvd, Suite 210 | Sugar Land | TX | 77479 | Various | Litigation | X | X | X | Unknown |
| 3.31 | Signature Financial LLC | Attn Robert Michael Tils | Moritt Hock Hamroff & Horowitz LLP | 400 Garden City Plaza | Garden City Plaza | NY | 11530 | Various | Litigation | X | X | X | Unknown |
| 3.32 | SMTA Financing JV, LLC | Attn Robert E. Weitzel, John E. Mitchell | Akerman LLP | 2001 Ross Avenue, Suite 3600 | Dallas | TX | 75201 | Various | Litigation | X | X | X | Unknown |
| 3.33 | SMTA Financing JV, LLC | Attn Robert E. Weitzel, John E. Mitchell | Akerman LLP | 2001 Ross Avenue, Suite 3600 | Dallas | TX | 75201 | Various | Litigation | X | X | X | Unknown |
| 3.34 | Spring Gulch, LLC | Attn Wesley M. Giesecke | Gossett, Harrison, Millican & Stipanovic, P.C. | P. O. Drawer 911 | San Angelo | TX | 76902 | Various | Litigation | X | X | X | Unknown |
| 3.35 | Susan L. Collemer, Susan Collemer, MD, LLC, Michael W. Demelis, Kristina E. McAteer, Margaret P. Mueller, Sophia G. O'Donnell, Sophia G. O'Donnell, MD, LLC, Laura D. Rau, Laura D. Rau MD, LLC, Christopher G. Roloff | Attn Andrew Berg and Catherine Sammartino | Sammartino & Berg LLP | 2639 South County Trail | East Greenwich | RI | 02815 | Various | Litigation | X | X | X | Unknown |
| 3.36 | The Don Levin Trust, dated August 30, 1991, by its Trustees, Thomas P. Gallagher and Thomas D. Gordon | Attn Kimberly D. Annello, Scott M. Garelick | Exall & Wood, PLLC | 3838 Oak Lawn Avenue, Suite 1750 | Dallas | TX | 75219 | Various | Litigation | X | X | X | Unknown |
| 3.37 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. | Attn Elizabeth M. Guffy | Locke Lord LLP | 600 Travis Street, Suite 2800 | Houston | TX | 77002 | Various | Litigation | X | X | X | Unknown |
| 3.38 | UCP Texas Management, Ltd. | Attn Terry L. Belt | The Fowler Law Firm, P.C. | 8310 N. Capital of Texas Hwy., Suite 1-150 | Austin | TX | 78731 | Various | Litigation | X | X | X | Unknown |
| | | | | | | | | | | | | **TOTAL:** | **UNKNOWN** |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | NEC Baytown Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Baytown Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of May 1, 2014. | N/A | N/A |
| 2.2 | NEC Odessa Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement dated December 3, 2014 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Odessa Emergency Center, LP. | N/A | N/A |
| 2.3 | NEC Orange Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Orange Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.4 | NEC Orange Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement dated August 11, 2014 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Orange Emergency Center, LP. | N/A | N/A |
| 2.5 | NEC Pearland Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property License Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Pearland Emergency Center, LP, dated as of January 1, 2014. | N/A | N/A |
| 2.6 | Admiral Linen Service, Inc. | Admiral Linen and Uniform Services by Alsco | 4353 Baldwin Blvd | | | Corous Christi | TX | 78408 | | Rental Agreement | 27 | N/A |
| 2.7 | ALSCO, Inc. Admiral Linen and Uniform Service, Inc. | Attn Diane Webster, Corporate Accounts Service Administrator HealthAssure by Alsco | 2030 Kipling Street | | | Houston | TX | 77098 | | Linen And/Or Uniform Rental Service Agreement | 4 | N/A |
| 2.8 | Arthur J. Gallagher Brokerage & Risk Management Services, LLC | Arthur J. Gallagher Brokerage Risk Mgmt SVC | 1900 West Loop S Site 1600 | | | Houston | TX | 77027-3295 | | Disclosure Letter Premium Finance Agreement | 4 | N/A |
| 2.9 | Bank of the West | | 475 Sansome St | 19th Floor | | San Francisco | CA | 94111 | | Various IT products | Various | N/A |
| 2.10 | BB&T Commercial Equipment Capital Corp. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | BB&T Commercial Equipment Capital Corp. | c/o Susquehanna Commercial Finance, Inc.'s nka BB&T Commercial Equipment Capital Corp.'s, Attn Barbara Lanza Farley | Barbara Lanza Farley PC | PO Box 53659 | Philadelphia | PA | 19105 | | | 26 | N/A |
| 2.11 | BBVA Compass Financial Corporation | Albert Watson | Accounts Receivable, Equipment Finance Division | PO Box 674355 | | Dallas | TX | 75267-4355 | | 2004 GE LightSpeed Plus 16 Slice, 2013 DelWork U-Arm Digital Radiography, 2013 Mindray M7 Portable Ultrasound | 13 | N/A |
| 2.12 | BBVA Compass Financial Corporation | Albert Watson | Accounts Receivable, Equipment Finance Division | PO Box 674355 | | Dallas | TX | 75267-4355 | | 2005 GE LightSpeed Plus 16 Slice, 2013 DelWork U-Arm Digital Radiography, 2013 Mindray M7 Portable Ultrasound | 13 | N/A |
| 2.13 | BBVA Compass Financial Corporation | Albert Watson | Accounts Receivable, Equipment Finance Division | PO Box 674355 | | Dallas | TX | 75267-4355 | | Del Medical Digital U-arm, Mindray DPM CS, Mindray M7 Dicom, Central Station Network of Hardwi, GS LS 16 Used Tube | 20 | N/A |
| 2.14 | BBVA Compass Financial Corporation | Albert Watson | Accounts Receivable, Equipment Finance Division | PO Box 674355 | | Dallas | TX | 75267-4355 | | GE 25 KAIC X-Ray, Optima CT520, M7 Ultrasound System | 33 | N/A |
