# Harris County Docket Sheet

# 2017-73050

**COURT:** 269th
**FILED DATE:** 10/30/2017
**CASE TYPE:** Debt/Contract - Fraud/Misrepresentation



### INFINITY EMERGENCY MANAGEMENT GROUP LLC

Attorney: HENDERSHOT, SIMON W. III

vs.

### NEIGHBORS HEALTH SYSTEM INC

Attorney: HIGGINS, JOHN F. IV

| Trial Settings | |
|---|---|
| Date | Comment |
| 12/3/2018 | Docket Set For: Trial Setting |

| Docket Sheet Entries | |
|---|---|
| Date | Comment |
| 2/5/2018 | PRDSX - ORD SGN GRNTNG PROTECTION FROM DISCOVERY REQUEST |
| 4/5/2018 | TRPOX - TRIAL PREPARATION ORDER SIGNED |
| 4/5/2018 | DCORX - DOCKET CONTROL/PRETRIAL ORDER SIGNED |
| 5/14/2018 | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD |
| 6/11/2018 | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD |
| 6/18/2018 | SBATX - ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD |
| 6/22/2018 | Plaintiff Infinity Emergency Management Group, LLC's First Amended Motion to Compel Defendant's Discovery Responses:  Hisey appeared for plaintiff.  Steely appeared for the Neighbors defendants.  Johnson and Sherman appeared for Aileen and Gilman.  Munisteri appeared for Chen, Patel, Henderson, and Chang.  Flack appeared for S. Patel.  Lewis appeared for D. Patel.  Plaintiff and Neighbors showed good effort at working and conferring, so court took the collaborative discovery approach and gave them guidance.  Parties will absorb the guidance and try to work out or narrow further.  Court will make efforts to work them in or host teleconferences if they need any further interface with the court regarding discovery. |