UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                          §
NEIGHBORS LEGACY HOLDINGS, INC. §
                                                §
Debtor                                          §          CASE NO.18-33836
                                                §
                                                §          CHAPTER 11
                                                §

## AGREED MOTION FOR RELIEF FROM AUTOMATIC STAY

To the Honorable Marvin Isgur:

This is an Agreed Motion to Lift the Automatic Bankruptcy Stay from this Chapter 11 Proceeding as it relates a pending State Court medical malpractice case. The underlying state court proceeding is Cause Number 187,736-A currently pending in the 30th Judicial District of Wichita County, Texas. Movants are Ashlynn Foster, by her Next Friend Kristin Foster, and Kristin Foster, Individually (Plaintiffs in the medical negligence case), as well as DeShawn Stewart, MD, and NEC Wichita Falls Emergency Center, LP dba Neighbors Emergency Center (Defendants in the medical negligence case). The Defendants are insured by the MedPro Group and there is no known coverage dispute.

The underlying medical malpractice case involves allegations of negligence against a Neighbor's Legacy Holdings, Inc. related entity and was filed before this bankruptcy proceeding was initiated; upon notice of the bankruptcy proceeding, the medical malpractice case was stayed by agreement of all parties and agreed court order. Those parties now request that this Court enter the attached Order, lifting the automatic stay, but only to the extent of the available insurance coverage in the underlying medical malpractice case.

This motion, and the Proposed Order, have been reviewed by Debtor's Counsel, and they are in agreement with entry of the attached proposed Order.

Respectfully submitted,

*s/ William Kenneth C. Dippel*
State Bar No. 05894500

12221 Merit Drive, Suite 670
Dallas, Texas 75251
(972) 866-9900      Phone
(972) 866-9902      Fax

wkcd@wkcd.net

## Certificate of Conference and Service

I aver that I have personally spoken with the following counsel, they have reviewed this motion and proposed Order, and they are in agreement:

C. Timothy Reynolds, Esq.
Steed ~ Dunnill ~ Reynolds
1717 Main Street, Suite 2950
Dallas, Texas  75201
Counsel for all Defendants in the underlying medical malpractice case

Genevieve M. Graham, Esq.
Porter Hedges, LLP
1000 Main Street, 36th Floor
Houston, Texas  77002
Counsel for Debtor in the Chapter 11 Proceeding

I also aver that the foregoing document was served on all counsel of record via personal email and the Pacer filing system on October 3, 2018.

*s/ William Kenneth C. Dippel*