UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **NEIGHBORS LEGACY HOLDINGS, INC.,** | § | **Case No. 18-33836 (MI)** |
| *et al.*, | § | |
| | § | **(Jointly Administered)** |
| Debtors.[1] | § | |

**AMENDMENTS TO SCHEDULE E/F FOR
NEIGHBORS GLOBAL HOLDINGS, LLC (CASE NO. 18-33871)**

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/neighbors. The location of Debtors' principal place of business and the Debtors' service address is: 10800 Richmond Avenue. Houston, Texas 77042.

**Fill in this information to identify the case:**

Debtor Name: In re : Neighbors Global Holdings, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 18-33871 (MI)

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals  12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................................  $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...............................................................................................  $ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................................................  $ 0.00

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...................................  $ 110,195,053.48

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..........................................................  $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ................................................  + $ 8,000,000.00

4. **Total liabilities**
   Lines 2 + 3a + 3b .................................................................................................................................  $ 118,195,053.48

**Fill in this information to identify the case:**

Debtor Name: In re : Neighbors Global Holdings, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 18-33871 (MI)

F ☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1 Priority creditor's name and mailing address**
See Schedule E/F, Part 1 Attachment
Creditor Name

Creditor's Notice name

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:** $ Unknown    $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
See AMENDED Schedule E/F, Part 2 Attachment
Creditor Name

Creditor's Notice name

Address

City   State   ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $   8,000,000.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| _____ Name | Line | _____ |
| _____ Notice Name | ☐ Not Listed. Explain _____ | |
| _____ Street | | |
| _____ | | |
| _____ _____ _____ City    State    ZIP Code | | |
| _____ Country | | |

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 3 of 4

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---:|
| 5a. | **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $ | 8,000,000.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,000,000.00 |

**Fill in this information to identify the case:**

Debtor Name: In re : Neighbors Global Holdings, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): 18-33871 (MI)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule*   E/F, Part 2, Creditors Who Have Nonpriority Unsecured Claims
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/17/2018
MM / DD / YYYY

✖ / s / Chad J. Shandler
Signature of individual signing on behalf of debtor

Chad J. Shandler
Printed name

Chief Restructuring Officer
Position or relationship to debtor

In re: Neighbors Global Holdings, LLC
Case No. 18-33871
Schedule E/F, Part 1
Creditors Who Have PRIORITY Unsecured Claims

