**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **NEIGHBORS LEGACY HOLDINGS, INC.,** | § | **Case No. 18-33836** |
| *et al.,* | § | |
| | § | **(Jointly Administered)** |
| Debtors. | § | |

**GREATER TEXAS EMERGENCY CENTERS LLC'S EXPEDITED MOTION FOR
FINDING REGARDING ASSET PURCHASE AGREEMENT**

(Relates to Docket No. 484)

---

NOTICE PURSUANT TO LOCAL RULE 9013-1

A HEARING WILL BE CONDUCTED ON THIS MATTER ON FRIDAY, NOVEMBER 2, 2018 AT 9:45 AM IN COURTROOM 404, 4TH FLOOR, UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, 515 RUSK AVENUE, HOUSTON, TEXAS 77002. IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST RESPOND IN WRITING, SPECIFICALLY ANSWERING EACH PARAGRAPH OF THIS PLEADING. UNLESS OTHERWISE DIRECTED BY THE COURT, YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE DAYS FROM THE DATE YOU WERE SERVED WITH THIS PLEADING. YOU MUST SERVE A COPY OF YOUR RESPONSE ON THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EXPEDITED CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.

---

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

Comes now, Greater Texas Emergency Centers LLC ("**Greater Texas**") and files this motion requesting that the Court interpret and make a finding regarding the Asset Purchase Agreement (Doc. No. 484) entered into between Greater Texas and the Debtors[1] and in support thereof respectfully represents as follows:

---

[1] The Asset Purchase Agreement is between Greater Texas as Buyer, and the Operating Sellers, NEC Bellaire Emergency Center, LP, NEC Yorktown Emergency Center, LP, NEC Midland Emergency Center, LP, NEC Odessa Emergency Center, LP, NEC Texarkana Emergency Center, LP, NEC Paris Emergency Center, LP, and the

## BACKGROUND

1.       On July 12, 2018, the Debtors each commenced a case under Chapter 11 of the Bankruptcy Code.  The Debtors Chapter 11 cases are being jointly administered pursuant to this Court's Order.  (Docket No. 10).  The Debtors continue to operate their businesses and manage their property as debtors and debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

2.       On September 6, 2018, the Court approved the sale of substantially all of the Debtors' assets to a consortium of bidders subject to completion of the respective asset purchase agreements between each purchaser the respective Debtors; Greater Texas was one such bidder. The order approving the sale of the Debtors assets to the consortium was entered on September 12, 2018 but provided that the form asset purchase agreement between Greater Texas and the Debtors was not finally approved.  (Docket No. 482).  A supplemental order was entered on September 14, 2018 which attached the final Asset Purchase Agreement (the "**APA**") between Greater Texas and the Debtors.  (Docket No. 484).

**Yorktown Facility**

3. On September 8, 2018, NEC Yorktown Emergency Center, LP (the "**Yorktown**") filed its Schedules of Assets and Liabilities (the "**Schedules**").  (Docket No. 444).  In the disclaimers preceding the Schedules, Yorktown disclosed all Debtors had not completed a physical inventory or appraisal of their equipment and did not historically maintain an itemized fixed asset detail.[2] (Docket No. 444 ¶¶ 6, 11).

---

Corporate Sellers, Neighbors Legacy Holdings, Inc., Neighbors Global Holdings, LLC, Neighbors Health, LLC, EDMG, LLC, and Neighbors Practice Management, LLC as Sellers.

[2] The disclaimers in both the Schedules and SOFA did provide that, "nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all their rights with respect to such issues.

4.      Contemporaneously with the filing of its Schedules, Yorktown also filed its Statement of Financial Affairs (the "**SOFA**").[3]  (Docket No. 445).  In answer to Question No. 21 of the SOFA, the Yorktown stated it did not hold or control property for another person or entity. The disclaimers did not provide any additional detail as to SOFA Question No. 21.  (Docket No. 445 ¶ 21).

