IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CHAPTER 11 |
| NEIGHBORS LEGACY HOLDINGS, INC., | § | |
| et al.,[1] | § | CASE NO.: 18-33836 |
| | § | |
| DEBTOR. | § | (Jointly Administered) |
| | § | |

## REQUEST FOR REMOVAL FROM COURTESY NOTIFICATION OF ELECTRONIC FILING

The undersigned attorney wishes to be removed from the Courtesy Notification of Electronic Filing in the above-referenced case. I understand that courtesy notification of court orders and all other pleadings entered on the docket in the above-referenced case will no longer be sent via electronic means to the undersigned attorney.

I further understand it is my responsibility to add myself and my email address to the above referenced case via CM/ECF if I wish to receive a courtesy Notification of Electronic Filing.

Respectfully submitted,

NATHAN SOMMERS JACOBS,
A PROFESSIONAL CORPORATION

By: */s/ Heather R. Potts*
    Heather R. Potts
    Texas Bar No. 24051204
    hpotts@nathansommers.com
    2800 Post Oak Blvd., 61st Floor
    Houston, Texas 77056-5705
    Telephone: (713) 960-0303
    Facsimile: (713) 892-4800

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identifications numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www. kccllc.net/neighbors.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 21, 2019, a true and correct copy of the foregoing *Request for Removal from Courtesy Notification of Electronic Filing* was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Heather R. Potts*
Heather R. Potts