UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| **NEIGHBORS LEGACY HOLDINGS, INC.,** | § Case No. 18-33836 (MI) |
| *et al.*, | § |
| | § (Jointly Administered) |
| Debtors.[1] | § |

**NOTICE OF (I) ENTRY OF ORDER APPROVING SECOND AMENDED DISCLOSURE STATEMENT AND CONFIRMING DEBTORS' FIRST AMENDED PLAN OF LIQUIDATION OF NEIGHBORS LEGACY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; (II) OCCURRENCE OF EFFECTIVE DATE; AND (III) ADMINISTRATIVE AND REJECTION DAMAGE CLAIM BAR DATES**

**PLEASE TAKE NOTICE THAT** on March 22, 2019, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order Approving Second Amended Disclosure Statement and Confirming Debtors' First Amended Joint Plan of Liquidation of Neighbors Legacy Holdings, Inc., and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 847] (the "Confirmation Order") confirming the Plan[2] of the above-captioned debtors (the "Debtors").

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date of the Plan occurred on April 8, 2019.

**PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court has approved certain release, exculpation, injunction, and related provisions in Article XI of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Plan and the Confirmation Order, the deadline for filing requests for payment of Administrative Claims, other than Professional Fee Claims, is thirty (30) days after the Effective Date.

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/neighbors. The location of Debtors' principal place of business and the Debtors' service address is: 10800 Richmond Avenue. Houston, Texas 77042.

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the *First Amended Joint Plan of Liquidation of Neighbors Legacy Holdings, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 772] (the "Plan").

1

7362252v1

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Plan and the Confirmation Order, the deadline for filing requests for payment of Professional Fee Claims is forty-five (45) days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE THAT** all proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be filed with the Court within thirty days after the occurrence of the Effective Date. **Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed within the time required by this section will be forever barred from assertion against the Debtors, the Estates, the property of the Debtors, or the Liquidating Trust.**

**PLEASE TAKE FURTHER NOTICE THAT** the Plan and its provisions are binding upon the Debtors, the Liquidating Trustee, and the Unsecured Creditor Trustee, as applicable, and any and all holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Plan, the Confirmation Order and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE THAT** the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the Confirmation Order, the Disclosure Statement, the Plan, the Plan Supplements, or related documents, you should contact Kurtzman Carson Consultants LLC, the claims and noticing agent retained by the Debtors in the Chapter 11 Cases (the "Claims Agent") by (a) visiting the Debtors' restructuring website at: http://www.kccllc.net/neighbors; or (b) calling the Claims Agent at (888) 733-1437.

Dated: April 8, 2019
Houston, Texas

**Porter Hedges LLP**

By:   /s/ Eric M. English
      John F. Higgins
      State Bar No. 09597500
      Eric M. English
      State Bar No. 24062714
      Genevieve M. Graham
      State Bar No. 24085340
      1000 Main Street, 36th Floor
      Houston, Texas 77002
      (713) 226-6000
      (713) 228-1331 (fax)

      **COUNSEL FOR DEBTORS**