

ENTERED
04/26/2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NEIGHBORS LEGACY HOLDINGS, | § | Case No. 18-33836-H1-11 |
| INC., *et al.*, | § | (Chapter 11) |
| | § | |
| Debtors. | § | (Jointly Administered) |

# ORDER
[Ref. Doc. No. ___]

~~CAME ON THIS DAY, Infinity Emergency Management Group, LLC's Motion for Application of Additional Adversary Rules to Debtors' Objection to Infinity Emergency Management Group, LLC's Claim No. 223 and for Consolidation of Claims Objection with Adversary Proceeding No. 18-3276, and the Court having considered the motion and arguments, it is:~~

~~ORDERED, that the following additional Part VII rules shall apply to the Debtors' objection to Claim No. 223: 7007, 7008, 7012, 7015, 7016, 7018, 7019, 7020, 7023.1, 7026(a)(1) – (3), 7040 and 7058. Further it is:~~

ORDERED, that the Debtors' objection to Claim No. 223 is consolidated with Adversary Proceeding No. 18-3276 for pre-trial matters and trial.

Signed: April 26, 2019

_____
Marvin Isgur
United States Bankruptcy Judge