

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
06/14/2019

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| NEIGHBORS LEGACY HOLDINGS, *et al.*,[5] | § § § | Case No. 18-33836 (MI) |
| Debtors. | § § § § | Jointly Administered |

**ORDER APPROVING THIRD INTERIM AND FINAL APPLICATION OF
GLASSRATNER ADVISORY AND CAPITAL GROUP, LLC, AS FINANCIAL
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
FOR REIMBURSEMENT OF FEES AND EXPENSES FOR THE PERIOD
JULY 30, 2018 THROUGH APRIL 8, 2019**

Upon the third interim and final application ("Application")[6] of GlassRatner Advisory &
Capital Group, LLC ("GlassRatner"), as Financial Advisor to the Official Committee of
Unsecured Creditors, for Reimbursement of Fees and Expenses for the period February 1, 2019
through April 8, 2019 ("Application Period") and for the final application period from July 30,
2018 through April 8, 2019 (the "Final Compensation Period"); and the Court having jurisdiction
over the Application pursuant to 28 U.S.C. §§ 157 and 1334; and the Application being a core
proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that good and sufficient notice of
the Application has been given and no other or further notice is required; and the Court having
determined that the relief requested in the Application is in the best interests of the Debtors, their
estates and their creditors; and good and sufficient cause appearing therefor, it is hereby

---

[5] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits
of their tax identification numbers is not provided herein. A complete list of such information may be obtained on
the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/neighbors. The location of
Debtors' principal place of business and the Debtors' service address is: 10800 Richmond Avenue. Houston, Texas
77042.

[6] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms as set forth in
the Application.

**ORDERED** as follows:

1. ~~The Application is **GRANTED** as set forth herein.~~

2. Third interim compensation and reimbursement of expenses to GlassRatner is hereby allowed and approved in the aggregate amount of $4,859.00 as fees for services rendered and expenses incurred in the amount of $569.20, for a total award of $5,428.20, incurred on behalf of the Official Committee of Unsecured Creditors during the Application Period.

3. Final compensation and reimbursement of expenses to GlassRatner is hereby allowed and approved in the aggregate amount of $9,124.57 as fees for services rendered and $569.20 as reimbursement of expenses incurred for the Final Compensation Period which includes those amounts sought during the Application Period.

4. The amounts awarded herein shall be on a final basis, subject to disgorgement, and without prejudice to the rights of: (a) GlassRatner to seek payments of any amounts not otherwise awarded hereunder in connection with its final fee application, and (b) any party in interest to object to the reasonableness of the Application or any portion thereof at a final hearing thereon.

5. The Court shall retain jurisdiction with respect to all matters related to the interpretation or implementation of this Order.

Signed: June 14, 2019

Marvin Isgur
United States Bankruptcy Judge