## TEXAS DEPARTMENT OF STATE HEALTH SERVICES
## REGULATORY LICENSING UNIT

## Free Standing Emergency Medical Care Facility

This is to certify that

### NEIGHBORS EMERGENCY CENTER (ZARAGOZA)
1540 N ZARAGOZA ROAD
EL PASO, TX 79936

is licensed as a Freestanding Emergency Medical Care Facility under the provisions of Chapter 254, Health and Safety Code, and the Freestanding Emergency Medical Care Facility Licensing Rules.

| | |
|---|---|
| License Number: | 160180 |
| Expiration Date: | 08/31/2019 |

Non-Transferable

620

DEPT. ID ZZ104/FUND 001

# Application for a License to Operate a Freestanding Emergency Medical Care Facility

☒ Initial
    Projected date facility will open: __August 7, 2015__     Architectural Project or Application #: _____

☐ Change of Ownership
    Effective Date: _____ *(Signed Bill of Sale is required)*     Current License #: _____

☐ Relocation
    Projected Date Facility Will Open: _____     Current License #: _____
    Architectural Project or Application #: _____

## 1. Facility Information:

a. Name the facility will be doing business as (d/b/a):

_____Neighbors Emergency Center (Zaragoza)_____

b. Street Address: 1540 N. Zaragoza Road
    Street Number

    El Paso, Texas 79936_____El Paso County_____
    City/State/Zip/County

(handwritten: 3/6/15   M 059384   $1620)

c. Mailing Address: ___11200 Broadway Street, Suite 2320_____
    (If different) Street or P.O. Box Number

    __Pearland, TX  77584_____
    City/State/Zip

*Received MAR 09 2015 DSHS/RLU/FLG*

d. Telephone Number of Facility (include area code)     Fax Number of Facility (include area code)

    ( ) **915-855-6096**     ( ) **915-855-6097**
    *Leave blank if number is unknown at this time.*     *Leave blank if number is unknown at this time.*

## 2. Ownership Information:

_____NEC Zaragoza Emergency Center, LP_____
Name of Owner *(entity legally responsible for the operation of the facility, whether by lease or ownership)*

__11200 Broadway St. Suite 2320_____     ____Pearland, Texas 77584_____
Mailing Address                                                              City/State/Zip

_____47-2262654_____     ____713-436-5200____     _bwmcveigh@nec24.com_____
Tax ID Number or SS# *(Sole Proprietor Ownership Only)*     Telephone Number     E-Mail Address

Status: ☒ Profit ☐ Non-Profit

*Received APR 21 2015 DSHS/RLU/FLG*

Name of Facility: _____Neighbors Emergency Center_____DEPT. ID ZZ104/FUND 001

## 2. Ownership Information Continued:

- [ ] Sole Proprietor (Individual)
- [ ] Corporation *(include on a separate sheet of paper, the name, address, and social security number of any individual who has an ownership interest of more than 25%)*
- [ ] Hospital/Hospital District
- [ ] Limited Liability Company (LLC)
- [ ] Limited Liability Partnership (LLP)
- [x] Limited Partnership (LP)
- [ ] Partnership *(include on a separate sheet of paper, the name, address, and social security number of each general partner who is an individual)*
- [ ] State of Texas
- [ ] Other: _____

## 3. Disclosure:

a. Check yes or no to each question. If yes is checked, provide details on a separate sheet of paper including circumstances, dates, and final action. The following information must be disclosed for the two-year period preceding the application date concerning the owner.

1. Federal or state (any state) criminal misdemeanor arrests or convictions?   Yes _____ No __X__
2. Federal or state (any state) tax liens?   Yes _____ No __X__
3. Unsatisfied final judgments?   Yes _____ No __X__
4. Eviction involving any property used as a health care facility in any state?   Yes _____ No __X__
5. Injunctive orders from any court?   Yes _____ No __X__
6. Unresolved final federal or state (any state) Medicare or Medicaid audit exceptions?   Yes _____ No __X__

b. Check yes or no to each question. If yes is checked, provide details on a separate sheet of paper including circumstances, dates, and final action. The following information must be disclosed concerning the owner.

