**Unknown**

**From:** Paul Alleyne MD
**Sent:** Tuesday, February 24, 2015 10:03 AM
**To:** Docs list
**Subject:** New Board Members

Gents-

After reviewing the minutes from the last meeting, I believe we may have made a procedural error. In my opinion, this is very nitpicky, but if we are trying to adopt traditional corporate practices this needs to be resolved. Historically, we have run our Company, the way that makes sense to us. The 8 partners believed that we were the only ones qualified to make the best decisions for our Company. We brought on John, Bruce, and Mr. Gruenert, not so much to assist with decisions, but to provide "adult" supervision. The 11 of us are full-fledged Board members (although not everyone has a vote).

At the last meeting, we voted to approve the inclusion of Lauren and Maureen as Board members of our newly named Governing Board. Technically, they should be present at the entire meeting. Board members are expected to be present during all sessions of the Board meeting, including executive session. Again, I know that was not our intention.

Although we call ourselves the Board, we really are a bunch of owners who are running the Company under the guise of the Board. That's why John/Bruce/Mr. Gruenert have no vote. That's why we pick and choose what we want Lauren and/or Maureen to be privy to or not. None of this is standard practice when you look at how Boards are traditionally run.

We seem to pick and choose what rules we want to follow and which ones we'll just do our own way. The content and tone of our Board conversations most times is based on the 8 of us being owners. Setul wanting to use Girish Capital for RK deals, Mike wanting to start a billing Company, Dharmesh and AMD, Hitesh and Tyler, Paul and Mike in Laredo, etc. These types of discussions are not your traditional Board conversations. Due to personal gain and goals, our current Board process/discussions are tainted. I have no problem with any of this. We went into this business to make money legally and if what we do is untraditional, makes money, and is still legal, I have no problem with any of it.

Most boards have no real power. The members are not very knowledgeable how the company works, so most times just go along with what the CEO says. Setul is one of the best salespeople I know. He comes off as genuine and most people believe what he says. However, where would our Company be if he made all of the decisions? That's what makes our Company better than the others. The balance of power/knowledge that the Elite Cares of the world don't really have.

At the end of the day, none of this Board stuff really matters in the short-term. There's so much money to be made in our industry, we could literally throw a couple million dollars out the window/year and no one would notice or feel the impact (as long as dividends don't keep getting cut). Let's just amend this one little issue, so our Board meetings don't look like hockey substitutions.

Paul

--


*Paul Alleyne, MD*
*Chief Medical Officer*
*Neighbors Health System, Inc.*

*a:* *11130 Broadway St., Pearland, Texas 77584*
*t:* *713.436.5200 // f: 713.436.9669*
*c:* *832.221.5600 // w:* *nec24.com*

