**Unknown**

| | |
|---|---|
| **From:** | Paul Alleyne MD |
| **Sent:** | Tuesday, January 12, 2016 8:22 PM |
| **To:** | Hitesh Patel MD |
| **Cc:** | John Decker;Setul Patel MD |
| **Subject:** | Re: NEC for sale |

Remember, we have ownership interests in some of these facilities through Giresh Capital. We don't make any money until they sell. Let's root for them to succeed.

On Tuesday, January 12, 2016, Hitesh (nec24) <hpatel@nec24.com> wrote:
> Yep, 4 facilities are listed as a bundle. ElPaso, Midland, Orange and Tyler.

>> On January 12, 2016 8:15:36 PM CST, Paul Alleyne <palleyne@nec24.com> wrote:
>> I also noticed that 3 other NEC centers are for sale on the link Hitesh sent (very bottom of the page). Let's see if they can sell them all.

>> On Tuesday, January 12, 2016, John Decker <jdecker@nec24.com> wrote:
>> With bank approval of course.

>> Sent from my iPhone

>> On Jan 12, 2016, at 6:10 PM, Paul Alleyne <palleyne@nec24.com> wrote:

>>> That's our plan. Mind you we could do the same thing with Pearland, Kingwood, and Baytown.

>>> On Tuesday, January 12, 2016, Hitesh (nec24) <hpatel@nec24.com> wrote:
>>> That's better.. but still I wonder if we had real estate development in-house how much we could net ourselves with these kinds of flips. It reminds me of the short-sightedness when we gave away so much equity to others..

>>> On January 12, 2016 8:05:17 PM CST, John Decker <jdecker@nec24.com> wrote:
>>> We received $2.5 million.

>>> Sent from my iPhone

>>> On Jan 12, 2016, at 5:28 PM, Paul Alleyne <palleyne@nec24.com> wrote:

>>>> I think they paid us more than that. John can confirm.

>>>> On Tuesday, January 12, 2016, Hitesh (NEC24) <hpatel@nec24.com> wrote:
>>>> So is this Read-King's strategy on how they want to flip us.. post it on Loopnet?

> We gave them Tyler for $1.6mil, so they can sell it on Loopnet for $4.6mil.. that doesn't sit well with me. We could have hired an army of realtors to do these kinds of deals on our behalf for that kind of a return.
>
> http://www.loopnet.com/Listing/19587112/222-E-Southeast-Loop-323-Tyler-TX/
>
> --
> Sent from Gmail Mobile

--
Sent from my Android device with K-9 Mail. Please excuse my brevity.

--
Sent from Gmail Mobile

--
Sent from my Android device with K-9 Mail. Please excuse my brevity.

--
Sent from Gmail Mobile