## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NEIGHBORS LEGACY HOLDINGS, INC., *et al*,<br><br>              Debtors.[1] | Chapter 11<br><br>Case No. 18-33836 (MI)<br><br>(Jointly Administered) |

### CERTIFICATE OF NO OBJECTION TO UNSECURED CREDITOR TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 126 FILED BY FRANK LOYD, DO, PA
(Related Docket No. 1161)

The undersigned hereby certifies as follows:

1.      On December 31, 2020, the *Unsecured Creditor Trustee's Objection to Proof of Claim No. 126 Filed by Frank Loyd, DO, PA* [Docket No. 1161] (the "Omnibus Objection") was filed with the Court.

2.      Objections, if any, to the Omnibus Objection were required to have been filed with the Court and served by no later than February 1, 2021 (the "Objection Deadline").

3.      The Objection Deadline has passed and no answer, objection or other responsive pleading to the Omnibus Objection has appeared on the Court's docket in the above-captioned chapter 11 cases or were served upon the undersigned counsel.  Accordingly, the undersigned respectfully requests that the form of Order granting the Omnibus Objection attached hereto to be entered at the earliest convenience of the Court.

---

[1]    Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/neighbors. The location of Debtors' principal place of business and the Debtors' service address was: 10800 Richmond Avenue, Houston, Texas 77042.

Dated: February 4, 2021

Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Email: mwarner@pszjlaw.com
Email: bwallen@pszjlaw.com

*Counsel for Mark Shapiro, Unsecured Creditor Trustee*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of February, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

/s/ Michael D. Warner
Michael D. Warner

61052/0001-22012577v1