

ENTERED
02/08/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NEIGHBORS LEGACY HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-33836 (MI)<br><br>Jointly Administered |

**UNSECURED CREDITOR TRUSTEE'S SIXTH OMNIBUS OBJECTION TO CLAIMS PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SEEKING TO DISALLOW OR REDUCE CERTAIN CLAIMS <u>FILED BY SIGNATURE FINANCIAL LLC</u>**

**(DUPLICATE CLAIMS)**

[Related Docket No. 1158]

Upon the objection (the "**Objection**")[2] of Mark Shapiro, Unsecured Creditor Trustee of the Unsecured Creditor Trust (the "**Unsecured Creditor Trustee**") seeking entry of an order (this "**Order**") disallowing the Duplicate Claims identified on **Schedule 1** attached hereto and reducing Claim No. 352, it is **HEREBY ORDERED THAT**:

1. Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each Duplicate Claim identified on **Schedule 1** to this Order is disallowed in its entirety.

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/neighbors. The location of Debtors' principal place of business and the Debtors' service address was: 10800 Richmond Avenue, Houston, Texas 77042.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

2. Claim No. 352 shall be disallowed in part, and therefore, reduced to the amount of $590,533.49.

3. The Debtors' Claims Agent is authorized and directed to update the claims register maintained in these chapter 11 cases to reflect the relief granted in this Order.

4. Each claim and the objections by the Unsecured Creditor Trustee to each claim identified in **Schedule 1** constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Duplicate Claim and Claim No. 352.

5. Except as otherwise provided in this Order, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor entity or such Debtor entity's estate; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Objection or any order granting the relief requested by this Objection; (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver of the Unsecured Creditor Trustee's rights under the Bankruptcy Code or any other applicable law.

6. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

7. The Unsecured Creditor Trustee, the Claims Agent, and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

[*Remainder of Page Intentionally Left Blank*]

8. This Court shall retain exclusive jurisdiction to resolve any dispute arising from or related to this Order.

Signed: February 05, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

# SCHEDULE 1

58324/0002-21944948v1

## SCHEDULE 1

| | | DUPLICATE CLAIM(S) | | | | SURVIVING CLAIM | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seq No. | Creditor Name | Creditor Notice Information | Date Filed | Debtor Name | Claim No. | Amount of Claim as Filed | Creditor Name | Creditor Notice Information | Date Filed | Debtor Name | Claim No. | Amount of Claim as Filed |
| 1 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | NEC Lufkin Emergency Center, LP | 349 | $756,455.47 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Global Holdings, LLC | 367 | $1,577,091.13 |
| 2 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | NEC Greeley Emergency Center, LP | 350 | $750,499.41 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Global Holdings, LLC | 367 | $1,577,091.13 |
| 3 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | NEC Longview Emergency Center, LP | 351 | $29,343.98 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Legacy Holdings, Inc. | 352 | $1,067,487.00 |
| 4 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | NEC Lubbock Emergency Center, LP | 353 | $750,499.41 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Global Holdings, LLC | 367 | $1,577,091.13 |
| 5 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | NEC Bellaire Emergency Center, LP | 354 | $735,780.88 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Legacy Holdings, Inc. | 352 | $1,067,487.00 |
| 6 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | NEC Porter Emergency Center, LP | 356 | $27,017.13 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Legacy Holdings, Inc. | 352 | $1,067,487.00 |
| 7 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | NEC College Station Emergency Center, LP | 357 | $29,419.20 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Legacy Holdings, Inc. | 352 | $1,067,487.00 |
| 8 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | NEC McAllen Emergency Center, LP | 358 | $26,902.63 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Legacy Holdings, Inc. | 352 | $1,067,487.00 |
| 9 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Practice Management, LLC | 360 | $133,401.11 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Legacy Holdings, Inc. | 352 | $1,067,487.00 |
| 10 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | NEC Texarkana Emergency Center, LP | 361 | $29,376.14 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Legacy Holdings, Inc. | 352 | $1,067,487.00 |
| 11 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | NEC Wichita Falls Emergency Center, LP | 363 | $29,231.15 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Legacy Holdings, Inc. | 352 | $1,067,487.00 |
| 12 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | NEC West Warwick Emergency Center, LP | 364 | $750,499.41 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Global Holdings, LLC | 367 | $1,577,091.13 |

**SCHEDULE 1**

| | | DUPLICATE CLAIM(S) | | | | | | SURVIVING CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Seq No. | Creditor Name | Creditor Notice Information | Date Filed | Debtor Name | Claim No. | Amount of Claim as Filed | Creditor Name | Creditor Notice Information | Date Filed | Debtor Name | Claim No. | Amount of Claim as Filed |
| 13 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | NEC Brownsville Emergency Center, LP | 366 | $27,015.46 | Signature Financial LLC | Attn Leslie A. Berkoff, Esq. Moritt Hock Hamroff LLP 400 Garden City Plaza Garden City Plaza, NY 11530 lberkoff@moritthock.com | 11/14/2018 | Neighbors Legacy Holdings, Inc. | 352 | $1,067,487.00 |