# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>NEIGHBORS LEGACY HOLDINGS, INC., *et al*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-33836 (MI)<br><br>(Jointly Administered) |

**NOTICE OF HEARING**
(Related Docket Nos. 1159 and 1160)

**PLEASE TAKE NOTICE THAT**, on December 31, 2020, Mark Shapiro as the Unsecured Creditor Trustee (the "Unsecured Creditor Trustee"), filed (i) *Unsecured Creditor Trustee's Objection to Proof of Claim No. 525, Filed by Spring Gulch, LLC* [Docket No. 1159]; and (ii) *Unsecured Creditor Trustee's Objection to Proof of Claim Nos. 71, 72, and 114 Filed by Paul Baden Roberts* [Docket No. 1160] (collectively the "Claims Objections").

**PLEASE TAKE FURTHER NOTICE THAT**, a hearing to consider the relief requested in the Claims Objections has been scheduled for **Monday, March 8, 2021 at 9:00 a.m. (prevailing Central Time)** (the "Hearing"). Audio communications for the Hearing will be by use of the Court's dial-in facility. Parties may access the facility by dialing (832) 917-1510 and entering conference room number 954554. Parties wishing to view video may do so by

---

[1] Due to the large number of Debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' proposed claims and noticing agent at www.kccllc.net/neighbors. The location of Debtors' principal place of business and the Debtors' service address was: 10800 Richmond Avenue, Houston, Texas 77042.

- 2 -

visiting https://www.gotomeeting.com/meeting/join-meeting and entering meeting code "JudgeIsgur".[2]

Dated: February 9, 2021

Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Benjamin L. Wallen (TX Bar No. 24102623)
PACHULSKI STANG ZIEHL & JONES LLP
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Email: mwarner@pszjlaw.com
Email: bwallen@pszjlaw.com

*Counsel for Mark Shapiro, Unsecured Creditor Trustee*

---

[2] Parties may also view video by downloading the free GoToMeeting application.

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2021, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

                                                                */s/ Michael D. Warner*
                                                                Michael D. Warner

61052/0001-22012577v1