| 2.15 | BBVA Compass Financial Corporation | Albert Watson | Accounts Receivable, Equipment Finance Division | PO Box 674355 | | Dallas | TX | 75267-4355 | | M7, 15" iClear,SSP, Used CT Lightspeed Scanner, (2) GS Proteus XRA 65 KW, GS LS 16 used Tube, V10-4a Ultrasonic Transducer, DPM CS, 32 chan, 72 hr dis | 21 | N/A |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2.16 | BBVA Compass Financial Corporation | Albert Watson | Accounts Receivable, Equipment Finance Division | PO Box 674355 | | Dallas | TX | 75267-4355 | | N/A | N/A | N/A |
| 2.17 | BBVA Compass Financial Corporation | Albert Watson | Accounts Receivable, Equipment Finance Division | PO Box 674355 | | Dallas | TX | 75267-4355 | | Refurbished 16 Slice GE Lightspeed, Accessories to Scanner | 20 | N/A |
| 2.18 | BBVA Compass Financial Corporation | Albert Watson | Accounts Receivable, Equipment Finance Division | PO Box 674355 | | Dallas | TX | 75267-4355 | | Refurbished 16 Slice GE Lightspeed, Accessories to Scanner | 20 | N/A |
| 2.19 | BBVA Compass Financial Corporation | Albert Watson | Accounts Receivable, Equipment Finance Division | PO Box 674355 | | Dallas | TX | 75267-4355 | | Refurbished 16 Slice GE LightSpeed, Del Medical U-arm, M7 System v4.1 Sales BOM | 10 | N/A |
| 2.20 | BBVA Compass Financial Corporation | Albert Watson | Accounts Receivable, Equipment Finance Division | PO Box 674355 | | Dallas | TX | 75267-4355 | | Refurbished 16 Slice GE LightSpeed, Del Medical U-arm, Medical Equipment | 10 | N/A |
| 2.21 | BBVA Compass Financial Corporation | Albert Watson | Accounts Receivable, Equipment Finance Division | PO Box 674355 | | Dallas | TX | 75267-4355 | | Refurbished 2012 GE CT Scanner and 2012 Mindray Ultrasound System | 13 | N/A |
| 2.22 | Central Bank of St. Louis (formerly All Points Solution, Inc. d/b/a 3i International and TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc.) | Central Bank of St. Louis | Attn John R. Jones | J.R. Jones Law PLLC | 6026 Remson Hollow Lane | Katy | TX | 77494 | | (2) Xerox WC 3655, (1) Xerox WC6655, (1) Xerox Phaser 3325, (1) Xerox Phaser 3320 (2) 097s40625 | 28 | N/A |
| 2.23 | Central Bank of St. Louis (formerly All Points Solution, Inc. d/b/a 3i International and TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc.) | Central Bank of St. Louis | Attn John R. Jones | J.R. Jones Law PLLC | 6026 Remson Hollow Lane | Katy | TX | 77494 | | Various IT products | 29 | N/A |
| 2.24 | Central Bank of St. Louis (formerly All Points Solution, Inc. d/b/a 3i International and TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc.) | Central Bank of St. Louis | Attn John R. Jones | J.R. Jones Law PLLC | 6026 Remson Hollow Lane | Katy | TX | 77494 | | Various IT products | 33 | N/A |
| 2.25 | Central Bank of St. Louis (formerly All Points Solution, Inc. d/b/a 3i International and TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc.) | Central Bank of St. Louis | Attn John R. Jones | J.R. Jones Law PLLC | 6026 Remson Hollow Lane | Katy | TX | 77494 | | Various IT products | 33 | N/A |
| 2.26 | Central Bank of St. Louis (formerly All Points Solution, Inc. d/b/a 3i International and TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc.) | Central Bank of St. Louis | Attn John R. Jones | J.R. Jones Law PLLC | 6026 Remson Hollow Lane | Katy | TX | 77494 | | Various IT products | 34 | N/A |
| 2.27 | Central Bank of St. Louis (formerly All Points Solution, Inc. d/b/a 3i International and TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc.) | Central Bank of St. Louis | Attn John R. Jones | J.R. Jones Law PLLC | 6026 Remson Hollow Lane | Katy | TX | 77494 | | Various IT products | 34 | N/A |
| 2.28 | Central Bank of St. Louis (formerly All Points Solution, Inc. d/b/a 3i International and TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc.) | Central Bank of St. Louis | Attn John R. Jones | J.R. Jones Law PLLC | 6026 Remson Hollow Lane | Katy | TX | 77494 | | Various IT products | 34 | N/A |
| 2.29 | Comcast Cable Communications Management, LLC | Attn Franny Lambright | PO Box 660618 | | | Dallas | TX | 75266-0618 | | Internet and cable services | 4 | N/A |
| 2.30 | Comcast Cable Communications Management, LLC | Attn Franny Lambright | PO Box 660618 | | | Dallas | TX | 75266-0618 | | Internet and cable services | 11 | N/A |
| 2.31 | Comcast Cable Communications Management, LLC | Attn Franny Lambright | PO Box 660618 | | | Dallas | TX | 75266-0618 | | Internet and cable services | 13 | N/A |
| 2.32 | Comcast Cable Communications Management, LLC | Attn Franny Lambright | PO Box 660618 | | | Dallas | TX | 75266-0618 | | Internet and cable services | 15 | N/A |
| 2.33 | Comcast Cable Communications Management, LLC | Attn Franny Lambright | PO Box 660618 | | | Dallas | TX | 75266-0618 | | Internet and cable services | 13 | N/A |
| 2.34 | Comcast Cable Communications Management, LLC | Attn Franny Lambright | PO Box 660618 | | | Dallas | TX | 75266-0618 | | Internet and cable services | 12 | N/A |
| 2.35 | NEC Amarillo Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Amarillo Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.36 | NEC Amarillo Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement dated April 21, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Amarillo Emergency Center, LP. | N/A | N/A |