| Line | Priority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Specify Code subsection: 11 § U.S.C. 507(a)(__) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Total claim | Priority amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | Aldine ISD Property Tax Office Julie Gazelas | Tax Assessor - Collector | 14909 Aldine Westfield | | Houston | TX | 77032 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.2 | Angelina County Tax Office Billie Page, PCC, CTOP | Tax Assessor - Collector | PO Box 1344 | | Lufkin | TX | 75902-1344 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.3 | Arizona Department of Revenue | | 1600 W Monroe Street | | Phoenix | AZ | 85007 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.4 | Aurora Lozano - Harlingen Tax Office | Tax Assessor - Collector | 609 N.77 Sunshine Strip | | Harlingen | TX | 78550 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.5 | Bowie Central Appraisal District | Tax Assessor - Collector | PO Box 6527 | | Texarkana | TX | 75505-6527 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.6 | Brazoria County Ro'vin Garrett, PCC | Tax Assessor - Collector | 111 E. Locust | | Angleton | TX | 77515 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.7 | Brazos County Kristeen Roe | Tax Assessor - Collector | 4151 County Park Ct. | | Bryan | TX | 77802 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.8 | Cameron County Tax Office Tony Yzaguirre, Jr | Tax Assessor - Collector | 964 E. Harrison | | Brownsville | TX | 78520 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.9 | City of EL Paso Maria O. Pasillas, RTA | Tax Collector | Wells Fargo Plaza | 221 N. Kansas, Suite 300 | El Paso | TX | 79901 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.10 | City of McAllen Tax Office Rebecca M. Grimes, RTA/RTC | | PO Box 220 | | McAllen | TX | 78505-0220 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.11 | Colorado Department of Revenue | | 1375 Sherman St | | Denver | CO | 80261 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.12 | Comptroller of Public Accounts Glenn Hegar | | P. O. Box 149348 | | Austin | TX | 78714-9348 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.13 | Crosby MUD | San Jacinto Tax Service Company LLC | 103 Kerry Rd | | Highlands | TX | 77562 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.14 | Cypress Fairbanks ISD David Piwonka | Tax Assessor - Collector | 10494 Jones Road, Suite 106 | | Houston | TX | 77065 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.15 | Department of Revenue Services - State of Connecticut | | P.O. Box 2936 | | Hartford | CT | 06104-2936 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.16 | Ector County Appraisal District Anita Campbell | Tax Assessor - Collector | 1301 E 8th Street | | Odessa | TX | 79761-4722 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.17 | Glaveston County Cheryle E. Johnson, PCC | Tax Assessor - Collector | 722 Moody (21st Street) | | Galveston | TX | 77550 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.18 | Goose Creek CISD | Tax Assessor - Collector | PO Box 2805 | | Baytown | TX | 77522 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.19 | Gregg County Kirk Shields | Tax Assessor - Collector | PO Box 1431 | | Longview | TX | 75606-1431 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.20 | Harris County Ann Harris Bennett | Tax Assessor - Collector | PO Box 4622 | | Houston | TX | 77210-4622 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.21 | Harris County Mike Sullivan | Tax Assessor-Collector | P.O. Box 3547 | | Houston | TX | 77253-3547 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.22 | Harris County MUD 276 Avik Bonnerjee | Tax Assessor-Collector | PO Box 1819 | | Houston | TX | 77251-1819 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.23 | Hidalgo County Pablo (Paul) Villarreal Jr., PCC | Tax Assessor - Collector | PO Box 78540 | | Edinburg | TX | 78540 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.24 | Humble ISD Janice P. Himpele | Tax Assessor - Collector | PO Box 4020 | | Houston | TX | 77210 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.25 | Internal Revenue Service | Department of Treasury | Internal Revenue Service Center | | Ogden | UT | 84201 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |

In re: Neighbors Global Holdings, LLC
Case No. 18-33871
Schedule E/F, Part 1
Creditors Who Have PRIORITY Unsecured Claims