5.      On or about October 9, 2018, a representative of Greater Texas made a site inspection of the Yorktown emergency center (the "**Yorktown Facility**").  The Yorktown Facility is comprised of a 15,000 sq. ft. During the inspection, Greater Texas' representative found tangible personal property, including a number of medical equipment items. The medical equipment items included but were not limited to approximately 36 medical stretchers and special mattresses; triage and EKG machines; and, a large quantity of medical supplies (the "**Medical TPP**").  The representative of Greater Texas did not take a physical inventory of the Medical TPP at that time of the inspection.

6.      The APA provides that Greater Texas would buy all rights, title and interest in all tangible personal property, including equipment (including medical equipment and instruments) of any kind or type that was owned by the seller, used at the Acquired Business[4], or located at or within any acquired Facility[5].  Section 2.01(a)(iii) of the APA provides:

---

[3] The disclaimers in both the Schedules and SOFA did provide that, "nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all their rights with respect to such issues."

[4] An Acquired Business is defined in the APA as the business conducted by the seller at a Facility.

[5] A Facility is defined in the APA as an operating emergency center that was sold pursuant to the APA which would necessarily include the Yorktown emergency center.

**Section 2.01   Purchase and Sale of Assets.**

(a)   Subject to, and on the terms and conditions of this Agreement, effective at the Effective Time, Buyer shall purchase, acquire, and accept from the Sellers, and the Sellers shall sell, convey, transfer, assign, and deliver to Buyer free and clear of any and all Liens, Claims, and Interests of any kind or nature whatsoever, whether arising prior to, on or subsequent to the Petition Date, (other than Specifically Assumed Liabilities), all rights, title, and interest of every kind and nature of Sellers (including indirect and other forms of ownership), in and to all of the assets, properties, rights and interests set forth below solely to the extent related to the Acquired Business (the "*Transferred Assets*"):

(iii)   all equipment (including medical equipment and instruments), furniture, furnishings, computer hardware, communication equipment, supplies, fixtures, leasehold interests, materials, Inventory and other tangible personal property of any kind or type that is owned by the Operating Sellers, used in the Acquired Business or located at or within any Facility;

7.    As a result, Greater Texas understood all equipment at the Yorktown Facility would be transferred to Greater Texas as part of the APA.

8.    On or about October 10, 2018, Greater Texas learned that the Debtor(s) had moved a substantial amount of the Medical TPP, including the medical stretchers, from the Warehouse to an unknown location.  After learning of the move, Greater Texas contacted the Debtors and was told that the Medical TPP taken from the Warehouse did not belong to the Yorktown, and therefore, allegedly not subject to the terms of the APA.  There is nothing in the APA which carves out any personal property.

9.    Yorktown's representations in its SOFA clearly set forth that the Debtor was not holding property of another which ratifies that the Medical TPP is to be sold pursuant to the APA since it was located at the Yorktown Facility. The transfer of the equipment to another location was not subject to a motion and was without notice to creditors. Further, the move of Medical TPP was not in the ordinary course. On information and belief, the equipment was transferred to another Debtor's property.

10.    However, even if the equipment was not owned by Yorktown but by another Debtor, the APA provides that sale includes any equipment *"located at or within"* the Yorktown Facility.

**Headquarters**

11.    The Debtors and Greater Texas also have a disconnect on what FF&E located at the Headquarters was to be included in the APA.

12.    Greater Texas alleges it was understood that the APA included all FF&E not just the FF&E on one floor.

13.    The APA provides:

> (v)    (A) the furniture and medical equipment stored on the second floor of the Headquarters and listed in Schedule 2.01(a)(v) and (B) the furniture, fixtures and equipment located at the Desired Headquarters Space;

Page 16 of the APA, Doc. No. 484.

14.    The APA refers to the Desired Headquarters Space as the leased premises and does not limit it to a floor.

15.    The APA defines Desired Headquarters Space as follows:

> (iv)   a lease agreement between the Headquarters Lease Landlord and Buyer, on terms reasonably acceptable to Buyer, providing for Buyer's lease of up to 10,000 square feet of office space on the third floor of the Headquarters (the "*Desired Headquarters Space*"), duly executed by the Headquarters Lease Landlord; *provided, however,* in the event Buyer notifies Sellers pursuant to Section 5.04(c) that it does not intend to enter into a lease agreement for the Desired Headquarters Space, Sellers shall provide Buyer access to and use of the Desired Headquarters Space, rent-free and for transitional purposes and for all purposes in operating the Acquired Business, for a period of up to six weeks (6) following the Closing Date;

16.    As shown above, the Desired Headquarters Space is broadly defined.  Therefore, the transferred assets included all FF&E at the Desired Headquarters Space.