1. Denial, suspension, probation, or revocation of a facility license in any state, a license for any health care facility, or a license for a home and community support services agency in any state; or any enforcement action, such as (but not limited to) court civil or criminal action in any state?   Yes _____ No __X__
2. Denial, suspension, probation, or revocation of or other enforcement action against a facility license in any state, a license for a health care facility in any state, or a license for a home and community support services agency in any state which is or was proposed by the licensing agency and the status of the proposal?   Yes _____ No __X__
3. Surrendering a license before expiration of the license or allowing a license to expire in lieu of the department's proceeding with enforcement action?   Yes _____ No __X__
4. Federal or state (any state) criminal felony arrests or convictions?   Yes _____ No __X__
5. Medicaid or Medicare sanctions or penalties relating to the operation of a health care facility or home and community support services agency?   Yes _____ No __X__
6. Operation of a health care facility or home and community support services agency that has been decertified or terminated from participation in any state under Medicare or Medicaid?   Yes _____ No __X__
7. Debarment, exclusion, or contract cancellation in any state from Medicare or Medicaid?   Yes _____ No __X__

## 4. Licensing Fee:

- [x] Initial                $14,820.00
- [ ] Change of Ownership    $14,820.00 *(Please include a copy of the Bill of Sale with this application.)*
- [ ] Relocation             $14,820.00

*Fees paid to the department are not refundable, except as indicated in §131.30 (relating to Time Periods for Processing and Issuing Licenses). The application will not be processed without the appropriate license fee.*

Name of Facility: _____Neighbors Emergency Center_____ DEPT. ID ZZ104/FUND 001

## 5. Accreditation Status *(for CHOWs and Relocations Only)*:

☐ JCAHO      ☐ Other: _____      ☒ N/A

*If applicable, attach a copy of the accreditation letter from the accrediting agency.*

## 6. Total # of Emergency Treatment Stations: ____7____

## 7. Medical Staff:

a. Medical Chief of Staff:

__Samara Bowen, M.D._____ L9817_____ 02/28/2017_____
Name                                                License #             Expiration Date *mm/dd/yyyy*

b. Director of Nursing:

__Lauren Cotton, RN_____ 755732_____ 11/30/2015_____
Name                                                License #             Expiration Date *mm/dd/yyyy*

*Received JUL 31 2015 DSHS/RLU/FLG* (stamp)

## 8. Patient Transfer Policy/Memorandum of Transfer/Patient Transfer Agreement:

☐ Submit a copy of the facility's patient transfer policy and procedure for the immediate transfer to a hospital of patients requiring emergency care beyond the capabilities of the facility which is developed in accordance with §131.66 of this title (relating to Patient Transfer Policy) and is signed by both the chairman and secretary of the governing body attesting to the date the policy was adopted by the governing body and the effective date of the policy to Lisa Peers, RN, BSN, Nurse Consultant, at lisa.peers@dshs.state.tx.us or by fax to (512) 834-4514.

☐ Submit a copy of the facility's memorandum of transfer form, which contains at a minimum the information described in §131.66 of this title to Lisa Peers, RN, BSN, Nurse Consultant, at lisa.peers@dshs.state.tx.us or by fax to (512) 834-4514.

☐ Submit a copy of a written agreement the facility has with a hospital which provides for the prompt transfer to and the admission by the general hospital of any patient when services are needed but are unavailable or beyond the capabilities of the facility in accordance with §131.67 of this title (relating to Patient Transfer Agreements) to Lisa Peers, RN, BSN, Nurse Consultant, at lisa.peers@dshs.state.tx.us or by fax to (512) 834-4514.

## 9. Fire Safety Survey:

☐ A completed Fire Safety Survey Report form shall be submitted. Annual fire safety inspections are required for continued licensure status. Please include a copy of a fire inspection report conducted within the last 12 months indicating approval by the local fire authority. For change of ownership applications, a copy of two completed Fire Safety Survey Report forms shall be submitted; one report dated within the last 12 months & a second report dated within the last 13 to 24 months.

Name of Facility: _____Neighbors Emergency Center_____DEPT. ID ZZ104/FUND 001

## 10. Administrator's Signature and Attestation:

The administrator attests that the owner is capable of meeting the requirements of 25 Texas Administrative Code, Chapter 131, Freestanding Emergency Medical Care Facilities. The administrator attests that all information contained in this application is true and correct. The administrator attests that all copies submitted with the application are original copies or copies of the original documents. The administrator attests that at least one physician licensed in the State of Texas and at least one registered nurse licensed in the State of Texas are on site during all hours of operation.