| 2.37 | NEC Baytown Asset Holdings, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Management and Administrative Services Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Baytown Asset Holdings, LLC, dated effective as of November 16, 2015. | N/A | N/A |
| 2.38 | NEC Baytown Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Baytown Emergency Center, LP, dated as of January 1, 2014. | N/A | N/A |
| 2.39 | NEC Beaumont Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated May 1, 2014 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Beaumont Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.40 | NEC Beaumont Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement dated August 8, 2013 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Beaumont Emergency Center, LP. | N/A | N/A |
| 2.41 | NEC Bellaire Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Bellaire Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of May 1, 2014. | N/A | N/A |
| 2.42 | NEC Bellaire Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Bellaire Emergency Center, LP, dated as of January 1, 2013. | N/A | N/A |
| 2.43 | NEC Bellaire Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Management and Administrative Services Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Bellaire Emergency Center, LP, dated effective as of November 16, 2015. | N/A | N/A |
| 2.44 | NEC Brownsville Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Brownsville Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.45 | NEC Brownsville Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement dated April 21, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Brownsville Emergency Center, LP. | N/A | N/A |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.46 | NEC Crosby Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Crosby Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of June 1, 2015. | N/A | N/A |
| 2.47 | NEC Crosby Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Crosby Emergency Center, LP, dated as of February 26, 2015. | N/A | N/A |
| 2.48 | NEC Crosby Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Management and Administrative Services Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Crosby Emergency Center, LP, dated effective as of November 16, 2015. | N/A | N/A |
| 2.49 | NEC Eastside Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Eastside Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.50 | NEC Eastside Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement dated February 26, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Eastside Emergency Center, LP. | N/A | N/A |
| 2.51 | NEC Harlingen Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Harlingen Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.52 | NEC Harlingen Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement dated November 17, 2014 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Harlingen Emergency Center, LP. | N/A | N/A |
| 2.53 | NEC Kingwood Asset Holdings LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Management and Administrative Services Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Kingwood Asset Holdings LLC, dated effective as of November 16, 2015. | N/A | N/A |
| 2.54 | NEC Kingwood Emergency Center, L | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Kingwood Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of May 1, 2014. | N/A | N/A |
| 2.55 | NEC Kingwood Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Kingwood Emergency Center, LP, dated as of January 1, 2014. | N/A | N/A |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.56 | NEC Kingwood Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Management and Administrative Services Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Kingwood Emergency Center, LP, dated effective as of November 16, 2015. | N/A | N/A |
| 2.57 | NEC McAllen Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC McAllen Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.58 | NEC McAllen Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement dated April 21, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC McAllen Emergency Center, LP. | N/A | N/A |
| 2.59 | NEC Midland Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Midland Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.60 | NEC Midland Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement dated December 3, 2014 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Midland Emergency Center, LP. | N/A | N/A |
| 2.61 | NEC Mueller Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated May 1, 2014 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Mueller Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.62 | NEC Mueller Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement dated January 1, 2014 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Mueller Emergency Center, LP. | N/A | N/A |
| 2.63 | NEC Odessa Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Odessa Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.64 | NEC Pasadena Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Pasadena Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of May 1, 2014. | N/A | N/A |