| Line | Priority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Specify Code subsection: 11 § U.S.C. 507(a)(__) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Total claim | Priority amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.26 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.27 | Jefferson County Allison Nathan Getz, P.C.C | Tax Assessor - Collector | P.O. Box 2112 | | Beaumont | TX | 77704 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.28 | Midland Central Appraisal District | | 4631 Andrews HWY | PO Box 908002 | Midland | TX | 79708-0002 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.29 | Montgomery County Tammy J. McRae, PCAC | Tax Assessor - Collector | 400 N. San Jaconto St. | | Conroe | TX | 77301 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.30 | New Mexico Taxation and Revenue Department | | PO Box 630 | | Santa Fe | NM | 87504-0630 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.31 | Orange County Karen Fisher, PCC | Tax Assessor - Collector | PO Box 1568 | | Orange | TX | 77631-1568 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.32 | Pine Tree ISD | Tax Office | BOX 5878 | | Longview | TX | 75608-5878 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.33 | Potter County Sherri Aylor, PCC | | PO Box 2289 | | Amarillo | TX | 79105-2289 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.34 | Smith County Tax Office Gary B. Barber | | PO Box 2011 | | Tyler | TX | 75710-2011 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.35 | State Comptroller | | PO Box 149359 | | Austin | TX | 78714-9359 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.36 | State Comptroller | | PO Box 149359 | | Austin | TX | 78714-9359 | 11 U.S.C. 507(a)(8) | Texas Franchise Tax Payment | N | X | X | X | Unknown | Unknown |
| 2.37 | State of Rhode Island | Division of Taxation | PO Box 9702 | | Providence | RI | 02940-9702 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.38 | Texas City ISD Tax Office Patricia Collins | Tax Assessor - Collector | PO Box 1150 | | Texas City | TX | 77592-1150 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.39 | Tom Green Appraisal District | | 2302 Pulliam Street | | San Angelo | TX | 76905 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.40 | Travis County Tax Office Bruce Elfant | Tax Assessor - Collector | PO Box 149328 | | Austin | TX | 78714-9328 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.41 | Valley Ranch M.U.D #1 Mike Arterburn, Tax A/C | | 11500 NW Freeway, Ste 465 | | Houston | TX | 77092 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.42 | West Warwick Tax Office | Attn: Rosemarie Silva | Tax Collector | P.O. Box 1341 | West Warwick | RI | 02893 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.43 | Wichita County Tommy Smyth | Tax Assessor - Collector | 600 Scott Ave, Suite 103 | | Wichita Falls | TX | 76301 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| 2.44 | Williamson County Tax Office Larry Gaddes | Tax Assessor - Collector | 904 South Main Street | | Georgetown | TX | 78626-5701 | 11 U.S.C. 507(a)(8) | Potential Tax Claim | N | X | X | X | Unknown | Unknown |
| | | | | | | | | | | | | TOTAL: | | UNKNOWN | UNKNOWN |