17.    The Debtor has asserted that the only equipment to be transferred from the Desired Headquarters Space was the property on Schedule 2.01. Therefore, Greater Texas requests a finding that all equipment located at the Headquarters is subject to the sale.

### RELIEF REQUESTED

18.    Greater Texas' asserts that the Medical TPP taken by the Debtor(s) from the Warehouse should be returned to the Yorktown Facility prior to closing on the sale to Greater Texas.

19.    Greater Texas further requests that the Court enter an Order to ratify that the tangible personal property which was moved from the Yorktown Facility is equipment to be sold to Greater Texas subject to the APA.

20.    Greater Texas further requests an inventory of all equipment taken by the Debtors be provided to it by no later than November 4, 2018.

21.    Closing on the APA is anticipated on November 5, 2018.  As such, expedited relief is requested to ensure closing can finalize by that date.

WHEREFORE, Greater Texas requests that any and all tangible personal property, including but not limited to the Medical TPP, removed from the Yorktown Facility be returned to the Yorktown Facility, at Debtors' expense prior to November 5, 2018, and that the sale to Greater Texas shall include such personal property, as well as all personal property located at the Desired Headquarters Space regardless of which floor.  Greater Texas requests any other relief the Court deems fair and equitable.

DATED:        October 27, 2018

                                        Respectfully submitted,

                                        HOOVER SLOVACEK LLP

                                        By: */s/ Deirdre Carey Brown*
                                        Deirdre Carey Brown
                                        State Bar No. 24049116
                                        5051 Westheimer, Suite 1200
                                        Houston, Texas 77056
                                        Telephone: 713.977.8686

Facsimile:  713.977.5395
brown@hooverslovacek.com

**OF COUNSEL:**
HOOVER SLOVACEK LLP
Edward L. Rothberg
State Bar No. 17313990
rothberg@hooverslovacek.com
Vianey Garza
State Bar No. 24083057
garza@hooverslovacek.com

*Attorneys for Greater Texas Emergency Centers LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this Motion was served on the parties through the Court's ECF system on the parties listed below:

Tara Beth Annweiler on behalf of Interested Party National Western Life Insurance Company
tannweiler@greerherz.com

Patricia Antonelli
pantonelli@cgdalaw.com

Christopher V Arisco on behalf of Creditor BB&T Commercial Equipment Capital Corp. F/K/A Susquehanna Commercial Finance, Inc.
carisco@livepad.com

Tab Beall on behalf of Creditor Tyler Independent School District
tbeall@pbfcm.com, tylbkc@pbfcm.com;tbeall@ecf.inforuptcy.com

Leslie A Berkoff on behalf of Creditor Signature Financial LLC
lberkoff@moritthock.com

Micheal W Bishop on behalf of Creditor Read King, Inc. and Affiliates
mbishop@grayreed.com

Kay Diebel Brock on behalf of Creditor c/o Kay D. Brock Travis County
bkecf@co.travis.tx.us

Jason S Brookner on behalf of Creditor Read King, Inc. and Affiliates

jbrookner@grayreed.com, lwebb@grayreed.com;cpatterson@grayreed.com

David L Campbell on behalf of Creditor The Don Levin Trust
dcampbell@uplawtx.com, mowens@uplawtx.com

David L Campbell on behalf of Creditor David L. Campbell
dcampbell@uplawtx.com, mowens@uplawtx.com

Lee W Carroll on behalf of Creditor The Margaret M. Nobmann Family Trust
leecarroll@sbcglobal.net

David S Catuogno on behalf of Creditor Clear Channel Outdoor, Inc.
david.catuogno@klgates.com

Keith Edward Coulter on behalf of Creditor Gerald H.Phipps, Inc, d/b/a GH Phipps Construction
kcoulter@keclaw.com