_____Mr. Bruce W. McVeigh_____   _____Chief Operating Officer_____
Administrator's Name **(Please Print)**                                         Title
*Person responsible for day-to-day operations at the facility*

[signature]                                                                                     3 MARCH 2015
Administrator's Signature                                                        Date Signed

_____bwmcveigh@nec24.com_____                             _____832-627-8663_____
Administrator's Email Address                                         Administrator's Telephone Number

## 11. Contact Person:

_____Mr. Bruce W. McVeigh_____   _____Chief Operating Officer_____
Name of the person completing this application                Title

_____832-627-8663_____                                              _____bwmcveigh@nec24.com_____
Telephone Number                                                           Email Address

**Mailing address for applications with fees:** Department of State Health Services, Facility Licensing Group, Mail Code 2003, PO Box 149347, Austin, TX 78714-9347

**Overnight mailing address for applications with fees:** Department of State Health Services, Facility Licensing Group, Mail Code 2003, 1100 West 49th Street, Austin, TX 78756

Name of Facility: _____Neighbors Emergency Center_____DEPT. ID ZZ104/FUND 001

## Freestanding Emergency Medical Care Facility Application Addendum:

**Texas Administrative Code, Chapter 131.25(d)(4) requires the facility to submit the names, license numbers, and expiration dates of those licenses of any physician licensed by the Texas Medical Board who has a financial interest in the facility or in any entity that has an ownership interest in the facility.**

Name: _____Davida Manor_____

Texas Medical Board License Number: _____L9795_____ Expiration Date of License:_____11/30/15_____

Name: _____Samara Bowen_____

Texas Medical Board License Number: _____L9817_____ Expiration Date of License:_____2/28/17_____

Name: _____Maurice Holmes_____

Texas Medical Board License Number: _____L8372_____ Expiration Date of License:_____8/31/16_____

Name: _____Earl Miller_____

Texas Medical Board License Number: _____L4570_____ Expiration Date of License:_____8/31/16_____

Name: _____Darnell Pettway_____

Texas Medical Board License Number: _____L4644_____ Expiration Date of License:_____5/31/16_____

Name: _____Terrence Wadley_____

Texas Medical Board License Number: _____L4791_____ Expiration Date of License:_____11/30/15_____

Name: _____Aida Meza_____

Texas Medical Board License Number: _____M5378_____ Expiration Date of License:_____11/30/16_____

Name: _____Manuel Aranda_____

Texas Medical Board License Number: _____J9570_____ Expiration Date of License:_____8/31/16_____

Name: _____Benjamin Crabb_____

Texas Medical Board License Number: _____M7922_____ Expiration Date of License:_____8/31/16_____

Name: _____

Texas Medical Board License Number: _____ Expiration Date of License:_____

Name: _____

Texas Medical Board License Number: _____ Expiration Date of License:_____

# TEXAS DEPARTMENT OF STATE HEALTH SERVICES
## REGULATORY LICENSING UNIT

## Free Standing Emergency Medical Care Facility

This is to certify that

### NEIGHBORS EMERGENCY CENTER (EASTSIDE)
12101 EDGEMERE
EL PASO, TX 79938

is licensed as a Freestanding Emergency Medical Care Facility under the provisions of Chapter 254, Health and Safety Code, and the Freestanding Emergency Medical Care Facility Licensing Rules.

| | |
|---|---|
| License Number: | 160204 |
| Expiration Date: | 11/30/2019 |

Non-Transferable

655



DEPT. ID ZZ104/FUND 001

# Application for a License to Operate a Freestanding Emergency Medical Care Facility

☒ Initial
    Projected date facility will open: __11/14/2015____   Architectural Project or Application #: _____

☐ Change of Ownership
    Effective Date: _____ *(Signed Bill of Sale is required)*   Current License #: _____

☐ Relocation
    Projected Date Facility Will Open: _____   Current License #: _____
    Architectural Project or Application #: _____

## 1. Facility Information:

a. Name the facility will be doing business as (d/b/a):

_____Neighbors Emergency Center (Eastside)_____

b. Street Address:   _____12101 Edgemere_____
    Street Number

    _____El Paso, TX 79938/ El Paso County_____
    City/State/Zip/County

*Received NOV 0 6 2015 DSHS/RLU/FLG*

c. Mailing Address: ___11200 Broadway Street, Suite 2320_____
   (If different)   Street or P.O. Box Number

    __Pearland, TX 77584_____
    City/State/Zip

d. Telephone Number of Facility (include area code)   Fax Number of Facility (include area code)

( 915 ) _____921-6610_____   ( 915 ) _____921-6611_____
*Leave blank if number is unknown at this time.*   *Leave blank if number is unknown at this time.*

## 2. Ownership Information:

_____NEC Eastside Emergency Center, LP_____
Name of Owner *(entity legally responsible for the operation of the facility, whether by lease or ownership)*

___11200 Broadway Street_____   _Pearland, TX 77584_____
Mailing Address   City/State/Zip

_____47-2480665_____   713-436-5200_____   bwmcveigh@nec24.com_____
Tax ID Number or SS# *(Sole Proprietor Ownership Only)*   Telephone Number   E-Mail Address