| 2.65 | NEC Pasadena Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Pasadena Emergency Center, LP, dated as of January 2, 2014. | N/A | N/A |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2.66 | NEC Pearland Asset Holdings, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Management and Administrative Services Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Pearland Asset Holdings, LLC, dated effective as of November 16, 2015. | N/A | N/A |
| 2.67 | NEC Pearland Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Pearland Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of May 1, 2014. | N/A | N/A |
| 2.68 | NEC Pearland Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Management and Administrative Services Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Pearland Emergency Center, LP, dated effective as of November 16, 2015. | N/A | N/A |
| 2.69 | NEC Port Arthur Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Port Arthur Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.70 | NEC Port Arthur Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement dated February 13, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Port Arthur Emergency Center, LP. | N/A | N/A |
| 2.71 | NEC Porter Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Porter Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of June 1, 2015. | N/A | N/A |
| 2.72 | NEC Porter Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Porter Emergency Center, LP, dated as of April 21, 2015. | N/A | N/A |
| 2.73 | NEC Porter Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Management and Administrative Services Agreement by and between Neighbors Health System, Inc (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Porter Emergency Center, LP, dated effective as of November 16, 2015. | N/A | N/A |
| 2.74 | NEC Texarkana Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated July 6, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Texarkana Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.75 | NEC Texarkana Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement dated July 6, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Texarkana Emergency Center, LP. | N/A | N/A |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.76 | NEC Yorktown Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Yorktown Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of May 1, 2014. | N/A | N/A |
| 2.77 | NEC Yorktown Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property Sublicense Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Yorktown Emergency Center, LP, dated January 1, 2014. | N/A | N/A |
| 2.78 | NEC Yorktown Emergency Center, LP | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Management and Administrative Services Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and NEC Yorktown Emergency Center, LP, dated effective as of November 16, 2015. | N/A | N/A |
| 2.79 | Neighbors Emergency Center, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property License Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and Neighbors Emergency Center, LLC, dated as of January 1, 2013. | N/A | N/A |
| 2.80 | Neighbors Emergency Center, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Intellectual Property License Agreement by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.) and Neighbors Emergency Center, LLC, dated as of January 1, 2013. | N/A | N/A |
| 2.81 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Baytown Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of May 1, 2014. | N/A | N/A |
| 2.82 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Bellaire Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of May 1, 2014. | N/A | N/A |
| 2.83 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Crosby Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of June 1, 2015. | N/A | N/A |
| 2.84 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Kingwood Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of May 1, 2014. | N/A | N/A |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.85 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Pasadena Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of May 1, 2014. | N/A | N/A |
| 2.86 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Pearland Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of May 1, 2014. | N/A | N/A |
| 2.87 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Porter Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of June 1, 2015. | N/A | N/A |
| 2.88 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract by and between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Yorktown Emergency Center, LP, and Neighbors Practice Management, LLC, dated effective as of May 1, 2014. | N/A | N/A |