**In re: Neighbors Global Holdings, LLC**
**Case No. 18-33871**
AMENDED Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Date incurred | Basis for claim | Contingent | Unliquidated | Disputed | Amount of claim | Reason for Amendment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.1 | Alcode Plumbing, LLC | Attn Bill Richey | Griffin & Matthews | 400 Neches at Crocket | Beaumont | TX | 77701 | Various | Litigation | X | X | X | Unknown | |
| 3.2 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o All Points Solution, Inc. d/b/a 3I International's and Chris Mitchell's, Attn Bruce C. Morris & Demetri J. Economou | Kane Russell Coleman Logan PC | 5051 Westheimer, Suite 1000 | Houston | TX | 77056 | Various | Litigation | X | X | X | Unknown | |
| 3.3 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o Central Bank of St. Louis's, Attn John R. Jones | J.R. Jones Law PLLC | 6026 Remson Hollow Lane | Katy | TX | 77494 | Various | Litigation | X | X | X | Unknown | |
| 3.4 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o Everbank Commercial Finance Inc's, Attn David E. Harrell, Jr., Brandon Renken, Nicholas M. Moore | Locke Lord LLP | 600 Travis Street, Suite 2800 | Houston | TX | 77002 | Various | Litigation | X | X | X | Unknown | |
| 3.5 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o Signature Financial LLC's, Attn Martha Hardwick Hofmeister, Frances A. Smith, Hayley Ellison | Shackelford, Bowen, McKinley & Norton, LLP | 9201 N. Central Expressway, Fourth Floor | Dallas | TX | 75231 | Various | Litigation | X | X | X | Unknown | |
| 3.6 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o Susquehanna Commercial Finance, Inc.'s nka BB&T Commercial Equipment Capital Corp.'s, Attn Barbara Lanza Farley | Barbara Lanza Farley PC | PO Box 53659 | Philadelphia | PA | 19105 | Various | Litigation | X | X | X | Unknown | |
| 3.7 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o Unifi Equipment Finance, Inc's Attn Joseph J. Shannon | Bodman PLC | 6th Floor at Ford Field, 1901 St. Antoine Street | Detroit | MI | 48226 | Various | Litigation | X | X | X | Unknown | |
| 3.8 | All Points Solutions, Inc. d/b/a 3i International, EverBank Commercial Finance, Inc., Signature Financial, LLC, Susquehanna Commercial Finance, Inc., Central Bank of St. Louis, Unifi Equipment Finance, Inc. and Chris Mitchell | c/o Unifi Equipment Finance, Inc's, Attn Thomas R. Ajamie, Courtney Scobie | Ajamie LLP | Pennzoil Place - South Tower, 711 Louisiana, Suite 2150 | Houston | TX | 77002 | Various | Litigation | X | X | X | Unknown | |
| 3.9 | Amanda Hanks | Attn Robert J. Heil III | The Law Offices of Robert Heil | 5262 S. Staples #300 | Corpus Christi | TX | 78411 | Various | Litigation | X | X | X | Unknown | |
| 3.10 | Andy Chen, MD | Blue Grasshopper Holdings, Ltd. | 903 N. 3rd St. | | Bellaire | TX | 77401 | 5/5/2017 | Shareholder Note | | | | $1,226,900.36 | New Creditor Added to Schedule |
| 3.11 | Ashlynn Foster, by her Next Friend, Kristin Foster, and Kristin Foster, Individually | Attn William Kenneth C. | Law Offices of William Kenneth C. Dippel | 12221 Merit Drive, Suite 670 | Dallas | TX | 75251 | Various | Litigation | X | X | X | Unknown | |
| 3.12 | BB&T Commercial Equipment Capital Corp; fka Susquehanna Commercial Finance, Inc.; cp Branch Banking and Trust | Attn Barbara Lanza Farley | Barbara Lanza Farley PC | PO Box 53659 | Philadelphia | PA | 19105 | Various | Litigation | X | X | X | Unknown | |
| 3.13 | Beaumont Emergency Physicians Associates, PLLC | Attn Michael J. Lindsay | Lindsay & Parsons, LLP | 710 North 11th Street | Beaumont | TX | 77703 | Various | Litigation | X | X | X | Unknown | |
| 3.14 | Beaumont Emergency Physicians Associates, PLLC | Attn Terry W. Wood | Terry W. Wood PC | 2530 Calder Avenue | Beaumont | TX | 77702 | Various | Litigation | X | X | X | Unknown | |
| 3.15 | Biotechnology Integration and Management LLC | Attn Stephen F. Del Sesto, Michael J. Daly, Nicole Matteo | Pierce Atwood LLP | One Financial Plaza, Suite 2600 | Providence | RI | 02903 | Various | Litigation | X | X | X | Unknown | |
| 3.16 | Central Bank of St. Louis | Attn Michael P. Stephens, Sally M. Sinclair, Katherine I. McLaughlin | Jenkins & Kling, P.C. | 150 N. Meramec Avenue, Suite 400 | St Louis | MO | 63105 | Various | Litigation | X | X | X | Unknown | |
| 3.17 | Colonia Verde Investors, LLC | Attn Richard M. Rollman and Kevin J. Kristick | Bosse Rollman PC | 3507 North Campbell Avenue, Suite 111 | Tucson | AZ | 85719 | Various | Litigation | X | X | X | Unknown | |
| 3.18 | Convergint Technologies LLC | Attn Candice C. Smith and Scott T. Citek | Lamm & Smith, P.C. | 3730 Kirby Dr., Suite 650 | Houston | TX | 77098 | Various | Litigation | X | X | X | Unknown | |
| 3.19 | Cyril Eastace Gillman, MD | | 17515 Big Basin Ln | | Humble | TX | 77346 | 5/5/2017 | Shareholder Note | | | | $702,544.00 | New Creditor Added to Schedule |
| 3.20 | Dharmesh Patel, MD | | 11002 Greenbay St. | | Houston | TX | 77024 | 5/5/2017 | Shareholder Note | | | | $1,234,538.48 | New Creditor Added to Schedule |
| 3.21 | Gerald H. Phipps, Inc. d/b/a GH Phipps Construction Co. | Attn Keith Coulter | Coulter, P.C. | 3306 Sul Ross Street | Houston | TX | 77098 | Various | Litigation | X | X | X | Unknown | |