Robert Diehl on behalf of Creditor Bank of Ann Arbor
rdiehl@bodmanlaw.com

Robert Diehl on behalf of Creditor UniFi Equipment Finance, Inc.
rdiehl@bodmanlaw.com

John P Dillman on behalf of Creditor Angelina County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Angelina County
Houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Angelina County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Cameron County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Cameron County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor City Of El Paso
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor City Of El Paso
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor City Of Harlingen
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor City Of Harlingen
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor City Of McAllen
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor City Of McAllen
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Cypress Fairbanks ISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Cypress Fairbanks ISD
Houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Cypress Fairbanks ISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Ector Cad
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Ector Cad
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Galveston County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Galveston County
Houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Galveston County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Gregg County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Gregg County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Harlingen CISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Harlingen CISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Harris County
Houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Hidalgo County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Hidalgo County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Jefferson County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Jefferson County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Montgomery County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Montgomery County
Houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Montgomery County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Orange County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Orange County
Houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Orange County

houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Smith County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Smith County
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Texas City ISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Texas City ISD
Houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Texas City ISD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Tom Green CAD
houston_bankruptcy@publicans.com

John P Dillman on behalf of Creditor Tom Green CAD
houston_bankruptcy@publicans.com

William Kenneth C. Dippel on behalf of Interested Party Interested Party
wkcd@wkcd.net

James Scott Douglass on behalf of Interested Party James Scott Douglass
jsd@aol.com

Hector Duran, Jr on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov

Michael J Durrschmidt on behalf of Creditor Time Warner Cable Enterprises LLC
mdurrschmidt@hirschwest.com, traybourn@hirschwest.com;vargeroplos@hirschwest.com

Demetri James Economou on behalf of Creditor All Points Solution, Inc. d/b/a 3i International
deconomou@krcl.com

Eric Michael English on behalf of Debtor NEC Beaumont Asset Holdings, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Beaumont Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Orange Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Paris Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Pasadena Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Pearland Asset Holdings, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Pearland Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Port Arthur Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Porter Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC San Angelo Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Texarkana Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Texas City Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Tyler Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC West Warwick Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Wichita Falls Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Yorktown Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NEC Zaragoza Emergency Center, LP
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor NHS Emergency Centers, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor Neighbors Emergency Center, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor Neighbors GP, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor Neighbors Global Holdings, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor Neighbors Health, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor Neighbors Legacy Holdings, Inc.
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor Neighbors Physician Group - Colorado, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor Neighbors Physician Group - Rhode Island, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor Neighbors Physician Group, PLLC
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor Neighbors Practice Management, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Eric Michael English on behalf of Debtor Next Door Urgent Care, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;ksteverson@porterhedges.com

Paul D Flack on behalf of Defendant Setul G. Patel, M.D.
pflack@prattflack.com

Paul D Flack on behalf of Interested Party Interested Party (Pratt Flack)
pflack@prattflack.com

Jeffrey K. Garfinkle on behalf of Interested Party McKesson Medical-Surgical, Inc.

jgarfinkle@buchalter.com, dcyrankowski@buchalter.com

Alan Sanford Gerger on behalf of Interested Party Alan S Gerger
asgerger@gerglaw.com, dngbkpfilings@gmail.com

Alan Sanford Gerger on behalf of Interested Party Broocks Mack Wilson
asgerger@gerglaw.com, dngbkpfilings@gmail.com

Evan Gershbein on behalf of Other Prof. Kurtzman Carson Consultants LLC
ECFpleadings@kccllc.com, ecfpleadings@kccllc.com

Janel Marie Glynn on behalf of Interested Party Cecilia Brown
jglynn@polsinelli.com, ArizonaDocketing@polsinelli.com,arenteria@polsinelli.com

Susan N Goodman on behalf of Health Care Ombudsman Patient Care Ombudsman
sgoodman@mcrazlaw.com,
doesterle@mcrazlaw.com;tdahl@mcrazlaw.com;ecfbk@mcrazlaw.com