Status: ☒ Profit   ☐ Non-Profit

Name of Facility: _____Neighbors Emergency Center_____DEPT. ID ZZ104/FUND 001

## 2. Ownership Information Continued:

- [ ] Sole Proprietor (Individual)
- [ ] Corporation *(include on a separate sheet of paper, the name, address, and social security number of any individual who has an ownership interest of more than 25%)*
- [ ] Hospital/Hospital District
- [ ] Limited Liability Company (LLC)
- [ ] Limited Liability Partnership (LLP)
- [x] Limited Partnership (LP)
- [ ] Partnership *(include on a separate sheet of paper, the name, address, and social security number of each general partner who is an individual)*
- [ ] State of Texas
- [ ] Other: _____

## 3. Disclosure:

a. Check yes or no to each question. If yes is checked, provide details on a separate sheet of paper including circumstances, dates, and final action. The following information must be disclosed for the two-year period preceding the application date concerning the owner.

1. Federal or state (any state) criminal misdemeanor arrests or convictions?   Yes _____ No __X__
2. Federal or state (any state) tax liens?   Yes _____ No __X__
3. Unsatisfied final judgments?   Yes _____ No __X__
4. Eviction involving any property used as a health care facility in any state?   Yes _____ No __X__
5. Injunctive orders from any court?   Yes _____ No __X__
6. Unresolved final federal or state (any state) Medicare or Medicaid audit exceptions?   Yes _____ No __X__

b. Check yes or no to each question. If yes is checked, provide details on a separate sheet of paper including circumstances, dates, and final action. The following information must be disclosed concerning the owner.

1. Denial, suspension, probation, or revocation of a facility license in any state, a license for any health care facility, or a license for a home and community support services agency in any state; or any enforcement action, such as (but not limited to) court civil or criminal action in any state?   Yes _____ No __X__
2. Denial, suspension, probation, or revocation of or other enforcement action against a facility license in any state, a license for a health care facility in any state, or a license for a home and community support services agency in any state which is or was proposed by the licensing agency and the status of the proposal?   Yes _____ No __X__
3. Surrendering a license before expiration of the license or allowing a license to expire in lieu of the department's proceeding with enforcement action?   Yes _____ No __X__
4. Federal or state (any state) criminal felony arrests or convictions?   Yes _____ No __X__
5. Medicaid or Medicare sanctions or penalties relating to the operation of a health care facility or home and community support services agency?   Yes _____ No __X__
6. Operation of a health care facility or home and community support services agency that has been decertified or terminated from participation in any state under Medicare or Medicaid?   Yes _____ No __X__
7. Debarment, exclusion, or contract cancellation in any state from Medicare or Medicaid?   Yes _____ No __X__

## 4. Licensing Fee:

- [x] Initial               $14,820.00
- [ ] Change of Ownership   $14,820.00 *(Please include a copy of the Bill of Sale with this application.)*
- [ ] Relocation            $14,820.00

*Fees paid to the department are not refundable, except as indicated in §131.30 (relating to Time Periods for Processing and Issuing Licenses). The application will not be processed without the appropriate license fee.*

Name of Facility: ____Neighbors Emergency Center_____ DEPT. ID ZZ104/FUND 001

## 5. Accreditation Status *(for CHOWs and Relocations Only)*:

☐ JCAHO    ☐ Other: _____    ☒ N/A
*If applicable, attach a copy of the accreditation letter from the accrediting agency.*

## 6. Total # of Emergency Treatment Stations: ____7____

Received
NOV 0 6 2015
DSHS/RLU/FLG

## 7. Medical Staff:

a. Medical Chief of Staff:

___Davida Manor, M.D._____  L9795_____ 11/30/17_____
Name                                                   License #              Expiration Date *mm/dd/yyyy*

b. Director of Nursing:

___Lauren Cotton, RN_____  755732_____ 11/30/2017_____
Name                                                   License #              Expiration Date *mm/dd/yyyy*

## 8. Patient Transfer Policy/Memorandum of Transfer/Patient Transfer Agreement:

☐ Submit a copy of the facility's patient transfer policy and procedure for the immediate transfer to a hospital of patients requiring emergency care beyond the capabilities of the facility which is developed in accordance with §131.66 of this title (relating to Patient Transfer Policy) and is signed by both the chairman and secretary of the governing body attesting to the date the policy was adopted by the governing body and the effective date of the policy to Lisa Peers, RN, BSN, Nurse Consultant, at lisa.peers@dshs.state.tx.us or by fax to (512) 834-4514.