| 2.89 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated July 6, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Texarkana Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.90 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Amarillo Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.91 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Brownsville Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.92 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Eastside Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.93 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Harlingen Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.94 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC McAllen Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.95 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Midland Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.96 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Odessa Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.97 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated June 1, 2015 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Orange Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.98 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated May 1, 2014 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Beaumont Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.99 | Neighbors Practice Management, LLC | | 10800 Richmond Avenue | | | Houston | TX | 77042 | | Business Services Subcontract dated May 1, 2014 between Neighbors Health System, Inc. (n/k/a Neighbors Legacy Holdings, Inc.), as Manager of NEC Mueller Emergency Center, LP, and Neighbors Practice Management, LLC. | N/A | N/A |
| 2.100 | NightRays, PA d/b/a Rays | Rays - ATTN Legal Services | 10901 W. Toller Dr. | Suite 105 | | Littleton | CO | 80127 | | Physician Credentialing and Privileging Agreement | Until terminated | N/A |
| 2.101 | Omnicell, Inc. | Omnicell, Inc | Attn Accounts Receivable | P.O. Box 204650 | | Dallas | TX | 75320-4650 | | Corporate Master Agreement #200298-1 | Until terminated | N/A |
| 2.102 | Pearland Town Center Limited Partnership | Attn Amanda Mull | CBL #0689 | PO Box 955607 | | St Louis | MO | 63195 | | Lease Agreement | 17 | N/A |
| 2.103 | R.G. Brinkmann Company d/b/a Brinkmann Constructors | Attn Matthew Rowe | 3855 Lewiston St | Suite 100 | | Aurora | CO | 80011 | | Letter of Intent to enter into a standard AIA 101 construction agreement | N/A | N/A |
| 2.104 | R.G. Brinkmann Company d/b/a Brinkmann Constructors | Attn Matthew Rowe | 3855 Lewiston St | Suite 100 | | Aurora | CO | 80011 | | Standard Form of Agreement Between Owner and Contractor | N/A | N/A |
| 2.105 | SHI International Corp | Attn Lease Processing Center | 1111 Old Eagle School Road | | | Wayne | PA | 19087 | | Installment Payment Agreement Reference SHI 3596 (Support Only) | 11 | N/A |
| 2.106 | Signature Financial, LLC (formerly TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. and All Points Solution, Inc. d/b/a 3i International) | Signature Financial, LLC | Attn Martha Hardwick Hofmeister, Frances A. Smith, Hayley Ellison | Shackelford, Bowen, McKinley & Norton, LLP | 9201 N. Central Expressway, Fourth Floor | Dallas | TX | 75231 | | Various IT products | 36 | N/A |
| 2.107 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox 5335, (1) Xerox WC6655XM, (2) Xerox WC3655X (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 34 | N/A |
| 2.108 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox 5335, (1) Xerox WC6655XM, (2) Xerox WC3655X (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 34 | N/A |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.109 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox 5335, (1) Xerox WC6655XM, (2) Xerox WC3655X (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 34 | N/A |
| 2.110 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox Phaser 3320DNI, (2) Xerox 4112, (1) Xerox WC6655XM, (1)Xerox 3325DN | 31 | N/A |
| 2.111 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox W7566P, (1) Xerox Colorqube 8700X, (3) Xerox WC4265S | 21 | N/A |
| 2.112 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox WC5335, (1) Xerox WC6655XM, (2) Xerox WC3655X (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 36 | N/A |
| 2.113 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox WC5335, (2) Xerox WC3655X, (1) Xerox WC6655XM (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 36 | N/A |
| 2.114 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox WC5335, (2) Xerox WC3655X, (1) Xerox WC6655XM (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 36 | N/A |
| 2.115 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox WC5335, (3) Xerox WC3655X (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 37 | N/A |
| 2.116 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox WC6655XM, (2) Xerox WC3655X (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 31 | N/A |
| 2.117 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox WC6655XM, (2) Xerox WC3655X (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 31 | N/A |
| 2.118 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox WC6655XM, (2) Xerox WC3655X (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 31 | N/A |
| 2.119 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox WC6655XM, (2) Xerox WC3655X, (1) Xerox 3325DN, 1 Xerox Phaser 3320DNI | 31 | N/A |