In re: Neighbors Global Holdings, LLC
Case No. 18-33871
AMENDED Schedule E/F, Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| Line | Nonpriority Creditor's Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip | Date incurred | Basis for claim | Contingent | Unliquidated | Disputed | Amount of claim | Reason for Amendment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.22 | GERALD H. PHIPPS. INC. | Attn Keith Coulter | Coulter P.C. | 3306 Sul Ross Street | Houston | TX | 77098 | Various | Litigation | X | X | X | Unknown | |
| 3.23 | GreatAmerica Financial Service Corporation | Attn Randall D. Armentrout, Benjamin P. Roach | Nyemaster Goode, P.C | 700 Walnut, Suite 1600 | Des Moines | IA | 50309 | Various | Litigation | X | X | X | Unknown | |
| 3.24 | Harry Leiser, Trustee of the Harry Leiser Revocable Trust | Attn Kelly M. Fracassa | Naccarato & Fracassa | 96 Franklin Street | Westerly | RI | 02891 | Various | Litigation | X | X | X | Unknown | |
| 3.25 | Harry Lieser | Attn Kelly M. Fracassa | Naccarato & Fracassa | 96 Franklin Street | Westerly | RI | 02891 | Various | Litigation | X | X | X | Unknown | |
| 3.26 | Hitesh Patel, MD | JPMP Investments, LP | 1122 Rymers Switch Lane | | Friendswood | TX | 77546 | 5/5/2017 | Shareholder Note | | | | $692,864.13 | New Creditor Added to Schedule |
| 3.27 | Infinity Emergency Management Group, LLC | Attn Simon W. Hendershot, III, Benjamin L. Hisey, Katie T. Cowart, Raymond L. Panneton | Hendershot, Cannon & Hisey P.C | 1800 Bering Drive, Suite 600 | Houston | TX | 77057 | Various | Litigation | X | X | X | Unknown | |
| 3.28 | JL Parker Plumbing, Inc. | Attn Mary Ellen P. Smith | Smith Kendall, PLLC | 5910 N. Central Expressway, Suite 925 | Dallas | TX | 75206 | Various | Litigation | X | X | X | Unknown | |
| 3.29 | Michael Heichen and Azalea Saemi | Attn Mauricio Escobar | Kilpatrick Townsent & Stockton LLP | Bank of America Center, 700 Louisiana Street, Suite 4300 | Houston | TX | 77002 | Various | Litigation | X | X | X | Unknown | |
| 3.30 | Michael Lihchun Chang, MD, FAAEM | Series B,D,F,H,I,K,G,L, A Series of EM Neighbors, Series LLC | 2138 McClendon | | Houston | TX | 77030 | 5/5/2017 | Shareholder Note | | | | $1,211,356.08 | New Creditor Added to Schedule |
| 3.31 | Northern Rhode Island Radiology, LLC | Attn Stephen F. Del Sesto, Michael J. Daly, Nicole Matteo | Pierce Atwood LLP | One Financial Plaza, Suite 2600 | Providence | RI | 02903 | Various | Litigation | X | X | X | Unknown | |
| 3.32 | Paul Andre Alleyne, MD | PMAS Medical Investment, LLC | 5361 Fairdale Lane | | Houston | TX | 77056 | 5/5/2017 | Shareholder Note | | | | $740,735.44 | New Creditor Added to Schedule |
| 3.33 | Quang Hai Henderson, MD | QSH Family LP | 2414 Inwood Dr. | | Houston | TX | 77019 | 5/5/2017 | Shareholder Note | | | | $956,523.03 | New Creditor Added to Schedule |