Susan N Goodman on behalf of Health Care Ombudsman Susan N. Goodman
sgoodman@mcrazlaw.com,
doesterle@mcrazlaw.com;tdahl@mcrazlaw.com;ecfbk@mcrazlaw.com

Genevieve Marie Graham on behalf of Debtor Neighbors Legacy Holdings, Inc.
ggraham@porterhedges.com

Elizabeth M Guffy on behalf of Creditor Everbank Commercial Financial, Inc.
eguffy@lockelord.com, eguffy@ecf.epiqsystems.com

Marcus Alan Helt on behalf of Interested Party Interested Party
mhelt@foley.com, acordero@foley.com

Simon W Hendershot, III on behalf of Creditor Infinity Emergency Management Group, LLC
trey@hcmhlaw.com, bgregg@hcmhlaw.com;kcowart@hcmhlaw.com;rpanneton@hcmhlaw.com

Simon W Hendershot, III on behalf of Plaintiff Infinity Emergency Management Group, LLC
trey@hcmhlaw.com, bgregg@hcmhlaw.com;kcowart@hcmhlaw.com;rpanneton@hcmhlaw.com

John F Higgins, IV on behalf of Debtor EDMG, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Amarillo Emergency Center, LP

jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Amarillo South Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Baytown Asset Holdings, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Baytown Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Beaumont Asset Holdings, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Beaumont Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Bellaire Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Brownsville Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC College Station Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Crosby Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Eastside Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Greeley Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Harlingen Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Kerrville Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Kingwood Asset Holdings LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Kingwood Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Lakeline Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Longview Emergency Center, LP
jhiggins@porterhedges.com,

ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Lubbock Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Lufkin Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC McAllen Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Midland Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Mueller Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Odessa Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Orange Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Paris Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Pasadena Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Pearland Asset Holdings, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Pearland Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Port Arthur Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Porter Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC San Angelo Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Texarkana Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Texas City Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Tyler Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-

8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC West Warwick Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Wichita Falls Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Yorktown Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NEC Zaragoza Emergency Center, LP
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor NHS Emergency Centers, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor Neighbors Emergency Center, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor Neighbors GP, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor Neighbors Global Holdings, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-
8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor Neighbors Health, LLC

jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor Neighbors Legacy Holdings, Inc.
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor Neighbors Physician Group - Colorado, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor Neighbors Physician Group - Rhode Island, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor Neighbors Physician Group, PLLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor Neighbors Practice Management, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Debtor Next Door Urgent Care, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Defendant Neighbors GP, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

John F Higgins, IV on behalf of Defendant Neighbors Health, LLC
jhiggins@porterhedges.com,
ksteverson@porterhedges.com;emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Benjamin Lowell Hisey on behalf of Plaintiff Infinity Emergency Management Group, LLC
bhisey@k-hpc.com

Patrick L Hughes on behalf of Creditor Phoenix HAR Investments LLC
hughesp@haynesboone.com

Courtney Hull on behalf of Creditor Texas Comtproller of Public Accounts
bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

Millard A Johnson on behalf of Defendant Cyril Gillman, M.D.
mjohnson@jdkglaw.com, msolis@jdkglaw.com;skeith@jdkglaw.com

Millard A Johnson on behalf of Defendant Paul Alleyne, M.D.
mjohnson@jdkglaw.com, msolis@jdkglaw.com;skeith@jdkglaw.com

Millard A Johnson on behalf of Interested Party Interested Party
mjohnson@jdkglaw.com, msolis@jdkglaw.com;skeith@jdkglaw.com

John Robert Jones on behalf of Creditor Central Bank of St. Louis
jrjoneslaw@gmail.com, jrjoneslaw@aol.com;john@jrjoneslaw.com

T. Josh Judd on behalf of Creditor Gerald H.Phipps, Inc, d/b/a GH Phipps Construction
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Brian A Kilmer on behalf of Creditor Austin Mueller MD, LLC
bkilmer@kcq-lawfirm.com, bkilmer@ecf.courtdrive.com

Brian A Kilmer on behalf of Creditor Catellus Market District, LLC
bkilmer@kcq-lawfirm.com, bkilmer@ecf.courtdrive.com

Teshida Tara LeDay on behalf of Creditor Bowie CAD et al
tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com;ccain@mvbalaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com