☐ Submit a copy of the facility's memorandum of transfer form, which contains at a minimum the information described in §131.66 of this title to Lisa Peers, RN, BSN, Nurse Consultant, at lisa.peers@dshs.state.tx.us or by fax to (512) 834-4514.

☐ Submit a copy of a written agreement the facility has with a hospital which provides for the prompt transfer to and the admission by the general hospital of any patient when services are needed but are unavailable or beyond the capabilities of the facility in accordance with §131.67 of this title (relating to Patient Transfer Agreements) to Lisa Peers, RN, BSN, Nurse Consultant, at lisa.peers@dshs.state.tx.us or by fax to (512) 834-4514.

## 9. Fire Safety Survey:

☐ A completed Fire Safety Survey Report form shall be submitted. Annual fire safety inspections are required for continued licensure status. Please include a copy of a fire inspection report conducted within the last 12 months indicating approval by the local fire authority. For change of ownership applications, a copy of two completed Fire Safety Survey Report forms shall be submitted; one report dated within the last 12 months & a second report dated within the last 13 to 24 months.

Name of Facility: _____Neighbors Emergency Center_____DEPT. ID ZZ104/FUND 001

---

## 10. Administrator's Signature and Attestation:

The administrator attests that the owner is capable of meeting the requirements of 25 Texas Administrative Code, Chapter 131, Freestanding Emergency Medical Care Facilities. The administrator attests that all information contained in this application is true and correct. The administrator attests that all copies submitted with the application are original copies or copies of the original documents. The administrator attests that at least one physician licensed in the State of Texas and at least one registered nurse licensed in the State of Texas are on site during all hours of operation.

| | |
|---|---|
| _____Mr. Bruce W. McVeigh_____ | _____Chief Operating Officer_____ |
| Administrator's Name **(Please Print)** | Title |
| *Person responsible for day-to-day operations at the facility* | |
| [signature] | 6 July 2015 |
| Administrator's Signature | Date Signed |
| _____bwmcveigh@nec24.com_____ | _____832-627-8663_____ |
| Administrator's Email Address | Administrator's Telephone Number |

---

## 11. Contact Person:

| | |
|---|---|
| _____Mr. Bruce W. McVeigh_____ | _____Chief Operating Officer_____ |
| Name of the person completing this application | Title |
| _____832-627-8663_____ | _____bwmcveigh@nec24.com_____ |
| Telephone Number | Email Address |

---

**Mailing address for applications with fees:** Department of State Health Services, Facility Licensing Group, Mail Code 2003, PO Box 149347, Austin, TX 78714-9347

**Overnight mailing address for applications with fees:** Department of State Health Services, Facility Licensing Group, Mail Code 2003, 1100 West 49th Street, Austin, TX 78756

Name of Facility: _____Neighbors Emergency Center_____ DEPT. ID ZZ104/FUND 001

## Freestanding Emergency Medical Care Facility Application Addendum:

Texas Administrative Code, Chapter 131.25(d)(4) requires the facility to submit the names, license numbers, and expiration dates of those licenses of any physician licensed by the Texas Medical Board who has a financial interest in the facility or in any entity that has an ownership interest in the facility.

Name: ___Paul Alleyne, M.D._____

Texas Medical Board License Number: __L 3906_____ Expiration Date of License: __2/28/2016_____

Name: _____Michael Chang, M.D._____

Texas Medical Board License Number: _K 4651_____ Expiration Date of License: ___8/31/2017_____

Name: ___Andy Chen, M.D._____

Texas Medical Board License Number: __L 0077_____ Expiration Date of License: ___11/30/2017_____

Name: _____Setul Patel, M.D._____

Texas Medical Board License Number: ___M 4432__ Expiration Date of License: ____5/31/2016_____

Name: ____Cyril Gillman, M.D._____

Texas Medical Board License Number: ____L 8700____ Expiration Date of License: __2/28/2016_____

Name: _____Dharmesh Patel, M.D._____

Texas Medical Board License Number: __M 7508___ Expiration Date of License: ___8/31/2016___

Name: _____Hitesh Patel, M.D._____

Texas Medical Board License Number: ___L 4630_____ Expiration Date of License: ___5/31/2016_____

Name: _____

Texas Medical Board License Number: _____ Expiration Date of License:_____

Name: _____

Texas Medical Board License Number: _____ Expiration Date of License:_____

Name: _____

Texas Medical Board License Number: _____ Expiration Date of License:_____

Name: _____

Texas Medical Board License Number: _____ Expiration Date of License:_____

*Received NOV 0 6 2015 DSHS/RLU/FLG*