| 2.120 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox WC6655XM, (2) Xerox WorkCenter 5335, (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 31 | N/A |
| 2.121 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox WC6655XM, (2) Xerox WorkCenter 5335, (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 31 | N/A |
| 2.122 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (1) Xerox WC6655XM, (2) Xerox WorkCenter 5335, (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 31 | N/A |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.123 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox 3655/XM, (1) Xerox 33215, (1) Xerox 6655/XM, (1) Xerox 3320/DNI, (1) Xerox 5335/PH | 36 | N/A |
| 2.124 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox D95 | 32 | N/A |
| 2.125 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC 3655, (1) Xerox WC6655, (1) Xerox Phaser 3325, (1) Xerox Phaser 3320 (2) 097s40625 | 31 | N/A |
| 2.126 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC 3655, (1) Xerox WC6655, (1) Xerox Phaser 3325, (1) Xerox Phaser 3320 (2) 097s40625 | 31 | N/A |
| 2.127 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC 3655, (1) Xerox WC6655, (1) Xerox Phaser 3325, (1) Xerox Phaser 3320 (2) 097s40625 | 31 | N/A |
| 2.128 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC 3655, (1) Xerox WC6655, (1) Xerox Phaser 3325, (1) Xerox Phaser 3320 (2) 097s40625 | 31 | N/A |
| 2.129 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC 3655, (1) Xerox WC6655, (1) Xerox Phaser 3325, (1) Xerox Phaser 3320 (2) 097s40625 | 31 | N/A |
| 2.130 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC 3655, (1) Xerox WC6655, (1) Xerox Phaser 3325, (1) Xerox Phaser 3320 (2) 097s40625 | 31 | N/A |
| 2.131 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC 3655, (1) Xerox WC6655, (1) Xerox Phaser 3325, (1) Xerox Phaser 3320 (2) 097s40625 | 31 | N/A |
| 2.132 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC 3655, (1) Xerox WC6655, (1) Xerox Phaser 3325, (1) Xerox Phaser 3320 (2) 097s40625 | 31 | N/A |
| 2.133 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC 3655, (1) Xerox WC6655, (1) Xerox Phaser 3325, (1) Xerox Phaser 3320 (2) 097s40625 | 31 | N/A |
| 2.134 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC 3655, (1) Xerox WC6655, (1) Xerox Phaser 3325, (1) Xerox Phaser 3320 (2) 097s40625 | 31 | N/A |
| 2.135 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC 3655, (1) Xerox WC6655, (1) Xerox Phaser 3325, (1) Xerox Phaser 3320 (2) 097s40625 | 31 | N/A |
| 2.136 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC3655X, (1) Xerox WC6655XM (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 20 | N/A |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.137 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (2) Xerox WC6655XM, (2) Xerox WC3655X (1) Xerox 3325DN, (1) Xerox Phaser 3320DNI | 31 | N/A |
| 2.138 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (3) Xerox WC5335 (3) Xerox WC4265 (1) Xerox Coloeqube 8700XF, (2) Xerox Phaser 3320DNI, (1) Xerox 6600DN | 28 | N/A |
| 2.139 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (40) Xerox Documate 4440 | 22 | N/A |
| 2.140 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (5) Xerox WC5335 | 23 | N/A |
| 2.141 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | (8) CISCO ASA 5506 -X Network Security Firewall, (8) CON-SNT -ASA5506K, (8) L-ASA5506-SEC-PL, (2) ME46C Samsung ME-C Series 46" Edge-Lit LED Display, (7) UN55J8500FXZA 55" Samsung 3D 2160P LED-LCD TV, (3) UN65J8500FXZA 65" 3D 2160p LED-LCD TV | 29 | N/A |
| 2.142 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | Lenovo ThinkCenter M700 | 38 | N/A |
| 2.143 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | N/A | N/A | N/A |
| 2.144 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | N/A | N/A | N/A |
| 2.145 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. (formerly All Points Solution, Inc. d/b/a 3i International) | Elizabeth M. Guffy & Philip G. Eisenger | Locke Lord LLP | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | Various IT products | 29 | N/A |
| 2.146 | Unifi Equipment Finance, Inc. (formerly TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. and All Points Solution, Inc. d/b/a 3i International) | Unifi Equipment Finance, Inc. | Attn Joseph J. Shannon | Bodman PLC | 6th Floor at Ford Field, 1901 St. Antoine Street | Detroit | MI | 48226 | | Various IT products | 28 | N/A |
| 2.147 | Unifi Equipment Finance, Inc. (formerly TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. and All Points Solution, Inc. d/b/a 3i International) | Unifi Equipment Finance, Inc. | Attn Joseph J. Shannon | Bodman PLC | 6th Floor at Ford Field, 1901 St. Antoine Street | Detroit | MI | 48226 | | Various IT products | 29 | N/A |
| 2.148 | Unifi Equipment Finance, Inc. (formerly TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. and All Points Solution, Inc. d/b/a 3i International) | Unifi Equipment Finance, Inc. | Attn Joseph J. Shannon | Bodman PLC | 6th Floor at Ford Field, 1901 St. Antoine Street | Detroit | MI | 48226 | | Various IT products | 37 | N/A |

In re: Neighbors Legacy Holdings, Inc.