| 3.34 | R.G. Brinkmann Company, Inc. d/b/a Brinkman Constructors | Attn Michael E. Bonifazi | Kutak Rock, LLP | 1801 California Street, Suite 3000 | Denver | CO | 80202 | Various | Litigation | X | X | X | Unknown | |
| 3.35 | RKMS Amarillo #2 LLC | Attn J. Cary Gray & Michael A. Ackal, III | Gray Reed | 1300 Post Oak Blvd., Suite 2000 | Houston | TX | 77056 | Various | Litigation | X | X | X | Unknown | |
| 3.36 | RKMS Amarillo #2 LLC | Attn Vernon C. Howerton, Jr. & Timothy J. Fandrey | Gray Reed | 1601 Elm Street, Suite 4600 | Dallas | TX | 75201 | Various | Litigation | X | X | X | Unknown | |
| 3.37 | Securranty Inc. | Attn Abel Manji | Hird, Chu & Lawji P.L.L.C | 1470 First Colony Blvd, Suite 210 | Sugar Land | TX | 77479 | Various | Litigation | X | X | X | Unknown | |
| 3.38 | Setul Girishchandra Patel, MD, MBA | SGP Medical Enterprises, LP | 3 W. Rivercrest Dr. | | Houston | TX | 77042 | 5/5/2017 | Shareholder Note | | | | $1,234,538.48 | New Creditor Added to Schedule |
| 3.39 | Signature Financial LLC | Attn Robert Michael Tils | Moritt Hock Hamroff & Horowitz LLP | 400 Garden City Plaza | Garden City Plaza | NY | 11530 | Various | Litigation | X | X | X | Unknown | |
| 3.40 | SMTA Financing JV, LLC | Attn Robert E. Weitzel, John E. Mitchell | Akerman LLP | 2001 Ross Avenue, Suite 3600 | Dallas | TX | 75201 | Various | Litigation | X | X | X | Unknown | |
| 3.41 | SMTA Financing JV, LLC | Attn Robert E. Weitzel, John E. Mitchell | Akerman LLP | 2001 Ross Avenue, Suite 3600 | Dallas | TX | 75201 | Various | Litigation | X | X | X | Unknown | |
| 3.42 | Spring Gulch, LLC | Attn Wesley M. Giesecke | Gossett, Harrison, Millican & Stipanovic, P.C. | P. O. Drawer 911 | San Angelo | TX | 76902 | Various | Litigation | X | X | X | Unknown | |
| 3.43 | Susan L. Collemer, Susan Collemer, MD, LLC, Michael W. Demelis, Kristina E. McAteer, Margaret P. Mueller, Sophia G. O'Donnell, Sophia G. O'Donnell, MD, LLC, Laura D. Rau, Laura D. Rau MD, LLC, Christopher G. Roloff | Attn Andrew Berg and Catherine Sammartino | Sammartino & Berg LLP | 2639 South County Trail | East Greenwich | RI | 02815 | Various | Litigation | X | X | X | Unknown | |
| 3.44 | The Don Levin Trust, dated August 30, 1991, by its Trustees, Thomas P. Gallagher and Thomas D. Gordon | Attn Kimberly D. Annello, Scott M. Garelick | Exall & Wood, PLLC | 3838 Oak Lawn Avenue, Suite 1750 | Dallas | TX | 75219 | Various | Litigation | X | X | X | Unknown | |
| 3.45 | TIAA Commercial Finance, Inc. f/k/a EverBank Commercial Finance, Inc. | Attn Elizabeth M. Guffy | Locke Lord LLP | 600 Travis Street, Suite 2800 | Houston | TX | 77002 | Various | Litigation | X | X | X | Unknown | |
| 3.46 | UCP Texas Management, Ltd. | Attn Terry L. Belt | The Fowler Law Firm, P.C. | 8310 N. Capital of Texas Hwy., Suite 1-150 | Austin | TX | 78731 | Various | Litigation | X | X | X | Unknown | |
| | | | | | | | | | | | | TOTAL: | $8,000,000.00 | |