Christina Minshew Lewis on behalf of Defendant Dharmesh Patel, M.D.
clewis@moyerpatton.com,
cklement@moyerpatton.com;bcampbell@moyerpatton.com;jwells@moyerpatton.com;bmoyer@moyerpatton.com

Steven A. Leyh on behalf of Creditor Wells Fargo Equipment Finance, Inc.
sleyh@lpmfirm.com, khaley@lpmfirm.com;lpm.ecf@gmail.com;aaguilar@lpmfirm.com

Lloyd A. Lim on behalf of Creditor KeyBank, N.A.
LLim@ReedSmith.com, rithompson@reedsmith.com;csnider@reedsmith.com

Joyce Williams Lindauer on behalf of Interested Party Exceptional Healthcare
joyce@joycelindauer.com, sarah@joycelindauer.com;dian@joycelindauer.com

Seth E Meisel on behalf of Interested Party AEC ER 4, LLC
smeisel@dbcllp.com, kchambers@dbcllp.com

John E Mitchell on behalf of Creditor Spirit MTA REIT
john.mitchell@akerman.com,
scott.lawrence@akerman.com;katherine.fackler@akerman.com;robert.weitzel@akerman.com;connie.harris@akerman.com

John E Mitchell on behalf of Creditor Spirit Realty Capital
john.mitchell@akerman.com,
scott.lawrence@akerman.com;katherine.fackler@akerman.com;robert.weitzel@akerman.com;connie.harris@akerman.com

Laura J Monroe on behalf of Creditor Lubbock Central Appraisal District
lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

Weldon Leslie Moore, III on behalf of Creditor Gorgee, LLC
wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III on behalf of Creditor Pashmak, LLC
wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

James G Munisteri on behalf of Defendant Andy Chen, M.D.
jmunisteri@foley.com

James G Munisteri on behalf of Defendant Hitesh Patel, M.D.
jmunisteri@foley.com

James G Munisteri on behalf of Defendant Michael Chang, M.D.
jmunisteri@foley.com

James G Munisteri on behalf of Defendant Quang Henderson, M.D.
jmunisteri@foley.com

J Frasher Murphy on behalf of Creditor UniFi Equipment Finance, Inc.
frasher.murphy@haynesboone.com,
kim.morzak@haynesboone.com;kristy.martinez@haynesboone.com

Michael Terrell Murphy on behalf of Creditor Clear Channel Outdoor, Inc.
michael.t.murphy@klgates.com

Patrick J Neligan, Jr on behalf of Creditor Jay Martinovich
pneligan@neliganlaw.com, rclark@neliganlaw.com;jgaither@neliganlaw.com

Keval M Patel on behalf of Creditor Roshal Imaging Services, Inc.
kpatel@patel-law.com

William T Peckham on behalf of Creditor Acme Partnership, L.P.
wpeckham@peckhamlawaustin.com

Gregory F Pesce on behalf of Interested Party Tenet Health Services Corp.
gregory.pesce@kirkland.com,
timothy.bow@kirkland.com;gerardo.mijaresshafai@kirkland.com;ecf-
9b7a1a52c6e8@ecf.pacerpro.com

Heather R Potts on behalf of Creditor NITYA Capital, LLC
hpotts@nathansommers.com,
jpoe@nathansommers.com;jrodriguez@nathansommers.com;jbatres@nathansommers.com

Heather R Potts on behalf of Interested Party Nitya Health Operations LLC and Nitya Health RE
LLC
hpotts@nathansommers.com,
jpoe@nathansommers.com;jrodriguez@nathansommers.com;jbatres@nathansommers.com

Matthew Brian Probus on behalf of Plaintiff Infinity Emergency Management Group, LLC
mbprobus@w-plaw.com, gdavis@w-plaw.com

Michael P Ridulfo on behalf of Creditor All Points Solution, Inc. d/b/a 3i International
mridulfo@krcl.com, dtrevino@krcl.com,gseeley@krcl.com

Brian D Roman on behalf of Interested Party Siemens Financial Services, Inc.
broman@okinadams.com, teaston@okinadams.com