Case No. 18-33836
Schedule G
Executory Contracts and Unexpired Leases

| Line | Name of other parties with whom the debtor has an executory contract or unexpired lease | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining (months) | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.149 | Unifi Equipment Finance, Inc. (formerly TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. and All Points Solution, Inc. d/b/a 3i International) | Unifi Equipment Finance, Inc. | Attn Joseph J. Shannon | Bodman PLC | 6th Floor at Ford Field, 1901 St. Antoine Street | Detroit | MI | 48226 | | Various IT products | 37 | N/A |
| 2.150 | Unifi Equipment Finance, Inc. (formerly TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. and All Points Solution, Inc. d/b/a 3i International) | Unifi Equipment Finance, Inc. | Attn Joseph J. Shannon | Bodman PLC | 6th Floor at Ford Field, 1901 St. Antoine Street | Detroit | MI | 48226 | | Various IT products | 36 | N/A |
| 2.151 | Unifi Equipment Finance, Inc. (formerly TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. and All Points Solution, Inc. d/b/a 3i International) | Unifi Equipment Finance, Inc. | Attn Joseph J. Shannon | Bodman PLC | 6th Floor at Ford Field, 1901 St. Antoine Street | Detroit | MI | 48226 | | Various IT products | 36 | N/A |
| 2.152 | Unifi Equipment Finance, Inc. (formerly TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. and All Points Solution, Inc. d/b/a 3i International) | Unifi Equipment Finance, Inc. | Attn Joseph J. Shannon | Bodman PLC | 6th Floor at Ford Field, 1901 St. Antoine Street | Detroit | MI | 48226 | | Various IT products | 35 | N/A |
| 2.153 | Universal Hospital Services, Inc | Universal Hospital Service | PO Box 86 | | | Minneapolis | MN | 55486-0940 | | Agreement # UHS -09926 Master Services Agreement | 1 | N/A |
| 2.154 | Ventus Wireless, LLC | | 10 Norden Place | | | Norwalk | CT | 06855 | | 4G LTE | 2 | N/A |
| 2.155 | Wells Fargo Equipment Finance, Inc | Attn Dale Shores | 600 South 4th Street | | | Minneapolis | MN | 55415 | | N/A | N/A | N/A |
| 2.156 | Wells Fargo Equipment Finance, Inc | Attn Dale Shores | 600 South 4th Street | | | Minneapolis | MN | 55415 | | Siemens Medical Equipment: (1) Somatom Scope CT(1) Acuson P300 Ultra Sound System and (1) Multix Fusion - Digital X-Ray | 28 | N/A |
| 2.157 | Wells Fargo Equipment Finance, Inc | Attn Dale Shores | 600 South 4th Street | | | Minneapolis | MN | 55415 | | Siemens Medical Equipment: (1) Somatom Scope CT(1) Acuson P300 Ultra Sound System and (1) Multix Fusion - Digital X-Ray | 24 | N/A |
| 2.158 | Wells Fargo Equipment Finance, Inc | Attn Dale Shores | 600 South 4th Street | | | Minneapolis | MN | 55415 | | Siemens Medical Equipment: (1) Somatom Scope CT(1) Acuson P300 Ultra Sound System and (1) Multix Fusion - Digital X-Ray | 26 | N/A |
| 2.159 | Wells Fargo Equipment Finance, Inc | Attn Dale Shores | 600 South 4th Street | | | Minneapolis | MN | 55415 | | Siemens Medical Equipment: (1) Somatom Scope CT(1) Acuson P300 Ultra Sound System and (1) Multix Fusion - Digital X-Ray | 27 | N/A |
| 2.160 | Wells Fargo Equipment Finance, Inc | Attn Dale Shores | 600 South 4th Street | | | Minneapolis | MN | 55415 | | Siemens Medical Equipment: (1) Somatom Scope CT(1) Acuson P300 Ultra Sound System and (1) Multix Fusion - Digital X-Ray | 28 | N/A |
| 2.161 | Wells Fargo Equipment Finance, Inc | Attn Dale Shores | 600 South 4th Street | | | Minneapolis | MN | 55415 | | Siemens Medical Equipment: (1) Somatom Scope CT(1) Acuson P300 Ultra Sound System and (1) Multix Fusion - Digital X-Ray | 28 | N/A |
| 2.162 | Wells Fargo Equipment Finance, Inc | Attn Dale Shores | 600 South 4th Street | | | Minneapolis | MN | 55415 | | Siemens Medical Equipment: (1) Somatom Scope CT(1) Acuson P300 Ultra Sound System and (1) Multix Fusion - Digital X-Ray | 30 | N/A |
| 2.163 | Wolters Kluwer Clinical Drug Information, Inc | Attn Candice Malensek | 1100 Terex Road | | | Hudson | OH | 44236 | | Wolters Kluwer Clinical Drug Information Software License Agreement | 11 | N/A |

**In re: Neighbors Legacy Holdings, Inc.**
**Case No. 18-33836**
Schedule H
Codebtors

| Line | Name of codebtor | Address 1 | City | State | Zip | Name of creditor | D | E/F | G |
|------|------------------|-----------|------|-------|-----|------------------|---|-----|---|
| 2.1 | NEC Orange Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Bank of the West | | | X |
| 2.2 | Neighbors GP, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | Bank of the West | | | X |
| 2.3 | EDMG, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.4 | NEC Baytown Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.5 | NEC Beaumont Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.6 | NEC Bellaire Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.7 | NEC Crosby Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.8 | NEC Kingwood Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.9 | NEC Lakeline Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.10 | NEC Midland Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.11 | NEC Mueller Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.12 | NEC Odessa Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.13 | NEC Pasadena Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.14 | NEC Pearland Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.15 | NEC Port Arthur Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.16 | NEC Texas City Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.17 | NEC Tyler Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.18 | NEC Yorktown Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.19 | NEC Zaragoza Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.20 | Neighbors GP, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.21 | Neighbors GP, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.22 | Neighbors Health System, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.23 | Neighbors Practice Management, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | BB&T Commercial Equipment Capital Corp. | X | | |
| 2.24 | NEC Amarillo Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Central Bank of St. Louis | | | X |
| 2.25 | NEC Brownsville Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Central Bank of St. Louis | | | X |
| 2.26 | NEC Harlingen Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Central Bank of St. Louis | | | X |
| 2.27 | NEC McAllen Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Central Bank of St. Louis | | | X |
| 2.28 | NEC Porter Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Central Bank of St. Louis | | | X |
| 2.29 | NEC Texas City Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Central Bank of St. Louis | | | X |
| 2.30 | Neighbors GP, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | Central Bank of St. Louis | | | X |
| 2.31 | Neighbors Health System, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | Central Bank of St. Louis | | | X |
| 2.32 | Neighbors Health System, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | Central Bank of St. Louis | | | X |
| 2.33 | NEC Bellaire Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Signature Financial, LLC | | | X |
| 2.34 | NEC Brownsville Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Signature Financial, LLC | | | X |
| 2.35 | NEC College Station Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Signature Financial, LLC | | | X |
| 2.36 | NEC Longview Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Signature Financial, LLC | | | X |

**In re: Neighbors Legacy Holdings, Inc.**
**Case No. 18-33836**
Schedule H
Codebtors

| Line | Name of codebtor | Address 1 | City | State | Zip | Name of creditor | D | E/F | G |
|------|------------------|-----------|------|-------|-----|------------------|---|-----|---|
| 2.37 | NEC McAllen Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Signature Financial, LLC | | | X |
| 2.38 | NEC Porter Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Signature Financial, LLC | | | X |
| 2.39 | NEC Texarkana Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Signature Financial, LLC | | | X |
| 2.40 | NEC Wichita Falls Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Signature Financial, LLC | | | X |
| 2.41 | Neighbors GP, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | Signature Financial, LLC | | | X |
| 2.42 | Neighbors Health System, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | Signature Financial, LLC | | | X |
| 2.43 | Neighbors Health System, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | Signature Financial, LLC | | | X |
| 2.44 | Neighbors Practice Management, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | Signature Financial, LLC | | | X |
| 2.45 | NEC Eastside Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | TIAA Commercial Finance Inc. fka EverBank Commercial Finance, Inc. | | | X |
| 2.46 | NEC Eastside Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | TIAA Commercial Finance Inc. fka EverBank Commercial Finance, Inc. | | | X |
| 2.47 | NEC Eastside Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | TIAA Commercial Finance Inc. fka EverBank Commercial Finance, Inc. | | | X |
| 2.48 | Neighbors GP, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | TIAA Commercial Finance Inc. fka EverBank Commercial Finance, Inc. | | | X |
| 2.49 | Neighbors Health System, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | TIAA Commercial Finance Inc. fka EverBank Commercial Finance, Inc. | | | X |
| 2.50 | Neighbors Health System, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | TIAA Commercial Finance Inc. fka EverBank Commercial Finance, Inc. | | | X |
| 2.51 | EDMG, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | Unifi Equipment Finance, Inc. | | | X |
| 2.52 | NEC College Station Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Unifi Equipment Finance, Inc. | | | X |
| 2.53 | NEC Longview Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Unifi Equipment Finance, Inc. | | | X |
| 2.54 | NEC Texarkana Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Unifi Equipment Finance, Inc. | | | X |
| 2.55 | NEC Tyler Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Unifi Equipment Finance, Inc. | | | X |
| 2.56 | NEC Wichita Falls Emergency Center, LP | 10800 Richmond Avenue | Houston | TX | 77042 | Unifi Equipment Finance, Inc. | | | X |
| 2.57 | Neighbors Health System, LLC | 10800 Richmond Avenue | Houston | TX | 77042 | Unifi Equipment Finance, Inc. | | | X |