Diane Wade Sanders on behalf of Creditor Cameron County
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor City Of Harlingen
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor City Of McAllen

austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor Harlingen CISD
austin.bankruptcy@publicans.com

Diane Wade Sanders on behalf of Creditor Hidalgo County
austin.bankruptcy@publicans.com

Mitchell Dodd Savrick on behalf of Creditor Reagan National Advertising of Austin
mitchell@ssjmlaw.com

Brendetta Anthony Scott on behalf of Creditor Midway Companies
scott@hooverslovacek.com,
,bankruptcy1@hooverslovacek.com,Scott.hsllp@gmail.com,seamster@hooverslovacek.com;gar
za@hooverslovacek.com

Frances Anne Smith on behalf of Creditor Signature Financial LLC
fsmith@shackelfordlaw.net, mcoulombe@shackelfordlaw.net

Owen Mark Sonik on behalf of Creditor Brazoria County Tax Office
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Owen Mark Sonik on behalf of Creditor Brazoria County Tax Office and Brazos Independent
School District
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Owen Mark Sonik on behalf of Creditor Brazoria County Tax Office, Crosby Independent
School District, Crosby Municipal Utility District, Harris County Municipal Utility District No.
276, Humble Independent School District, City of Houston
osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

Stephen Douglas Statham on behalf of U.S. Trustee US Trustee
stephen.statham@usdoj.gov

Don Stecker on behalf of Creditor City Of El Paso
sanantonio.bankruptcy@lgbs.com

Clay M Steely on behalf of Defendant Neighbors GP, LLC
csteely@porterhedges.com, sjennings@porterhedges.com

Clay M Steely on behalf of Defendant Neighbors Health System, Inc.
csteely@porterhedges.com, sjennings@porterhedges.com

Clay M Steely on behalf of Defendant Neighbors Health, LLC
csteely@porterhedges.com, sjennings@porterhedges.com

Clay M Steely on behalf of Defendant Neighbors Investment Group, LLC
csteely@porterhedges.com, sjennings@porterhedges.com

James H Stokes, Jr on behalf of Creditor NEC LBT, LLC
jim.stokes57@yahoo.com, jim.stokes13@gmail.com

Stephanie Laird Tolson on behalf of Creditor BBVA Compass Financial Corporation
stolson@mcglinchey.com, sajohnson@mcglinchey.com;dwoodruff@mcglinchey.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Michael D Warner on behalf of Creditor Committee The Official Committee of Unsecured Creditors
mwarner@coleschotz.com, klabrada@coleschotz.com

Kelsey Zottnick on behalf of Creditor Phoenix HAR Investments LLC
kelsey.zottnick@haynesboone.com, kenneth.rusinko@haynesboone.com


*/s/ Deirdre Carey Brown*
Deirdre Carey Brown

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| **NEIGHBORS LEGACY HOLDINGS, INC.** | § | **Case No. 18-33836** |
| *et al.*, | § | |
| | § | **(Jointly Administered)** |
| Debtors. | § | |

### ORDER
(Relates to Docket No. __)

Came on for consideration, the *Greater Texas Emergency Centers LLC's Expedited Motion for Finding Regarding Asset Purchase Agreement* ("**Greater Texas**") ("**Motion**"), and the Court having considered the Motion, objections if any, applicable law and the Court's Order approving the sale of assets to Greater Texas (Doc. No. 484), finds the Motion should be granted:

IT IS HEREBY ORDERED, ADJUDGED AND DECREEED THAT:

1.      The Motion is GRANTED.

2.      Debtors shall return all tangible personal property, including but not limited to the Medical TPP, taken from the Yorktown Facility ("**Yorktown Equipment**") to the Yorktown Facility by no later than November 4, 2018.

3.      The Debtor shall file a notice which includes an inventory of the tangible personal property which was removed from the property by no later than November 4, 2018.

4.      The Yorktown Equipment is hereby deemed to be part of the Transferred Assets pursuant to the APA approved by Doc. No. 484.

5.      To the extent that the APA (Doc. No. 484) references Schedule 2.01, the APA shall be deemed to refer to the Schedule 2.01 found in Doc. No. 206.

Signed this _____ day of _____, 2018

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE